## Martinucci, Arthur

**From:** Edith Benson [BENSONNVMBR@peoplepc.com]
**Sent:** Thursday, July 28, 2005 11:11 AM
**To:** Martinucci, Arthur
**Subject:** Sherrod's Deposition

Art:

This is to advise you that because of Mr. Sherrod's back problems he can't be available for tomorrow.

Mr. Sherrod is taking 4 medications which interfer with his ability to concentrate and focus. The medications also affects his ability to stay awake.

In addition to prescribing medication, Mr. Sherrod's Doctor has referred him for a surgical evaluation which will take place on August 18 in Pittsburgh. In the interim, Mr. Sherrod will receive physical therapy and pain management treatment.

As soon as the adverse affects of Mr. Sherrod's medication can be controlled and his pain is manageable, I will get back to you with some availability dates.

I am sorry for this delay.

9/8/2005