## Martinucci, Arthur

**From:** Edith Benson [BENSONNVMBR@peoplepc.com]
**Sent:** Friday, August 12, 2005 9:12 AM
**To:** Martinucci, Arthur
**Subject:** Sherrod Deposition

Art:

This is to give you a status report on Mr. Sherrod's condition.

On Tuesday, August 9, Mr. Sherrod saw Dr. Thomas, a Pain Management Specialist, who prescribed additional medication and told him that 4 disc are closed where the nerves go through.

Mr. Sherrod's trip to Pittsburg is still on for August 18 and it is after an evaluation there that a decision will be made with regard to surgery. If surgery is performed, the recovery period is estimated at 3-6 weeks.

Mr. Sherrod is still experiencing problems with the ability to think, focus and remain alert. He has discussed this with his doctor (s) and has simply been told that these are the side affects of the medication.

Mr. Sherrod has tried not using the medication, but this results in unbearable pain.

While we are willing to make Mr. Sherrod available, I am concern about his ability to function, whether on or off medication. Please let me know how you wish to proceed.

9/8/2005