IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES C. SHERROD,<br>                Plaintiff<br><br>vs.<br><br>BOOKER T. WASHINGTON CENTER,<br>                Defendant | Civil Action No.  C.A. 04 – 208 ERIE<br><br>Magistrate Judge Susan Paradise Baxter<br><br>JURY TRIAL DEMANDED |

## ORDER

AND NOW, to-wit, this ____ day of September, 2005, upon consideration of the foregoing Motion to Extend Discovery, it is hereby ORDERED, ADJUDGED and DECREED that the deadlines in which discovery shall be completed shall be extend as follows:

    a.    Plaintiff's Pretrial Narrative Statement shall be filed by November 8, 2005;

    b.    Defendants' Pretrial Narrative Statement shall be filed by November 28, 2005;

    c.    Dispositive motions and supporting briefs shall be filed on or before November 28, 2005.

    d.    Responses shall be filed by December 19, 2005.

    e.    Any reply briefs shall be due on December 28, 2005.

                                    For the Court:

                                    _____
                                    Susan Paradise Baxter, Magistrate Judge