## Martinucci, Arthur

**From:** Edith Benson [BENSONNVMBR@peoplepc.com]
**Sent:** Thursday, July 28, 2005 4:55 PM
**To:** Martinucci, Arthur
**Subject:** Re: Sherrod's Deposition

Art:

I will keep you posted on developments and will let Mr. Sherrod know of your best wishes.

> ----- Original Message -----
> **From:** Martinucci, Arthur
> **To:** Edith Benson
> **Sent:** Thursday, July 28, 2005 11:23 AM
> **Subject:** RE: Sherrod's Deposition
>
> Edith:
>
> I appreciate you letting me know. I could tell that Mr. Sherrod was in a great deal of discomfort yesterday, and that he was having difficulty concentrating/staying awake after he took his pain medication. I certainly would not want to exacerbate his problems.
>
> Please keep me posted on developments regarding his health situation and possible alternative dates for his deposition. Obviously, I will extend him every courtesy I can and will be flexible in re-scheduling his deposition, but I may require your cooperation in going to the Court to modify the pre-trial schedule.
>
> I will contact the court reporter about tomorrow. Please convey to Mr. Sherrod my hopes that he is able to address this problem quickly and successfully.
>
> Regards,
>
> Art
>
>> -----Original Message-----
>> **From:** Edith Benson [mailto:BENSONNVMBR@peoplepc.com]
>> **Sent:** Thursday, July 28, 2005 11:11 AM
>> **To:** Martinucci, Arthur
>> **Subject:** Sherrod's Deposition
>>
>> Art:
>>
>> This is to advise you that because of Mr. Sherrod's back problems he can't be available for tomorrow.
>>
>> Mr. Sherrod is taking 4 medications which interfer with his ability to concentrate and focus. The medications also affects his ability to stay awake.
>>
>> In addition to prescribing medication, Mr. Sherrod's Doctor has referred him for a surgical evaluation which will take place on August 18 in Pittsburgh. In the interim, Mr. Sherrod will receive physical therapy and pain management treatment.
>>
>> As soon as the adverse affects of Mr. Sherrod's medication can be controlled and his pain is manageable, I will get back to you with some availability dates.

I am sorry for this delay.