## Martinucci, Arthur

**From:** Edith Benson [BENSONNVMBR@peoplepc.com]
**Sent:** Wednesday, September 14, 2005 4:58 PM
**To:** Martinucci, Arthur
**Subject:** Re: Order Granting Motion to Amend Pre-Trial Schedule

Art:

Thanks for the Order. With regard to the steroid injections, the inflammation goes down providing some relief.

As I indicated this morning when we ran into each other, the decision has been made to go with the surgery. I have missed place my notes on my last conversation with James, but will get back to you when I return from a family wedding and vacation. I leave tomorrow and maybe gone until September 26. I say maybe because if most of my family is at the wedding I might be able to shorten my vacation.

In any event, I will you a complete picture on James' condition upon my return.

I also hope you will no longer need your cane, although it is a lovely one.

> ----- Original Message -----
> **From:** Martinucci, Arthur
> **To:** Edith Benson
> **Sent:** Wednesday, September 14, 2005 9:32 AM
> **Subject:** Order Granting Motion to Amend Pre-Trial Schedule
>
> Edith:
>
> Here is the Court's Order.  Not sure why the date stamp at the top is all messed up, but it is what it is.
>
> Is James having any luck with the steroid injections?
>
> Regards,
>
> Art
>
>
> <<00266236.pdf>>