## Martinucci, Arthur

**From:** Edith Benson [BENSONNVMBR@peoplepc.com]
**Sent:** Saturday, October 08, 2005 4:11 PM
**To:** Martinucci, Arthur
**Subject:** Sherrod's Deposition

Art,

This is to give you an up date on James' situation. Surgery is scheduled for October 25.

James is taking between 8-12 of Percocet per day.

Because it is estimated that James will need between 3-6 weeks for recovery, he is willing to stop taking the medication and sit for the deposition if he can sit, stand and walk around the room at will and if the deposition can be continued if his pain gets to be to much.

Dates that are currently available: Oct. 14, Oct. 20 and Oct. 21.

Thank you.