## Martinucci, Arthur

**From:** Martinucci, Arthur
**Sent:** Saturday, October 15, 2005 7:58 AM
**To:** 'Edith Benson'
**Subject:** RE: 10/8/05 E-mail

Edith:

I'm willing to look at October 21, but only if you are convinced that James is really ready to do this. He's taking an awful lot of a very strong painkiller right now.

If both you and Mr. Sherrod feel that he is up to this, and if that date works for my client (I'll know that part on Monday), what I'd like to suggest is that we schedule a 3 hour session for the 21st, with me reserving the right to schedule a follow-up after his surgery, if necessary.

If, however, in your judgment, he is really not ready or able to do this, I am willing to work with you and the Court to continue this matter until after his operation.

Regards,

Art

> -----Original Message-----
> **From:** Edith Benson [mailto:BENSONNVMBR@peoplepc.com]
> **Sent:** Saturday, October 15, 2005 7:45 AM
> **To:** Martinucci, Arthur
> **Subject:** 10/8/05 E-mail
>
> Art,
>
> Just following up on my 10/8/05 e-mail. How do yu want to proceed?