## Martinucci, Arthur

**From:** bensonnvmbr@peoplepc.com
**Sent:** Tuesday, November 29, 2005 3:55 PM
**To:** Martinucci, Arthur
**Subject:** Sherrod Deposition

Art,

This is to advise you that James is available for his deposition. However, please be advised that if required to sit for more than an hour, James will need to stand and stretch.

James is off all prescribed medication. He is just taking an over the counter pain reliever.

If your schedule permits, maybe the deposition can take place in December. As of now, that is looking like a better month than January for me. James' calendar is flexibile, but he is being to schedule work related activities for the work week of 12/12 and 12/26.

Please let me know how you wish to proceed.