IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES C. SHERROD,<br>　　　　　　　Plaintiff<br><br>vs.<br><br>BOOKER T. WASHINGTON CENTER,<br>　　　　　　　Defendant | Civil Action No. C.A. 04 – 208 ERIE<br><br>Magistrate Judge Susan Paradise Baxter<br><br>**JURY TRIAL DEMANDED** |

## ORDER

AND NOW, to-wit, and in consideration of the Defendant, Booker T. Washington Center's Motion for Summary Judgment, it is hereby ORDERED, ADJUDGED and DECREED that said motion be, and hereby is, GRANTED, there being no material questions of fact in dispute and the Court having determined that the Defendant is entitled to judgment in its favor, and as to all claims, as a matter of law.

　　　　　　　　　　　FOR THE COURT


　　　　　　　　　　　_____
　　　　　　　　　　　Susan Paradise Baxter, Magistrate Judge