BOOKER T. WASHINGTON CENTER
1720 HOLLAND STREET
ERIE, PA 16508

## PERFORMANCE ASSESSMENT

| | | | |
|---|---|---|---|
| **Employee's name** | James C. Sherrod | **Date of Hire** | November 1998 |
| **Position Title** | Executive Director | **Length of Time in Position** | 13 months |
| **Unit** | Executive | **Program** | N/A |
| **Supervisor (Assessor)** | Executive Committee | **Date of Assessment** | January 2000 |

Performance Assessment Period

* ☐ 90 days counseling

** ☐ 90 days performance assessment

☐ 180 days probation

☒ Annual Evaluation

☐ Special Merit Review

☐ Corrective Action Review

☐ Other _____

\*   New employees hired on 180 days probation
\*\*  Employees hired on 90 days assessment review

| Key: | | |
|---|---|---|
| | NOT ACCEPTABLE | Weak in performance, does not carry share of work, if performed does not improve can result in disciplinary action up to and including dismissal. |
| | NEEDS IMPROVEMENT | Not completely up to expectations or standards in all aspects; will have to show improvement to reach satisfactory level. |
| | ACCEPTABLE | Does a satisfactory job; meets expectations or standards for performance. |
| | ABOVE AVERAGE | Generally performs all aspects of the job at a level above expectations and standards. |
| | SUPERIOR / OUTSTANDING | Is excellent in the job; performance is noticeably and usually well above standards or acceptable level. An effective employee who is excelled in performance by few others. |
| | NOT APPLICABLE (N/A) | Does not apply to the responsibilities of the position. |

| PERFORMANCE ASSESSMENT | NOT ACCEPTABLE | NEEDS IMPROVEMENT | ACCEPTABLE | ABOVE AVERAGE | SUPERIOR / OUTSTANDING | NOT APPLICABLE | COMMENTS: If rating is "Not Acceptable" or "Needs Improvement," please define |
|---|:---:|:---:|:---:|:---:|:---:|:---:|---|
| **A.   QUALITY PERFORMANCE (OVERALL RATING)** | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | • Do it right the first time |
| > Accuracy (assess number & frequency of errors, critical nature of errors) | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | • Deliver on commitments |
| > Completeness of Assignments (no details left unfinished), timeliness | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | |
| > Soundness of Conclusions / Good judgement | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | |
| > Adherence to format and standards | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | |
| > Appearance of finished work | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | |

ADDITIONAL COMMENTS, IF ANY:
- *Pay attention to completeness of assignments on time*
- *Sow seeds of trust - by making Staff and others feel worthy - create a climate of trusted communication*

| | NOT ACCEPTABLE | NEEDS IMPROVEMENT | ACCEPTABLE | ABOVE AVERAGE | SUPERIOR / OUTSTANDING | NOT APPLICABLE | |
|---|:---:|:---:|:---:|:---:|:---:|:---:|---|
| **B.   QUANTITY PERFORMANCE (OVERALL RATING)** | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | Execution - develop a track record, do everything with a sense of urgency |
| > Units of output both numbers and variety such as correspondence, reports, budgets, etc. | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | |
| > Output as compared to expectations | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | |
| > Ability to complete work accurately and on schedule | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | |

ADDITIONAL COMMENTS, IF ANY:
- *When you promise - you must deliver.*
- *Reach for new ideas - look at each program form the customer's eyes - brainstorming with Staff and Board for new ideas*
- *Focus on output - need and improved output*

| | NOT ACCEPTABLE | NEEDS IMPROVEMENT | ACCEPTABLE | ABOVE AVERAGE | SUPERIOR / OUTSTANDING | NOT APPLICABLE | |
|---|:---:|:---:|:---:|:---:|:---:|:---:|---|
| **C.   INTERPERSONAL RELATIONS (OVERALL RATING)** | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | |
| > Verbal communication skills face-to-face and on the telephone | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | |
| > Writing skills in communicating instructions, thoughts, and feelings to others | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | |
| > Ability to work with peers and supervisors | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | |
| > Emotional control | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | |
| > Does not allow personal activities to adversely affect work or to occur during work hours: (excessive phone calls, conducting personal business, etc.) | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | |
| > Willingness to do fair share of unpleasant tasks | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | |
| > Courtesy | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | |

- *Use "we" instead of "I" when talking about Center accomplishments*

Rater's Initials: _____        Date: _____

Employee's Initials: _____    Date: 6/5/2000

| PERFORMANCE ASSESSMENT | NOT ACCEPTABLE | NEEDS IMPROVEMENT | ACCEPTABLE | ABOVE AVERAGE | SUPERIOR / OUTSTANDING | NOT APPLICABLE | COMMENTS: If rating is "Not Acceptable" or "Needs Improvement," please define |
|---|---|---|---|---|---|---|---|
| **D.   DECISION-MAKING (OVERALL RATING)** | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | (1999 Board / Staff) Because of Board / Staff tension, timeliness of required actions suffered |
| > Ability to exercise sound judgement in decision-making) | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | |
| > Timeliness of decisions | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | |
| > Makes appropriate decisions within the scope of responsibilities: | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | |

Cite 2 Examples:

**#1      Tension between Board and Staff - cliques formed, some begin to exclude others - morale suffered that keeps all from doing their best**
**#2      No past performance evaluation**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **E.   PLANNING AND ORGANIZING WORK (OVERALL RATING)** | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | Meeting deadlines focus on issues rather than on people |
| > Ability to take care of necessary tasks ongoing and long range | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | |
| > Meets deadlines / scheduling skills | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | |
| > Knows what needs to be done and seeks more efficient and effective ways of getting the job done | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | |
| > Can adapt to new situations / flexibility | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | |
| > Dependability | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | |
| > Works within parameters of existing priorities | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | |

ADDITIONAL COMMENTS, IF ANY:
- **Measure performance and results against goals, objectives and deadlines**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **F.   DIRECTING THE WORK OF OTHERS (OVERALL RATING)** | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | There is still room, and a clear need for a decisive management style |
| > Gives clear, concise instructions and assignments to Staff | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | |
| > Supervises in line with agency policies and procedures | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | |
| > Develops and trains staff to reach their full potential | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | |
| > Recommends suitable staff qualified and capable of handling the job | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | |
| > Daily actions result in a positive influence on staff | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | |
| > Equitable delegation and distribution of work | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | |

ADDITIONAL COMMENTS, IF ANY:
- Employee told several times to clean the front of building (focus on what the customer is looking at)

Rater's Initials: _____     Date: _____

Employee's Initials: _____     Date: 6/5/2000

| PERFORMANCE ASSESSMENT | NOT ACCEPTABLE | NEEDS IMPROVEMENT | ACCEPTABLE | ABOVE AVERAGE | SUPERIOR / OUTSTANDING | NOT APPLICABLE | COMMENTS: If rating is "Not Acceptable" or "Needs Improvement," please define |
|---|---|---|---|---|---|---|---|
| G.  JOB KNOWLEDGE (OVERALL RATING) | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | |
| >  Know agency policies, procedures, and methods) | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | |
| >  Has technical skills required for the position | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | |
| >  Has non-technical skills required for the position (initiative, drive, supervisory, etc.) | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | |
| >  Understands budget limitations and performs even under severe circumstances | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | |
| >  Ability to perform all duties of the position competently | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | |

ADDITIONAL COMMENTS, IF ANY:
- *Let's fact it - no one likes change - we need more initiative and drive to reposition BTWC.*

| | NOT ACCEPTABLE | NEEDS IMPROVEMENT | ACCEPTABLE | ABOVE AVERAGE | SUPERIOR / OUTSTANDING | NOT APPLICABLE | **CREATIVITY** |
|---|---|---|---|---|---|---|---|
| H.  WORK HABITS (OVERALL RATING) | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | Take a deep breath - step back and clear your head, and realize there has been no major changes at BTWC. |
| >  Attitude toward work | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | |
| >  Competent care and use of agency equipment and supplies | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | |
| >  Ability to handle confidential material and sensitive matters | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | |
| >  Always willing to help | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | |
| >  Displays initiative | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | |
| >  Creativity | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | |

ADDITIONAL COMMENTS, IF ANY:
- *Focus on the customer and your staff, maintain your sights on our mission (avoid distractions).*

| | NOT ACCEPTABLE | NEEDS IMPROVEMENT | ACCEPTABLE | ABOVE AVERAGE | SUPERIOR / OUTSTANDING | NOT APPLICABLE | |
|---|---|---|---|---|---|---|---|
| I.  MANAGING RESOURCES (OVERALL RATING) | | ☐ | ☒ | ☐ | ☐ | ☐ | |
| >  Physical Resources (cite one example) | | ☐ | ☒ | ☐ | ☐ | ☐ | |
| ▪ *No up-to-date list of our physical resources* | | | | | | | |
| >  Fiscal Resources (cite one example) | | ☐ | ☒ | ☐ | ☐ | ☐ | |
| ▪ *Remember the past staff and FBI problems and loss of housing program fiscal control* | | | | | | | |

ADDITIONAL COMMENTS, IF ANY:
- *Learn to recognize situations that may cause a fiscal resource problem and a loss of control.*

Page  4  of  8

Rater's Initials: _____     Date: _____

Employee's Initials: _~~J-E.~~_     Date: 6/5/2000

| PERFORMANCE ASSESSMENT | NOT ACCEPTABLE | NEEDS IMPROVEMENT | ACCEPTABLE | ABOVE AVERAGE | SUPERIOR / OUTSTANDING | NOT APPLICABLE | COMMENTS: If rating is "Not Acceptable" or "Needs Improvement," please define |
|---|---|---|---|---|---|---|---|
| J.   ATTENDANCE (OVERALL RATING) | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | |
| >    Frequency of absenteeism as compared to standards | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | |
| >    Frequency of absenteeism at critical times | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | |
| >    Frequency of lateness as compared to standards | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | |
| >    Adheres to agency policy when absent or late | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | |
| ADDITIONAL COMMENTS, IF ANY: | | | | | | | |
| K.   SAFETY (OVERALL RATING) | ☐ | ☐ | ☒ | | | | **SAFETY OF OTHERS** (Basketball court safety problem) Realize we have a problem and take corrective action. |
| >    Is conscious of his/her own safety as well as the safety of others | ☐ | ☒ | ☐ | | | | |
| >    Is aware of agency safety policies and workmen's compensation procedures and complies with same | ☐ | ☐ | ☒ | | | | |
| ADDITIONAL COMMENTS, IF ANY: <br> ▪ *Discuss our safety problems and create a strategy that motivates the creative process and provides a safe area for all.* | | | | | | | |
| L.   APPEARANCE | ☐ | ☐ | ☒ | | | | |
| >    Dresses in an appropriate manner for the position. | ☐ | ☐ | ☒ | | | | |
| >    Personal hygiene and cleanliness | ☐ | ☐ | ☒ | | | | |
| ADDITIONAL COMMENTS, IF ANY: <br> ▪ *Look at staff dress and keep up-grading our standards.* | | | | | | | |

Page  5  of  8

Rater's Initials: _____        Date: _____

Employee's Initials: _____        Date: 6/5/2000

Page   6   of   8

EXECUTIVE COMMITTEE OVERALL RATING:        ACCEPTABLE PERFORMANCE

EMPLOYEE'S COMMENTS

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

This Performance Assessment has been reviewed and discussed with me and comments, if desired are above or attached.

_____        6/5/2000
Employee Signature                       Date

_____        _____
Assessor's Signature                     Date

_____        _____
Chairperson Management Committee Signature   Date Received