**BOOKER T. WASHINGTON CENTER**
**1720 HOLLAND STREET**
**ERIE, PENNSYLVANIA 16503**

# EMPLOYEE PERFORMANCE EVALUATION

| | | | |
|---|---|---|---|
| Employee Name | James Sherrod | Date of Hire | 11/98 |
| Position/Title | Executive Director | Time in Position | 28 Months |
| Program | ___N/A___ | Unit | ___N/A___ |
| Supervisor (Assessor) | Executive Committee | Date of Assessment | 3/27/2001 |

**EVALUATION PERIOD**

- ☒ Annual Evaluation
- ☐ Special Merit Review
- ☐ Corrective Action Review
- ☐ Other _____
- ☐ 90 days counseling *
- ☐ 90 days evaluation **
- ☐ 180 days probation

\* New employees hired on 180 days probation
\** Employees hired on 90 days assessment review

## KEY

| | |
|---|---|
| **NOT ACCEPTABLE** | Weak in performance, does not carry share of work, if performance does not improve can result in disciplinary action up to and including dismissal. |
| **NEEDS IMPROVEMENT** | Not completely up to expectations or standards in all aspects; will have to show improvement to reach satisfactory level. |
| **ACCEPTABLE** | Does a satisfactory job; meets expectations or standards for performance. |
| **ABOVE AVERAGE** | Generally performs all aspects of the job at a level above expectations and standards. |
| **SUPERIOR/ OUTSTANDING** | Is excellent in the job; performance is noticeably and usually well above standards or acceptable level. An effective employee who is excelled in performance by few others. |
| **NOT APPLICABLE (NA)** | Does not apply to the responsibilities of the position. |

| PERFORMANCE ASSESSMENT | Not Acceptable | Needs Improvement | Acceptable | Above Average | Superior/ Outstanding | Not Applicable |
|---|---|---|---|---|---|---|
| A. QUALITY PERFORMANCE (Overall Rating) | | X | | | | |
| - Accuracy (assess number & frequency of errors critical nature of errors | | | X | | | |
| - Completeness of Assignments (no details left unfinished), timeliness | | X | | | | |
| - Soundness of Conclusion/Good Judgement | | X | | | | |
| - Adherence to format and standards | | | X | | | |
| - Appearance of finished work | | | X | | | |
| Comments: Must be more detailed; need to be thorough in all aspects of job performance. | | | | | | |
| B. QUANTITY PERFORMANCE (Overall Rating) | | | X | | | |
| - Units of output both numbers and variety such as correspondence, reports, budgets, etc. | | | X | | | |
| - Output as compared to expectations | | | X | | | |
| - Ability to complete work accurately and on schedule | | | X | | | |
| Comments: We would like to see you raise the level of expectations for yourself and the Agency. | | | | | | |
| C. INTERPERSONAL RELATIONS (Overall Rating) | | X | | | | |
| - Verbal communication skills face-to-face and on the telephone | | X | | | | |
| - Writing skills in communicating instructions, thoughts, and feelings to others | | | X | | | |

| PERFORMANCE ASSESSMENT | Not Acceptable | Needs Improvement | Acceptable | Above Average | Superior/ Outstanding | Not Applicable |
|---|---|---|---|---|---|---|
| - Ability to work with peers & supervisors | | X | | | | |
| - Emotional Control | | X | | | | |
| - Does not allow personal activities to adversely affect work or to occur during work hours (excessive phone calls, conducting personal business, etc.) | | | X | | | |
| - Willingness to do fair share of unpleasant tasks | | X | | | | |
| - Courtesy | | | X | | | |
| Comments: Must exhibit more emotional control. Need to improve relationships with some Board members. Be able to accept constructive criticism and eliminate anger when dealing with Board. | | | | | | |
| D. DECISION MAKING (Overall Rating) | | X | | | | |
| - Ability to exercise sound judgement in decision making | | X | | | | |
| - Timeliness of decisions | | X | | | | |
| - Makes appropriate decisions within the scope of responsibilities. | | | X | | | |
| Comments: Need to be more decisive with decisions concerning Agency's needs. | | | | | | |
| E. PLANNING & ORGANIZING WORK (Overall Rating) | | | X | | | |
| - Ability to take care of necessary tasks ongoing and long range | | | X | | | |
| - Meets deadlines/scheduling skills | | | X | | | |
| - Knows what needs to be done & seeks more efficient/effective ways of getting the job done | | X | | | | |

4

| PERFORMANCE ASSESSMENT | Not Acceptable | Needs Improvement | Acceptable | Above Average | Superior/ Outstanding | Not Applicable |
|---|---|---|---|---|---|---|
| - Can adapt to new situations/flexibility | | (X) | | | | |
| - Dependability | | | X | | | |
| - Works within parameters of existing priorities | | | X | | | |
| **Comments:** | | | | | | |
| F. DIRECTING THE WORK OF OTHERS (Overall Rating) | | | X | | | |
| - Gives clear, concise, instructions & assignments to staff | | | X | | | |
| - Supervises in line with agency policies and procedures | | | X | | | |
| - Develops and trains staff to reach their full potential | | X | | | | |
| Recommends suitable staff qualified and capable of handling the job | | X | | | | |
| Daily actions result in a positive influence on staff | | X | | | | |
| - Equitable delegation and distribution of work | | | X | | | |
| **Comments:** Staff appears to lack enthusiasm at times. Work on keeping staff motivated and encouraged. | | | | | | |
| G. JOB KNOWLEDGE (Overall Rating) | | | X | | | |
| - Knows agency policies, procedures, and methods | | | | X | | |
| - Has technical skills required for the position | | | X | | | |

| PERFORMANCE ASSESSMENT | Not Acceptable | Needs Improvement | Acceptable | Above Average | Superior/ Outstanding | Not Applicable |
|---|---|---|---|---|---|---|
| - Has non-technical skills required for the position (initiative, drive, supervisory, etc.) | | | X | | | |
| - Understands budget limitations and performs even under severe circumstances. | | | X | | | |
| - Ability to perform all duties of the position competently | | X | | | | |
| Comments: | | | | | | |
| H. WORK HABITS (Overall Rating) | | X | | | | |
| - Attitude toward work | | X | | | | |
| - Competent care and use of agency equipment and supplies | | | X | | | |
| - Ability to handle confidential material and sensitive matters | X | | | | | |
| - Always willing to help | | | | X | | |
| - Displays initiative | | X | | | | |
| - Creativity | | | X | | | |
| Comments: Present ideas to Board!!! | | | | | | |
| I. MANAGING RESOURCES (Overall Rating) | | | X | | | |
| | | | | | | |

| PERFORMANCE ASSESSMENT | Not Acceptable | Needs Improvement | Acceptable | Above Average | Superior/ Outstanding | Not Applicable |
|---|---|---|---|---|---|---|
| - Fiscal Resources (cite one example) | | | X | | | |
| **Comments:** Mr. Sherrod is doing a good job in this area. Since the last audit, the Agency has been in compliance with recommendations from auditors. | | | | | | |
| J. ATTENDANCE | | | | X | | |
| - Frequency of absenteeism as compared to standards | | | | X | | |
| - Frequency of absenteeism at critical times | | | | X | | |
| - Frequency of lateness as compared to standards | | | | X | | |
| - Adheres to agency policy when absent or late | | | | X | | |
| **Comments:** | | | | | | |
| K. SAFETY (Overall Rating) | | | X | | | |
| - Is conscious of his/her own safety as well as the safety of others | | X | | | | |
| - Is aware of agency safety policies and workmen's compensation procedures and complies with the same. | | | X | | | |
| **Comments:** Must be more conscious of safety hazards at all cites i.e., snow removal on 26th Street Location. | | | | | | |

| PERFORMANCE ASSESSMENT | Not Acceptable | Needs Improvement | Acceptable | Above Average | Superior/ Outstanding | Not Applicable |
|---|---|---|---|---|---|---|
| L. APPEARANCE (Overall Rating) | | | X | ///// | ///// | ///// |
| - Dresses in an appropriate manner for the position | | | X | ///// | ///// | ///// |
| - Personal hygiene and cleanliness | | | X | ///// | ///// | ///// |

**General Summary Rating Of Performance Evaluation:**

☐  Not Acceptable    ☒  Needs Improvement    ☐  Acceptable

☐  Above Average    ☐  Superior Outstanding

**List employee's strong points:** Mr. Sherrod possess the abilities and skills to guide the Agency into the future. He has excellent ideas and the vision necessary to take the Agency to a new level of achievement.

**List employee's areas needing improvement:** Mr. Sherrod needs to improve his handling of sensitive issues. He needs to demonstrate more maturity in dealing with matters that are unpleasant. His inexperience in these areas can easily be corrected if Mr. Sherrod is willing to strive for improvement.

**List specific suggestions for improvement:** Mr. Sherrod needs to improve his interpersonal skills in relation to the entire Board. He should strive to keep open and honest lines of communication with the Board. In order for the Board to know his vision for the Agency, Mr. Sherrod should bring ideas to the full Board and provide thorough document to support the direction he envisions for the Agency.

**List employee's job or career development interest:** _____

_____

_____

**Employee's Comments & Suggestions:** _____

_____

_____

_____

**List all expectations of the employee in this position for the next rating period.**

\* Understand that the Board is raising the level of expectations for the Agency. Mr. Sherrod needs to be equipped to meet those standards and raise his level of expectations for himself.

\* When asked, Mr. Sherrod must produce. The Board is looking for results and Mr. Sherrod must be able to thoroughly present that which the Board is seeking and what he states he will do.

\*Mr. Sherrod must learn to better control his emotions.

\*Mr. Sherrod must improve his initiative and be more creative. No one will know what he is thinking unless he reveals his thoughts.

This Performance Evaluation has been reviewed and discussed with me and comments, if any, are above or attached.

_____
Employee Signature                Date

_____
Assessor's Signature              Date

_____
Unit Director's Signature         Date

_____
Personnel Director's Signature    Date received