BOOKER T. WASHINGTON CENTER

JOB DESCRIPTION

| Title of Position: | Immediate Supervisor: | Salary Range: |
|---|---|---|
| Executive Director | Board of Directors | |

Qualifications:   Bachelor's or Master's degree in Business Administration or Social Studies with not less than three (3) years experience in the administration of a charitable or non-profit organization, or an equivalent combination of education and experience.

Knowledge/Skills:   Be knowledgeable in the area of social services, youth work and community service; have ability to work cooperatively with both youth and adults, particularly those who are members of minorities; have experience and working knowledge on how social agency programs function and their goals and objectives; must have basic supervisory skills; ability to direct work activities of others; and have sufficient self-discipline and self-motivation to carry out duties and responsibilities in a consistent and diligent manner. Must have sufficient working knowledge to properly supervise and maintain computerized word processing, record keeping and general accounting systems.

Specific Duties and Responsibilities:

(1)   Overall conduct and management of the affairs and operations of the Booker T. Washington Center, a non-profit corporation (agency) organized under the laws of Pennsylvania, under the direction of its Board of Directors.

(2)   Formulate plans, policies and procedures for BTWC agency programs and submit same to the Board of Directors for approval, implementation, review and modification as required in accordance with the purposes and powers granted to the corporation under its Articles of Incorporation, By-Laws and functions as a corporation organized exclusively for charitable purposes as defined by Section 501(c)(3) of the Internal Revenue Code.

(3)   Administer programs, both short-term and long-range, pertaining to funding, expansion and operation of programs, maintenance and operation of physical facilities, equipment and supplies.

(4)   Direct preparation, presentation and approval of agency budgets by the Board of Directors and others as required.

(5) Create and/or review, evaluate and modify managerial systems pertaining to program operations, finance, personnel, maintenance of facilities, security, and supplies as appropriate. Must have working knowledge of word processing and general computerized accounting.

(6) Supervise all hiring, training, evaluation, promotion and termination of agency staff in accordance with personnel policies adopted by the Board of Directors and/or the Personnel Committee.

(7) Describe and explain programs, activities and policies of the agency to staff personnel, individuals and community groups and to local, state and federal funding agencies as needed or appropriate.

(8) Coordinate work of the agency with funding sources and other service agencies and institutions serving the same or similar community needs.

(9) Represent the Board of Directors before local, state and federal funding agencies and other entities conducting business with the corporation.

(10) Provide information and staff support to standing and ad hoc committees of the Board of Directors.

(11) Develop and maintain an effective public relations program which includes periodic releases to the media, direct contact and communication with community and civic groups and other activities designed to enhance the image of the agency, obtain volunteers for agency service and promote public support for its activities.

**Programmatic:**

(12) Provide overall direction and supervision of educational, recreational and cultural programs.

(13) Work directly with coordinator to recruit volunteer teachers for tutorial and Black History projects.

(14) Have direct contact with persons within and without the Erie community who can motivate minority children to educational and cultural excellence through lectures, poetry, plays or visual arts.

8/11/98