# BOOKER T. WASHINGTON CENTER
# INCIDENT REPORT

PERSON FILING REPORT: Anita Smith    DATE: 8-6-02

DATE OF INCIDENT: 8-6-02    TIME OF INCIDENT: 4:50 pm

PERSONS INVOLVED: Summer Camp Staff - Missing Youth

**Circle One:**   Accident    Mis-Conduct    (Staff Related)

A brief description of incident: (Valerie Hughes) A parent came to pick up her child (Brinna Hughes) from the agency and her child wasn't here. She left her cell phone number and said she would go look for her and to call if we heard anything.

Was medical attention needed?: Y ___  N ✓    If yes, explain: _____

Action taken by Staff: Sonda Jamison took initial information. She called James Sherron for Renee Coates Smith phone number. She called Renee and tried to call Derek Johnson but his cell phone wasn't operating.

* A copy of this report is to be placed in child's file and a copy to be given to the Executive director for informational purposes.

Anita Smith    8-6-02
Signature      Date

Action by Staff continued: James called back with Renee's phone number. Sonda called Renee - Renee said she would try to contact Derek to see if he knew where the child was. Renee called back. At this time, Sonda had left for the day (5pm) so I was covering the front desk + phone. I told Renee the family wanted to talk with her and she really should come back to the agency to do so. She said she would return. I called Randy Davis and explained the situation to him. I asked him to come to the agency to help me cover the emergency. He said he would. I also called Brian Bessetti to inform him of the incident since he was covering for James who was on vacation.

Family members of the missing child kept returning for updates. I kept calling phone numbers as requested by the family. Renee came back and talked with the family. She said she did not know if the child was on the van when they returned from the field trip.

At 5:45 p.m. I received a call. The party asked to speak with Aunt Valerie. I located that person and the caller notified her that the child had been left at the Millcreek Mall movie theatre. She walked 20 some blocks to a relatives house from the mall, but she was safe and ok.

I called Randy Davis on his cell phone. (He was driving arou

the area looking for the child.) to inform him of the outcome. I also called Brian to update him as well. (aw)

RECEIVED
03 FEB -3 AM 9:48
EEOC PITTSBURGH, PA
AREA OFFICE