# BOOKER T. WASHINGTON CENTER
## BOARD OF DIRECTORS
### January 2002 – December 2002

| Name | Term | Gender | Race |
|---|---|---|---|
| James Hamilton, **President** | 12/03 | Male | Black |
| Sean Coleman, **Vice-Pres.** | 12/02 | Male | Black |
| Rege O'Neill, **Treasurer** | 12/03 | Male | White |
| Debra Smith, **Secretary** | 12/04 | Female | Black |
| Clifton Anderson | 12/02 | Male | Black |
| Tom Antolik | 12/03 | Male | White |
| Michael Butler | 12/04 | Male | Black |
| Charles Faulkerson | 12/02 | Male | Black |
| Joseph Fries | 12/02 | Male | White |
| Paul D. Gambill | 12/04 | Male | Black |
| Charlotte Gavin | 12/02 | Female | Black |
| William Jeffress | 12/04 | Male | Black |
| Cathy Lyons | 12/04 | Female | Black |
| Claudette McAdory | 12/04 | Female | Black |
| Anthony Ross | 12/03 | Male | Black |
| John Williams | 12/03 | Male | Black |

vania 16503, 814-453-5744