

# BOOKER T. WASHINGTON CENTER

1720 Holland Street • Erie, Pennsylvania 16503
Phone (814) 453-5744 • Fax (814) 453-5749

*SERVING THE ERIE COMMUNITY SINCE 1923*

September 24, 2002

James C. Sherrod
917 East 33rd Street
Erie, PA 16504

Re:     Termination of Employment

Dear Mr. Sherrod:

This letter constitutes formal notice of the termination of your employment as the Executive Director of the Booker T. Washington Center. Your termination is effective immediately.

As you know, your employment with the Center was "at will." This is plainly stated in the letter setting forth the terms and conditions of your employment. Accordingly, either party could terminate the employment relationship between you and the Board, at any time and for any or no reason at all. In this particular instance, the Board has determined that this action is both necessary and appropriate.

We have explained that the Board felt that you did not treat a situation seriously enough, and did not immediately take reasonable steps to investigate the matter. We also expressed our displeasure with the fact that a number of the policies you relied upon to terminate the employees directly involved in the situation do not, in fact, exist. As we discussed, the creation and maintenance of these policies were your responsibility, and your failure to have established these policies was a failure on your part to perform an essential function of your job.

The Board deems this to be unsatisfactory job performance, as well as failure to perform your job within working hours, both of which are grounds for disciplinary action up to and including termination.

You will be paid for any accrued an unused vacation time as well as any remaining time worked but not paid (if any), during the next payroll period. Your health care and other insurance coverages will cease, effective midnight, September 30, 2002. Under Pennsylvania law, however, you may have the right to convert these group policies to individual ones within 30 days of your termination. You should contact the respective insurance carriers for information on how to do this.

Very truly yours,

BOOKER T. WASHINGTON CENTER, INC.

By: *Jean P. Coleman, Vice-President*