

BOOKER T. WASHINGTON CENTER

PERSONNEL POLICIES
&
PROCEDURES

Effective:  January 3, 2000

# BOOKER T. WASHINGTON CENTER
## PERSONNEL POLICIES & PROCEDURES MANUAL
### Effective: January 3, 2000

## TABLE OF CONTENTS

| | | |
|---|---|---|
| I. | General – Statement of Purpose | 2 |
| II. | Affirmative Action | 3 |
| III. | Employee Selection Process | 4 |
| IV. | Employee Status | 6 |
| V. | Performance Evaluation | 9 |
| VI. | Organizational Chart | 10 |
| VII. | Personnel Records | 11 |
| VIII. | Salary Administrative Plan | 12 |
| IX. | Salaries and Wages | 14 |
| X. | Pay Periods | 15 |
| XI. | Fringe Benefits | 16 |
| XII. | Leaves of Absence | 18 |
| XIII. | Travel and Transportation | 24 |
| XIV. | Orientation and Seminars | 25 |
| XV. | Employee Conduct | 26 |
| XVI. | Disciplinary Action | 28 |
| XVII. | Separation of Employees | 31 |
| XVIII. | Employee Grievance and Appeal | 32 |
| XIX. | Terminations | 34 |
| XX. | Prohibited Activities | 35 |

**\*\*\* Booker T. Washington Center Policy Statements \*\*\***

| | |
|---|---|
| I. | Confidentiality (Infectious Disease) |
| II. | Human Resource Issues |
| III. | Smoking |
| IV. | Sexual Harassment |
| V. | Drug and Alcohol Free Workplace |
| VI. | Release of Information |
| VII. | Confidentiality (Personnel/Client) |

# I.    <u>GENERAL</u>

## <u>Statement of Purpose</u>

Personnel Policies and Procedures are designed to familiarize employees with our policies and to promote a growing and continuing efficiency in the administrative procedures of the Booker T. Washington Center.  Every member of the staff is urged to review the contents of this manual and is required at all times to subscribe to the policies and practices listed.  Booker T. Washington Center's goal is to produce a career ladder through related work experience and training provided within its programs as well as educational opportunities coordinated with local schools and colleges.

- The Board of Directors shall commission the Executive Director to develop personnel policies and procedures.

- Policies and procedures can be amended by the Executive Director with the approval of the Board of Directors at which time a copy of the amended section of the policies will be made available to all employees.

- Policies and procedures shall be dated at the time of adoption of revision.

## II.   AFFIRMATIVE ACTION

Affirmative Action is a set of procedures designed to ensure that an organization is free of discriminatory practices.

- The Executive Director shall prepare a Personnel Manual, including Affirmative Action Policies and Procedures, for approval.

- All qualified applicants shall be given equal consideration for employment, and the Executive Director shall consider applicants according to merit, without regard for race, creed, color, national origin, age, sex, handicap, or religious or political affiliation.

- Job interviews shall be structured to avoid inquiry into irrelevant areas of an applicant's personal situation (i.e., questions relating to childcare arrangements, spouse's occupation, religious views, etc.).

- Employees will be provided with an effective performance evaluation program based upon job-related performances requirements, and organizational goals.

- The Executive Director shall conduct an annual review of the Corporation's classification plan to ensure that qualifications and requirements are realistic, valid, and representative of the minimum education, training and experience essential to successful fill a position.

- An effective grievance and appeal system shall be established so that complaints alleging discrimination and/or harassment can be fully investigated and so that corrective actions can be taken when necessary.

- The Executive Director shall administer a written exit interview program to identify and resolve problems in employee turnover.

- The Booker T. Washington Center will comply, where applicable, with The Americans with Disabilities Act of 1990.

## III.   EMPLOYEE SELECTION PROCESS

The selection process is the method in which applicants are considered for positions at the Booker T. Washington Center.

**Citizenship Requirement** - In compliance with the Immigration Reform and Control Action of 1986, new employees must provide proof of citizenship. The Booker T. Washington Center will employ only United States Citizens and aliens lawfully authorized to work in the United States. Employees hired after November 6, 1986 must complete the Employee Information and Verification form and provide the required documentation as proof of citizenship before they can begin work.

**Process** - The Board of Directors is responsible for the employment and dismissal of the Executive Director. The Executive Director is responsible for the selection of other staff members. However, the concurrence of the Executive Committee must be obtained in the selection of a candidate for all exempt positions.

Every accepted applicant will be so informed by letter, which will include the date of employment and the initial pay. Every applicant not accepted will be so informed in writing.

Severance pay will be considered only for appointees to the office of the Executive Director, upon the discretion of the Board.

The Executive Director may reject any applicant when the applicant is found to lack any of the required qualifications. Applicants may also be rejected if it is found that the applicant is addicted to the excessive use of drugs or intoxicating liquors, has been dismissed from the public service for delinquency, has been found guilty of any notoriously disgraceful conduct, has made a false statement of a material fact, has practiced or attempted to practice any fraud or deception in his/her application or interview, or has attempted in any proper manner to secure employment.

An Act 33/34 Clearance will be required of all employees.

**Interview Expenses** – The Booker T. Washington Center may pay travel and per diem expenses to a candidate for position of Executive Director. Such payments must be in strict accord with the policies set forth by the funding source. Interview expenses for other positions are allowable, but may be limited due to the availability of funds and funding source regulations.

**Conflict of Interest or Nepotism** – The following rules shall be observed with respect to all employees:

4

- No person shall hold a job over which a member of his or her immediate family exercises direct supervisory authority.

- No person shall hold a job while a member of their immediate family serves on the Booker T. Washington Center's Board of Directors which either by rule or by practice regularly nominates, recommends, screens candidates or otherwise has authority to affect the Agency or program by which the employee is employed. For purposes of this part, a member of the immediate family shall include any of the following: Spouse, Mother , Father, Child, Brother, Sister, and Grandparent.

## IV.  **EMPLOYEE STATUS**

Employee Status is the position an employee has obtained through length of service and performance.

- **Probationary Status**

   A new employee shall have a probationary period of six (6) months, in which to demonstrate their capacity for performance. The probationary salary will be the same as the regular salary for the position.

   Upon completion of the probationary period, the immediate supervisor of the probationer shall prepare an evaluation covering such information as work attitudes and habits, relationships with other staff members, ability to perform within a position, community, and other relationships in other areas of special skills or particular problems which need strengthening.

   The supervisor shall discuss this evaluation with the probationer and each shall sign the evaluation form. The probationer's signature only indicates that s/he has seen and understood an evaluation regardless of agreement. The probationer has the right and opportunity to make any comments on the evaluation in order to clarify or amplify the evaluation as seems appropriate to them.

   The probationary period of an employee may be extended provided that the total probationary period does not exceed twelve (12) months following an original appointment and six (6) months following a promotion. The employee must be given notice of the extension of the probationary time in writing. A probationary period may not be decreased.

   If an employee is away from their job for two (2) weeks or longer during any period of probation, the probationary period is automatically extended by the time equivalent to the absence.

- **Permanent Full-Time** - Those employees who work at least 7.5 hours per day, 37.5 hours per week, and is eligible for all employee benefits.

- **Permanent Part-Time** - Those employees who work less than 7.5 hours per day, 37.5 hours per week. Fringe benefits do not apply.

- **Temporary Full-Time** - Those employees who work at least 7.5 hours per day, 37.5 hours per week, but whose duration of employment is established at a definite time for a particular purpose and for a specified period. Fringe benefits do not apply.

6

- **Temporary Part-Time** - Those employees who work less than 7.5 hours per day, 37.5 hours per week, but whose duration of employment is established at a definite time for a particular purpose and for a specific period. Fringe benefits do not apply.

- **Consultant** - Those persons serving with or without compensation who provide expertise in a particular field.

  When an employee holding a temporary appointment is employed on a permanent basis, and when the length of time between the period of temporary and the beginning of the period of permanent employment is not more than sixty (60) days, the period of temporary employment will be counted toward the employee's eligibility for all benefits available to permanent employee including, but limited to all leave benefits and periodic pay increases.

- **Minimum Wage Policy** - No person will be paid less than the minimum wage established under applicable Federal and State laws and regulations. Salary and wage levels are in accordance with Federal and State guidelines and the overall availability of funds. Salary and wage levels shall be determined on the basis of levels paid for the nearest equivalent jobs in the community; adjusted where necessary on the basis of competitive levels in or outside the community in the interest of obtaining the most capable person for that particular job.

- **Overtime and Compensation Time** - The standard work week for full time employees shall be no less than thirty-seven and a half (37.5) hours/week with starting time, lunch hour, and leave time to be designated by the Executive Director.

  Occasionally, an employee may be asked to work overtime. When this happens and with prior written approval, the employee may be granted compensatory time. A minimum of fifteen (15) minutes must be worked before overtime or compensatory time will be granted.

If approved, compensatory time will be granted at a rate of one hour off for each hour worked up to eighty (80) hours. All compensatory time must be taken within the pay period worked. If overtime is worked and compensatory time is not taken within the payroll period, the overtime must be paid at the regular rate of pay up to eighty (80) hours in the pay period, and one and one-half times the regular rare for each hour worked over eighty (80) hours.

The Executive Director shall establish two (2) employee classifications: Exempt and Non-Exempt. These classifications shall comply with the Walsh-Healy Public Contracts Act and the Fair Labor Standards Act. The Acts state that the

jobs classified as executive, administrative, and professional shall be exempt and that jobs not falling into these classifications shall be non-exempt.

Employees in non-exempt classifications shall be eligible for compensation time (equal time off) for overtime reimbursement for any time in excess of 37.5 hours in a calendar week.  Employees in exempt classifications shall not be eligible for compensation time for overtime reimbursement.  The classification plan shall assign each position to an appropriate class.  Assignment to classes shall be made on the basis of knowledge, skills, experience, and responsibilities required for a position.  A class may include more than one position.

Employees will be required to use any compensatory time before being granted vacation leave.

# V.   PERFORMANCE EVALUATION

A performance evaluation is a review of the quality and quantity of work completed by an employee. Evaluations are conducted to determine strengths and areas that need improvement, to clarify positional experience, and to plan professional development for an employee.

At least annually, based on the time period in which each employee is hired, the Executive Director shall examine the fitness and efficiency of each employee. The Executive Director shall be responsible for the evaluation of all executive, administrative, and professional staff.

Each department head shall be responsible for the evaluation of all subordinate staff with the Executive Director being the final reviewer. Such service rating shall be in writing submitted by department heads on a form entitled "Employee Performance Evaluation" and said form shall remain a permanent part of the individual's employee record. Such report will be discussed with the employee and the employee's signature affixed to the report designating that the same has been reviewed by said employee.

Merit increments of pay may be awarded after six (6) months of employment and annually thereafter upon completion of an evaluation, recommendation by the immediate supervisor, and approval of the Executive Director, subject to the availability of funds. In cases where the evaluation is "excellent", a further merit increase may be recommended and awarded.

Promotion shall be based on evaluation and capacity of the new position. This evaluation shall be made a part of the employee's personnel record. Employees shall have first consideration of filling vacancies at higher levels. Promotion of individuals to fill such higher positions shall be based upon their seniority.

Continuation of employment shall be based on continuing satisfactory performance. An employee who has successfully completed a probationary period and who continues to meet the Booker T. Washington Center standards of performance, will be given every consideration to continue his/her position without fear of demotion or dismissal, always subject to the availability of funds.

# VI.    ORGANIZATIONAL CHART

The organizational chart is a division of positions according to required knowledge, skills, experience, and responsibilities.

The Board of Directors shall commission the Personnel Committee to develop an organizational chart.  The Personnel Committee shall recommend such policies and procedures to be adopted by the Board of Directors.  The Board shall require an annual update of the organizational chart.

Positions in a single class shall be sufficiently alike to permit a.) requirements for similar levels of experience and education, b.)  application of the same pay range.  Each position in a single class shall have:

      a.     a concise, descriptive title;

      b.     a statement of necessary qualifications; and

      c.     a description of the duties and responsibilities required by the position.

The Executive Director may review the duties and responsibilities of positions and recommend the creation of new positions and/or elimination of existing positions from the organizational chart.  Recommendations shall be made to the Board of Directors.

The Executive Director may, upon his/her own initiative or upon the recommendation of a supervisor, reassign a position to a different class.  Reassignment may be made when the duties required for a position change and the reassignment can be accomplished within budget limitations.

New positions must fit existing classifications.  The Executive Director for final approval must submit a Job Description and Job Classification to the Personnel Committee before it becomes official.  Job Descriptions shall take into consideration the requirements of the job and shall be descriptive and explanatory of the work performed. They may not include all of the duties required of a position and shall not be designed to serve as detailed work assignments.

## VII.  <u>PERSONNEL RECORDS</u>

Personnel Records consist of documents and materials relating to an employee's qualifications, status, and performance.

Booker T. Washington Center shall maintain a Personnel Record File for each employee containing the following:

- Employment Application/Resume
- Personnel Action Forms
- Reference Letters
- Educational Information as required
- Medical Information as required
- Position description
- Other information considered relating to employment
- Performance Assessments
- Material relating to job performance
- Time and Attendance Records
- Leave Records
- Other payroll information
- Act 33/34 Clearances

# VIII.  SALARY ADMINISTRATIVE PLAN

A compensation plan is an organized salary scale established to maintain salary levels consistent with comparable positions, to provide incentives through proper administration of wages, and to ensure that employees are treated consistently and equitably.

The Board of Directors shall commission the Personnel Committee to develop a compensation plan.  The Personnel Committee shall recommend a compensation plan prepared by the Executive Director who is subject to approval by the Board of Directors.

The Board shall require an annual review and update of the compensation plan.  The compensation plan shall prescribe the minimum, maximum, and intermediate steps of pay appropriate for each position.

The salary range for a position is changed by the Board of Directors, all employees whose positions are re-evaluated shall receive compensation adjustments which correspond to the steps in the new salary range, unless the Board specifies exceptions to the compensation adjustments.  Employees who are performing satisfactorily and are not receiving the maximum salary for their position shall be eligible for advancement to the next higher step in the salary range on their performance evaluation date.

No salary advancements shall be granted beyond a salary range maximum.  All salary steps advancements shall require the approval of the Executive Director.  Prior to granting such approval, the Executive Director shall consult with the appropriate supervisor to determine whether the employee is performing satisfactorily.

An employee who is moved to another position in the same class or to another position in another class with the same salary range shall receive no change in salary.  When employees are moved from one position to another position with a higher maximum salary, their salaries shall be the minimum salary for the new position, unless that minimum is lower than, or the same as, their salary at the time they are moved.  In that event, the employee shall receive the next higher step with the pay range for the new position.

When an employee is demoted, or moved from one position to a position with a lower maximum salary, the Executive Director shall establish a rate of compensation within the salary range of the class to which the employee has been demoted.

New employees shall receive the minimum salary for the position for which they are hired, unless the Executive Director grants an exception for one of the following reasons:

      a.      In cases of unusual difficulty in filling a position the Executive Director may approve appointment salary above the minimum, and;

     b.     In hiring exceptionally qualified personnel, the Executive Director may approve appointment at a salary above the minimum.

The Personnel Committee shall compare current classifications and compensation with those of other public and private employers within the Local job market at least once each fiscal year.  Upon the basis of this analysis, the Executive Director shall submit recommendations for revisions of the compensation plan to the Personnel Committee for Board approval.

# IX.    SALARIES AND WAGES

Salaries and wages are financial compensation received by employees for work performed.

All persons entering the program will enter at the base step, except the Executive Director.  Those individuals entering a new position will enter at the first step of the new position regardless of the salary of the previous member.

Where a candidate clearly exceeds the minimum "mandatory" qualifications as defined in the Booker T. Washington Center job descriptions, the entry-level salary may be a step one (1).  When the applicant meets or exceeds the more rigorous "desirable" qualifications, the entry level may be a step two (2).  For applicants to enter above the base entry level, written request must be approved by the Booker T. Washington Center's Executive Director who will provide periodic reports to the Executive Committee on his/her decision in such cases.

Annual merit increases are not automatically based on review of job performance. These increases are not automatically based on tenure, but will be rewarded only on the basis of outstanding performance on the job.  Such increases must remain dependent on the job and the availability of funding.

When an individual is promoted to a position of higher grade, s/he should be assigned to the base pay step within the grade or to a step within that grade which will afford him/her a salary increase.

14

# X.    PAY PERIODS

Pay periods are intervals of time in which enumeration will be given for work performed. *There are twenty-six (26) pay periods in a year, consisting of two weeks each. Salaries* and wages of employees shall be paid bi-weekly on Friday of the appropriate week. In the event this day is a holiday, the preceding day shall be the payday.

Time and attendance records shall be kept on all employees on the forms prescribed by the Finance Department and submitted to that department at a designated time by the department head with the Executive Director's approval.

## Employee Deductions

1.    **Mandatory**

    -    Federal, State, and Local Taxes  -    Social Security

2.    **Voluntary**

-    Retirement                -    United Way Contributions
-    Disability Insurance       -    Other deductions as requested

## Employee Benefits paid by Booker T. Washington Center

1.    **Mandatory**

-    Workmen's Compensation -    Social Security
-    Unemployment Compensation

2.    **Voluntary** (after 90 days)

-    *Hospitalization*    -    *Disability*
-    Dental              -    Life Insurance

-    Retirement (after one year)

15

# XI.   **FRINGE BENEFITS**

Fringe Benefits are compensations, other than salary, which are given to employees.

- **HOLIDAYS**

    Holidays are special days of commemoration.  The Booker T. Washington Center will observe all legal holidays recognized by the prevailing practice of Local and Federal offices and others listed below.  Whenever any of these falls on a Sunday, it will be observed on the following Monday, and if falling on a Saturday, it will be kept on the preceding Friday.  In order to be paid for the holiday, employees must work the day before and the day after a holiday, unless properly excused, (i.e., vacation or justifiable illness).   The Booker T. Washington Center's paid Holidays are:

    New Years Day
    Dr. Martin Luther King's Birthday
    President's Day (Lincoln and Washington)
    Good Friday
    Memorial Day
    Independence Day
    Labor Day
    General Election
    Thanksgiving Day and Following Day
    Christmas Eve
    Christmas Day

    Holidays falling within the period of annual vacation or sick leave shall not be counted as working days in computing the vacation or sick leave.

- **Social Security** – Each employee shall be covered by old age and survivors insurance (social security) which provides for retirement and medical benefits in accordance with Federal laws.

- **Worker's Compensation** – Each employee shall be covered by the Worker's Compensation Act which provides for compensation benefits in case of injury to an employee while on the job.

- **Group Insurance** – The Booker T. Washington Center provides group insurance coverage under a comprehensive insurance program for all full-time employees.  Such coverage includes life insurance, hospital-surgical benefits, major medical insurance, sickness and weekly disability benefits, paid prescriptions, dental, and vision.  The aforementioned benefits are effective the first of the month following completion of ninety days probation.

All permanent full-time employees and their dependents are eligible for coverage after ninety (90) days of full time employment.

The Booker T. Washington Center may, with the approval of the Board of Directors, change or amend insurance plans. However, in doing so, the Corporation shall strive to improve coverage and shall not deprive any employees of benefits accrued through previous plan participation.

17

# XII.  LEAVES OF ABSENCE

A leave of absence is an approved block of time in which a permanent full-time employee will not be working.

- **VACATION LEAVE**

  Vacation leave is a benefit extended to all permanent full-time employees.

  Every person requesting vacation leave of three (3) days or more is to make an application to his immediate supervisor, in writing, not less than fifteen (15) clear working days before s/he wishes such leave to commence.  No leave will be granted with less than fifteen (15) days notice except in emergencies.  Vacations must be taken in multiples of full or half days.

  Paid Vacation allowances shall be earned annually based on the following schedule:

  | Years of Service | Vacation Leave |
  |---|---|
  | 1-5 years | 2 weeks |
  | 6-10 years | 3 weeks |
  | 10-14 years | 4 weeks |
  | 15 + years | 5 Weeks |

  Original probationary appointments shall accrue vacation time, but shall not be entitled to vacation until they have completed at least one (1) year service.  Emergency and temporary employees shall not accrue vacation time unless their appointments are subsequently changed to a regular basis, in which case their prior employment as a temporary or emergency employee shall count for accrual of vacation time.

  An employee who has resigned or who dies while in service or whose service has been otherwise terminated shall him/herself, or his/her estate be entitled to receive pay for the period of accrued vacation, not to exceed thirty (30) days.

  An employee may carry over up to five (5) days of unused vacation time to the next succeeding year.

  At no time may an employee take more than their annual vacation accrual in one year (Anniversary Date to Anniversary Date) without approval from the Executive Director.  Vacation time cannot be accrued beyond five days of their annual vacation accrual.

18

- **SICK LEAVE**

Sick leave is time granted away from work for permanent full-time employees who are ill.

Each permanent full-time employee or probationary employee shall be entitled to sick leave with full pay computed and accrued at the rate of 1.25 working days for each calendar month of service, provided that, for purposes of computation twenty (20) days of service within a calendar month shall constitute a full month. Sick leave shall be credited to each employee between the 20th of the month and the last day of the month in which it accrues.

*Employees shall be granted sick leave for a period not to exceed fifteen (15) days per year.* Sick leave may be accumulated up to a total of thirty (30) days.

Sick leave must be approved by the employee's immediate Supervisor or Executive Director. Proof of illness, in the form of a certificate from a physician, will be required if the employee is absent for two (2) or more consecutive working days. A physician's certificate will also be provided, if regular or excessive sick leave is requested during a vacation period and in such other circumstances, as may be required by the Executive Director.

An employee who is out sick is expected to report in by telephone no later than one (1) hour from the time s/he is expected to report to work.

No payment shall be made for accrued sick leave on termination of employment.

If an employee is hospitalized for any duration, a doctor's release certificate must be presented to the Executive Director upon the employee's return to work. Eligibility for sick leave may vary in accordance with funding source guidelines.

There are three categories of sick leave status:

- **Sick leave medical absence**

- **Short term medical absence/normal maternity absence**

- **Long term medical absence/extended maternity absence**

In all categories, sick hours in which the employee has accrued must be utilized before a request for leave without pay will be considered.

19

- **Sick Leave Medical Absence** – is defined as an illness using sick leave of seven consecutive working days or less. This leave can be used for:

  - Illness of employee

  - Illness of spouse or child of employee

  - Necessary doctor or dental appointments for employee or dependent child(ren) of the employee that cannot be scheduled during non-working hours (prior notification required)

  - Contact with or exposure to a contagious disease rendering the employee's presence hazardous to fellow employees.

  Proof of visit from the physician/dentist, if sick time utilized was for doctor/dentist appointment during working hours, must be submitted to the Executive Director. In the event the employee fails to provide verification of appointment, sick leaves for which s/he may be entitled, will not be paid. Proof of illness in the form of a medical statement may be required if the employee is absent two (2) or more days or requests regular excessive, unsubstantiated sick leave.

- **Short Term Medical Absence** – is defined as an illness using sick leave of eight (8) days to twenty-six (26) weeks. This leave may be used for:

  - Illness/disability of employee

  - Maternity leave of employee (normally six weeks)

  Proof of illness in the form of a medical statement from the attending physician is required if the employee is absent for any period of eight (8) days to twenty-six (26) weeks or requests regular/excessive unsubstantiated sick leave. This written medical release must be submitted to the Office of the Executive Director before the employee is permitted to return to work. Such certificate will be required if sick leave is requested during a scheduled vacation period or in such other circumstances as may be required by the Executive Director.

  A pregnant employee shall request maternity leave at least two months prior to the anticipated commencement of the leave. In no case shall the employee be required to leave prior to childbirth unless she can no longer satisfactorily perform the duties of her position. A pregnant employee must provide Booker T. Washington Center with a medical certificate verifying her ability to carry out her assigned duties if she remains on the job after six weeks to the due date.

20

An employee may return to work any time after the pregnancy has been terminated with a physician's statement ensuring that the employee's physical condition is such that she may return to her assigned duties, normally six weeks after birth. Additional leave must be approved in compliance with the Extended Medical Absence Policy.

The Agency provides an Employee Disability Plan for each full time permanent employee. This plan covers a percentage of the employee's wages or salary from the eighth consecutive day of an illness and from the first day of disability sustained from an injury for a twenty-six week period (with medical documentation required).

- **Long Term Medical Absence -** (extended maternity leave) may be granted for a period of up to nine (9) months for employees who have a minimum of one year's service. A detailed medical/physician's report is required which outlines the medical condition that requires additional leave. The following applies to employees who have completed a probationary period, but less than one year's service:

  - A period equal to accrued sick leave plus twenty-six weeks Disability Plan period, may be granted

  - No hospital/dental benefits will be provided beyond the stipulated period as defined by the Agency Hospitalization/Health Plan. No retention of position beyond nine months or at the end of the contract, if not refunded, whichever comes first.

  - At the end of nine months or at the end of the contract, whichever comes first, the employee will be placed on Administrative Separation at the end of a pro-rated period in accordance with policy listed above.

**NOTE**: The procedures for normal maternity leave must have been followed before the Extended Maternity Leave is requested.

**ANY MIS-STATEMENT OR MIS-REPRESENTATION BY AN EMPLOYEE IN CONNECTION WITH THE USE OF SICK LEAVE WILL SUBJECT THE EMPLOYEE TO DISCIPLINARY ACTION.**

- **Family Leave** – Loss of time due to illness in the employee's immediate family will be charged against the employee's accumulated sick leave and is not to exceed twenty (20) working days in any one calendar year. Immediate family shall include children, husband, wife, parents, brother, sister, grandparents, mother-in-law or father-in-law.

21

- **Maternity and Paternity Leave** – Maternity and Paternity leaves of absence may be granted to an employee for a maximum of one hundred and eighty (180) days. If an employee requests a return to work after the six month period specified above, the Booker T. Washington Center shall make every effort to place the employee in the same, or in a comparable position as that from which leave was granted. Reinstatement shall be provided at the discretion of the Executive Director, and shall be made in light of budget guidelines and the needs of the Corporation.

- **Military Leave** – If an employee should be drafted to enter military service after having become a permanent employee, s/he would continue as an employee on military leave of absence without pay. If s/he returns to his/her job within ninety (90) days from the date of his/her military discharge and is able to do his/her job, s/he will be reinstated with continuous service, provided s/he has been honorably discharged. Reinstatement will always be subject to the availability of funds for the job in question.

  A permanent or probationary employee or an officer who is a member of the National Guard or any of the reserve components of the armed forces of the United States, shall be entitled to a leave of absence in addition to any other leave of absence without effect on the service rating for the period during which s/he shall satisfy him/herself with the proper evidence, in writing, from the appropriate military officer of such military duty for which the leave is granted. The Booker T. Washington Center shall reimburse an employee for the difference between his/her normal rate of pay and that offered by the reserve forces.

- **Administrative Leave** – Leave with pay may be granted by the Executive Director when weather conditions, acts of God, or other special reasons exist which would make attendance at work dangerous or hazardous, and when such factors might result in a threat to the safety or well being of the employee.

- **Disability Leave** – In the event an employee suffers a prolonged illness, said employee will be required to exhaust all sick leave, vacation time, personal time, and all weekly benefits under Booker T. Washington Center's group insurance plan. At the end of this period, the employee will be placed on a leave of absence; the Booker T. Washington Center may fill a vacated position.

- **Leave of Absence (without pay)** – A permanent or probationary employee, upon application in writing and on the recommendation of his/her immediate supervisor and with the approval of the Executive Director, may obtain a continuous leave of absence without pay for any of the following reasons:

22

1.    Training to improve the quality of service to the agency or for promotion purposes.

2.    Other extraordinary reasons.

Any employee who is absent from duty for three (3) consecutive work days without notification or authorization for such absence, may be dismissed from his/her position unless a leave of absence is subsequently determined to be applicable and is granted in accordance with the Booker T. Washington Center policies.

- **Civil Leave** – An employee who must be excused for jury duty or to serve as a witness may apply in advance for Civil Leave.  Compensation received from jury duty while on Civil Leave shall be remitted to the Booker T. Washington Center. *If any employee elects to take vacation leave or leave without pay rather than take Civil Leave pay, s/he may retain any compensation received for his/her services.*

- **Funeral Leave** – In the event of death in the employee's immediate family, s/he shall be granted leave of absence with pay.  For the purpose of this provision, immediate family shall be defined as the following: father, mother, stepmother, stepfather, mother-in-law, father-in-law, sister, brother, sister-in-law, brother-in-law, spouse, children, stepchildren, daughter-in-law, son-in-law, grandparents, grandparent-in-law, grandchildren and live-in relative. *funeral leave shall not exceed three (3) consecutive working days.*

- **Suspension Leave** – A suspension is a leave without pay as the result of disciplinary action by the Executive Director.  The Executive Director may suspend for a period not to exceed ten (10) days.  Any suspension exceeding ten days must be approved by the Personnel Committee.  The Personnel Committee is responsible for actions to suspend the Executive Director.

The Executive Director, or others s/he may designate, may impose a suspension penalty for violation of work rules, if they agree that such suspension is desirable personnel action.  Reasons for such suspension must be placed in writing in the employee's personnel file.  Suspension may be without pay.  Prior to suspension, adequate warnings shall have been made to the employee and final warning, in writing, setting a reasonable time for improvement.  This also shall be included in the employee's personnel file.

23

# XIII.   TRAVEL AND TRANSPORTATION

Whenever possible, official travel, other than by common carrier, shall be provided by Booker T. Washington Center vehicles.  Travel by private vehicles on Booker T. Washington Center business may be reimbursed at the same rate as mandated by the Commonwealth of Pennsylvania.  Where such travel is outside the jurisdiction of the Booker T. Washington Center and where common carrier service is available, such travel shall be justified in terms of other substantial advantages to the Booker T. Washington Center program.  Claims for reimbursement on a mileage basis shall be supported by detailed mileage records.

Cost (transportation, registration fees, and other necessary expenses) involved in attendance of Booker T. Washington Center officials and employees at conferences, conventions, and committee meetings; or organizations which have a broad based interest in the Booker T. Washington Center's activities on a national or regional level, may be reimbursed as above when specifically authorized.  Attendance shall be limited to the number of officials or employees necessary to adequately cover the meeting.

Out-of-town travel cost to Booker T. Washington Center employees for attendance at training conferences, seminars, institutes or workshops may be reimbursed as above when specifically authorized and where such attendance can be justified in terms of improving the efficiency and operation of the Booker T. Washington Center.

All travel outside the Commonwealth of Pennsylvania must be cleared with the Controller and Federal agencies, when appropriate.

Persons traveling on Booker T. Washington Center business are entitled to an advance of funds with which to meet their needs.  When advances are requested, such anticipated expenditures are to be itemized on an advance travel request.

Transportation details of expense where paid by the traveler, should be clearly stated on the voucher so as to give a clear picture of itinerary and expenses incurred.  Round trip tickets should be purchased at reduced rates when available and such purchases should be used in purchasing transportation and may be obtained from the Controller.

When personal cars are used, with the approval of the Executive Director, and the charge as mandated by the Commonwealth of Pennsylvania is claimed, parking (upon presentation of receipts) and toll charges may be claimed, but costs of gasoline, oil, and maintenance of the vehicle may not be claimed.

A per diem allowance, in lieu of subsistence expenses, for traveling on official business, may be approved up to $40.00 for a full day of official travel status.  All expenses must be documented with receipt.

# XIV.  <u>ORIENTATION AND SEMINARS</u>

The Office of the Executive Director has the overall responsibility to ensure that each employee receives a complete orientation on the Booker T. Washington Center and their specific job functions in line with the approved orientation procedure.  Such orientation will include, but not limited to:

- Distribution of the Personnel Policies and Procedures

- Initial orientation on the Personnel Policies (i.e., tardiness, types of leave, probation, etc.)

- Review of eligibility dates for Agency benefits programs

- Completion of necessary payroll information (W-4)

- Brief history of the Booker T. Washington Center

- Explanation of the Booker T. Washington Center's units and specified organizational charts.

The Booker T. Washington, from time to time, will schedule special meetings, conferences, and seminars that must be attended by all staff.  Dissemination of information regarding personnel policies, practices, procedures, and benefits are as follows:

- *Staff is notified of changes in personnel policies directly via written memorandum*

- *Personnel practices, procedures, and employees benefits that are new or revised, are presented in written form to staff, with follow-up orientation*

# XV.  EMPLOYEE CONDUCT

No employee of Booker T. Washington Center shall have the authority to make public or private statements on behalf of the Booker T. Washington Center without prior approval of the Executive Director.  All employees shall conduct themselves publicly or privately in such a manner as shall bring credit to the organization or to the particular component to which the employee is assigned.

### Outside Employment

It shall be a condition of employment that any new or current employee of the agency advises the Executive Director of any outside or remunerative employment (either on a salaried or fee basis).  The notification shall include a brief description of the supplemental work and the approximate hours of work per week devoted to it.

Nothing in this requirement shall be construed to prohibit such employment unless it interferes with the employee's functions with the Agency.

### Dress Code

All Booker T. Washington Center staff, volunteers, and/or program participants are expected to dress in an appropriate manner for their positions so that a professional image is projected to the Agency clients and to the public in general. Staff is encouraged to consult with their immediate supervisor and/or Executive Director to determine appropriate dress.

Staff not dressing appropriately may be told by their supervisor, or if the situation warrants, sent home to change.  Any staff disagreeing with a supervisor's ruling is expected to comply with the request and to seek a final determination from the Executive Director.

### Political Activity

Booker T. Washington Center must administer programs in a politically non-partisan manner, and must avoid actions which can reasonably be construed as intended to favor one political party over another or to influence the outcome of any election for public or party office.  In this capacity, which is also extended to voter registration activity, the Booker T. Washington Center may not use program funds, the provision of services or the assignment of personnel.

In carrying out their basic mission and goal, however, the Booker T. Washington Center may actively engage in campaigning connected with constitutional amendments, referenda, municipal ordinances, law reform, and lawful attempts to influence government officials to respond to the grievances of clients.

26

## Conflict of Interest

Conflict of Interest arises whenever an employee or program participant obligates or expends Booker T. Washington Center program funds for the purchase of rental goods, space, or services, and whereby doing so financial gain may accrue to said employee or his/her family.  In addition, all Booker T. Washington Center employees and members of their families are expressly prohibited from accepting any gifts or favors from any individual, group, or firm which might be expecting to influence the employee in the discharge of his/her duties.

An employee or program participant should not hesitate to check with the supervisor or higher authority in the event of a doubtful, as well as an obvious conflict of interest possibility.  Any employee or program participant found in violation of the conflict of interest provision, will face disciplinary action. `

## Purchasing and Inventory

No Booker T. Washington Center employee shall utilize the Booker T. Washington Center purchasing system and goods thereof for personal gain or benefit.  This shall include, but not limited to:

- Purchasing supplies for personal use in the name of the Booker T. Washington Center, which allows for tax exemptions.

- Removing any inventory or supplies from any program, storage area and/or center.

- Conspiring to benefit from a program's goods and services.

- Charging participants receiving Booker T. Washington Center services where it is not a documented part of the program operation or policy.

Employees found in violation of this policy will be subject to strong disciplinary action or immediate termination.

# XVI.    DISCIPLINARY ACTION

Employees who engage in conduct which is unacceptable, or performs unsatisfactory service, is guilty of violation of Agency policies, procedures, practices, funding source regulations and instructions, or is responsible for action that is detrimental to the best interest of the funding source, Booker T. Washington Center or its component program shall be subject to disciplinary action.

Disciplinary action shall be based upon the nature, gravity, incidence and frequency of the offense viewed in light of the employment history of the individual.

## 1.    Causes For Disciplinary Action

Insubordination is cause for an employee to be subject to the full range of disciplinary action including dismissal. The following list, which is not all inclusive, describes types of insubordination, which is unacceptable.

- Excessive absence or tardiness without satisfactory explanation

- Failure to perform job duties during assigned working hours

- Unauthorized time away from work station

- Failure to follow specific instructions/insubordination

- Unsatisfactory job performance

- Unauthorized use of Agency supplies, materials, or equipment

- Obscene or abusive language

- Violation of Agency safety procedures

- Horseplay

- Excessive use or abuse of sick time privileges

- Reporting to work intoxicated or when ability is impaired by use of intoxicants or drugs; drinking or possession of intoxicants or drugs on the property of the Agency before more serious disciplinary action is taken in connection with unaccepted behavior or the types listed previously, the employee may be counseled followed by a Letter of Reprimand from the Supervisor describing the deficiency in the employee's performance/conduct and the course of corrective action

28

recommended.  The employee is advised that if the situation recurs, further action will be taken.

**2.    Prohibited Behavior**

The following list, which is not all inclusive, describes acts and behavior, which is prohibited.  An employee committing such acts can be sent home immediately and subjected to dismissal or other severe disciplinary action.

- falsifying records

- deliberately damaging, defacing, or misusing Agency property

- removing property from the premises of the Booker T. Washington Center or component program without appropriate authorization

- theft of Booker T. Washington Center property or component program or property of other employees

- gambling or bookmarking on Agency property

- fighting or other acts of physical violence

- immoral or indecent conduct

- sleeping during working hours

- disloyalty – including false statements regarding the Booker T. Washington Center

- carrying firearms, ammunition or other weapons on Agency property

- activities prohibited by law

**3.    Types of Disciplinary Action**

There are five (5) types of disciplinary action ranging from the least to the most severe which must be documented and submitted to the Office of the Executive Director.  Severity of action(s) will depend upon the offense(s).

| - | Counseling | - | Suspension |
| - | Demotion | - | Letter of Reprimand |
| - | Dismissal for Cause | | |

29

For explanation and examples of each type of action, consult with the Office of the Executive Director.

4.    **Right of Appeal**

Permanent employees have the right to appeal an adverse action.  See "Employee Grievance and Appeal."  The Executive Director has the final Administration responsibility for ensuring fairness.

# XVII. <u>SEPARATION OF EMPLOYEES</u>

There are two (2) major Employee Separation actions possible within the Booker T. Washington Center.

    **1.**    <u>**Voluntary Separation**</u> – An employee elects to resign from the Booker T. Washington Center. The employee should give at least 15 days notice prior to effective date.

    **2.**    <u>**Involuntary Separation**</u> – An employee terminates from the Booker T. Washington Center for reasons other than voluntary. Examples of such reasons are:

- Dismissal

- Reduction in work force

- Program funding cuts

Regardless of the type of separation, the following rules apply:

- The employee will receive pay due, including vacation hours to a maximum of one year's accrual (in compliance with the Vacation/Benefits section of this Guide.)

- The Board of Directors reserve the right to withhold the final paycheck until the employee repays any moving expenses paid to the employee if employed less than one year.

31

## XVIII.  <u>EMPLOYEE GRIEVANCE AND APPEAL</u>

A grievance is any dispute or complaint regarding the meaning, interpretation application, or alleged violation of the terms and provisions of existing policies and procedures.  Recognizing the importance of the individual employee to the organization and the desirability of prompt consideration and disposition of problems affecting the employee's status and welfare, the Booker T. Washington Center has established a procedure for the orderly hearing and equitable handling of employee grievances.

- <u>Complaint Procedure</u> – If an employee is dissatisfied with a personnel action concerning him/her or if there should be some other complaint or misunderstanding, s/he should present the matter, orally and in writing, to the immediate supervisor.  If the matter is not resolved in a manner satisfactory to him/her within five (5) working days, the employee may refer it, orally and in writing, to the Executive Director who must act within fifteen (15) days.

  In addition, an employee may choose a representative to present his/her complaint unless compliance with time limit is prevented by circumstances beyond his/her control, in which case a reasonable extension of time will be granted.

  If a grievance relating to adverse action (that is, demotion for incompetence or misconduct, or dismissal for cause) of a permanent employee, who has successfully completed his/her probationary period, is not resolved through the complaint procedure, the permanent employee may make a formal appeal.  The Executive Director may see fit to forward other complaints of permanent employees via the formal appeal route, but only in exceptional appeal "Panel."

- <u>Formal Appeal</u> – Within fifteen (15) days of the receipt of a notice of a decision to affect adverse action, the employee must serve the Executive Director with a notice of intent to appeal, including a detailed response to the reasons given for the adverse action.  S/He may request a written decision from the Personnel Committee of the Booker T. Washington Center Board of Directors or a hearing before the same Committee.

  The Executive Director immediately sets a date for the committee meeting or hearing, as applicable, and so notifies the employee.  The Personnel Committee shall proceed promptly to hear the appeal.  The Committee shall have the power to command the appearance of any employee and to compel the production of key documents or other evidence in the possession of the Booker T. Washington Center, and shall do so at the request of either party or on its own motion.  The burden of proof for the action shall rest on the Executive Director.

Both the Executive Director and the employee may be represented by a Spokesman, and a cross examination shall be permitted. Persons appearing as witnesses shall not be permitted to be present or hear any other witnesses at the hearing.

A summary shall be made of all open proceedings of the appeal "Panel." The employee then has five (5) days to write to the Executive Committee and/or Board of Directors if s/he wishes to review the decision made by the Personnel Committee. Within ten (10) days, the Executive Director shall meet in closed session and notify the employee, in writing, no later than five (5) days, of their decision. They may uphold or reverse the Personnel Committee's decision. In this latter case, at least three-fourths (¾) of the Executive Committee and/or Board of Directors must agree. Their decision is final.

33

# XIX.  TERMINATIONS

Termination is an action taken by either the Booker T. Washington Center or the employee in order to conclude employment.

- **Voluntary** – Employees will give fifteen (15) days written notice of resignation.  During the notification period, the immediate supervisor shall prepare a written evaluation of the employee that will be discussed with the employee, and then be made part of the employee's record of service.

  An employee who fails to carry out his/her duties in a satisfactory manner is subject to suspension, demotion, or dismissal.  In the event of dismissal, employees may receive fifteen (15) days notice.  No employee will be dismissed or suspended without the written authority of the Executive Director.

  The Booker T. Washington Center reserves the right to relieve a dismissed employee of his/her duties during the period of his/her notice.  During the period of his/her notice, an employee may be granted reasonable time off to seek other employment.  Such time off will be at the expense of any annual leave due.

- **Layoff** – In the event of it becoming necessary, for any reason, layoff shall be based on seniority and records of performance of employees special skills; however, it may require suspension of the seniority factor as a basis for layoff. The immediate supervisor's evaluation will be used in these circumstances.

  Employees that are placed on layoff status are subject to recall within a six (6) month period providing they meet the requirements of the position that is available.  Selections will be based on the best qualified candidate.

## XX.    PROHIBITED ACTIVITIES

Section XX. concerns activities that employees are prohibited from participating in.

- **Acceptance of Gifts, Gratuities, and Fees** – Employees are prohibited form accepting gifts, gratuities, or fees for service rendered or from persons receiving or desirous of receiving benefits or service with the Booker T. Washington Center.

- **Conflict of Interest** – Employees may not engage in any activity directly or indirectly will result in their personal financial benefit as a result of the Booker T. Washington Center employment.

- **Partisan Political Activity** – Employment at the Booker T. Washington Center may not be offered as a consideration or reward for the support or defeat of any political party or candidate for public office.  Nor may any person, as an employee, engage in partisan political activity, either in the capacity of the party or as a recognized party worker, paid or as a volunteer.

# **** BOOKER T. WASHINGTON CENTER ****
# POLICY STATEMENTS

It is the policy of the Booker T. Washington Center to conduct employment activities and treat staff/clients in accordance with applicable laws. Contagious diseases such as, among other things, HIV/AIDS are handicaps, which create a number of employment-related and care issues for health care providers and management. The purpose of this policy is to deal with specific issues related to the employment and/or treatment of persons with infectious diseases.

# I. CONFIDENTIALITY

**A.    Treatment of Patient/Client**

All employees are responsible for maintaining confidentiality concerning patient/client information. Only appropriate employees and authorized persons may disclose any information contained in such files. Under no circumstances will home telephone numbers, addresses, or any other information whatsoever about any employee or group of employees be released. All inquiries about employees should be submitted to the Executive Director. Under no circumstances shall any employee disclose any personnel information after termination of his/her employment from the Booker T. Washington Center.

**B.    Employees**

All information regarding employees and their acquisition of and/or treatment for infectious diseases is to be kept confidential. We will not make any public disclosures of such information except as may be required by law.

**C.    Other**

All information regarding volunteers, participants in programs and students, etc., and their acquisition of and/or treatment for infectious diseases is to be kept confidential. We will not make any public disclosures of such information except as may be required by law.

I

## II. <u>HUMAN RESOURCE ISSUES</u>

The Booker T. Washington Center will provide employees with reasonable medically necessary safeguards and instructions regarding the transmission and control of infectious diseases and for treating patients/clients with such diseases such as required by law. Such information will be updated as necessary on any new information that may become available.

The Booker T. Washington Center will not discriminate against any job applicant or employee because s/he has an infectious disease. However, adverse employment action may be taken where:

    a.    The applicant or employee cannot, even with reasonable accommodation, perform the essential elements of the job; or,

    b.    The applicant or employee cannot perform the job without causing present and substantial risk of harm to the health and safety of themselves or others.

Each situation will be reviewed by the Administration and the Department involved. Decisions will be made on a case by case basis.

Any applicant for a specified department, or employee who or contracts an infectious disease should report it immediately to their Supervisor. Failure to disclose such job-related infectious diseases may subject an individual to disciplinary action up to and including discharge.

The Booker T. Washington Center will not routinely test employees or final applicants for employment for the presence of HIV. However, if an employee is exposed to any infectious disease, an incident report should be completed immediately, and the employee should report to the Supervisor for counseling and referral for possible testing and/or vaccine, depending on the type of infectious disease to which they were exposed.

If an employee was exposed to HIV, s/he will immediately be tested for HIV antibodies, be re-tested after a period of six weeks, twelve weeks, and then again after six months. This procedure will be used in the interests of the employee's health to determine whether such disease was contracted during the course of employment and to ascertain whether any other action consistent with the policy needs to be taken.

The Booker T. Washington Center will not routinely perform testing for infectious diseases other than specified above. Exposures to other types of infectious diseases will be evaluated and any treatment necessary will be determined on a case-by-case basis in consultation with an infection disease control expert.

Infectious diseases will be treated as any other illness under the Center's health insurance program including Short Term Disability Insurance. However, if it is determined that an infectious disease was contracted while performing work duties, it will be covered under Worker's Compensation Insurance.

# III. SMOKING

Since smoking is known to cause risk for a variety of serious diseases, and since there is a recognized elevated risk factor for passive inhalation of smoke, this policy is intended to promote a more healthful environment for staff, participants, and visitors.

**Policy**

1.   Smoking is not permitted on any area of the Booker T. Washington Center buildings owned or leased.

2.   Smoking is not permitted in areas where prohibited by law or ordinance.

3.   Smoking is permitted outside Building entrances where receptacles are provided. Safety rules are to be observed at all times and causes used when disposing of smoking materials.

4.   Any employee caught smoking within the building(s) will be considered in violation of this policy.

5.   Depositing butts on the ground areas is prohibited.

III

# IV. SEXUAL HARASSMENT

## Policy

Sexual Harassment includes repeated, offensive sexual flirtations, advances, propositions, continual or repeated verbal abuse of a sexual nature, graphic verbal commentaries about an individual's body, sexually degrading words used to describe an individual and the display in the workplace of sexually suggestive objects or pictures. Harassment may be verbal, physical, written or visual and may occur among coworkers as well as supervisors and subordinates.

1. The Booker T. Washington Center believes that an employer has an obligation to keep the workplace free from sexual harassment. In order to do so, we are obligated to investigate situations if we think harassment is occurring, not just if a complaint is filed.

2. The Booker T. Washington Center shall be responsible for the actions of its supervisors and agents with respect to sexual harassment regardless of whether specific actions are authorized and regardless of whether the Corporation is aware of their occurrence.

3. An employee's rejection of sexual advances does not have to result in the loss of tangible job benefits to constitute a valid and actionable complaint.

4. The Booker T. Washington Center shall prohibit harassment of its employees in any form and such conduct may result in disciplinary action up to and including dismissal.

5. Employee's/Department Head's conduct must be free of any behavior that may be considered discriminatory or harassing or any actions which may be interpreted as being taken for personal gain or advantage.

6. The Executive Director and Department Heads shall be observant of the potential for harassment in their areas or departments.

7. The Executive Director and Department Heads shall create a climate that is receptive to complaints.

8. All discussions concerning complaints shall be held in the strictest of confidence.

## Procedure

Upon learning of a case of potential harassment, a Department Head or staff member shall acknowledge it immediately and shall report it to the Executive Director on the same day or as soon as it is physically possible.

IV

1.    The Executive Director shall discuss any concerns with an employee who feels that s/he is the victim of harassment. If possible, the complaint shall be resolved at that time.

2.    If an employee is not satisfied with the results of a discussion with the Executive Director, s/he may utilize the formal grievance procedure.

# V. DRUG AND ALCOHOL FREE WORKPLACE

## Policy

Maintain compliance with the Drug/Alcohol Free Workplace Act mandating that the workplace of employers receiving Federal grants be free of illegal drugs and alcohol.

### No employee shall:

1.  Manufacture, distribute, dispense, possess, or use controlled substances in the workplace.

2.  Reporting to work intoxicated or when ability is impaired by the use of intoxicants, alcohol, or possession of intoxicants or drugs on the properties of the Booker T., Washington Center.

### The Booker T. Washington Center will:

1.  Take appropriate personnel action against such an employee that violates this policy.

2.  Assist employees with counseling referrals and follow up with State approved Drug or Alcohol Abuse assistance or rehabilitation program.

3.  Provide an on-going drug/alcohol awareness program to inform employees about:

    - The dangers of drug/alcohol abuse in the workplace

    - The Agency's Policy of maintaining a Drug/Alcohol Free Workplace

    - The penalties that may be imposed upon employees for drug/alcohol abuse violations occurring in the workplace

VI

# VI.  <u>RELEASE OF INFORMATION</u>

<u>Policy</u>

All Personnel Records are handled confidentially.

<u>Procedure</u>

1.    The Booker T. Washington Center will not release employment information of present or past employees in a manner inconsistent with Federal and State Law regarding confidential information.

2.    No information shall be released on any employees except through the Executive Director.

3.    All requests for information on present and former employees shall be referred to the Executive Director.

4.    All requests from outside sources regarding personnel information concerning applicants for employment, current employees and former employees shall be directed to the Executive Director.  The Executive Director will release information in response to written requests only and only after obtaining the written consent of the individual whom is the subject of the inquiry.

5.    Only the Executive director shall be the authority to release information from personnel records.  Information released from personnel records shall be limited to:

   - Name of employee
   - Starting date of employment
   - Final date of employment (if applicable)
   - Other information authorized for release through the written consent of the current or former employee

6.    The Booker T. Washington Center's Executive Director may release the following information upon obtaining consent of the individual involved:

   - Employment date    -    Wage or Salary Level
   - Position held       -    Work Location

This includes telephone inquiries from credit and similar organizations.

VII

# VII. CONFIDENTIALITY

## Policy

Legal ethics require that the Booker T. Washington Center personnel treat all information regarding clients/personnel in strictest confidence. Divulging client or employee related information to unauthorized personnel is cause for immediate dismissal.

### A.     Personnel Information

The Finance Office maintains a personnel file on each individual employee. Each employee will be allowed access to their personnel file for the purpose of ascertaining the accuracy of the data and information contained therein.

### B.     Client Information

As guardians of client information and records, the Booker T. Washington Center is committed to maintaining the confidentiality of our client's records. Only those employees who are authorized to handle client's information and records, and have a legitimate need to do so at the time are permitted access to the records. Absolutely no client information or records are to be given out without going through the appropriate channels or in accordance with Booker T. Washington Center policies. Under no circumstances shall any employee disclose any client information after termination of his/her employment from the Booker T. Washington Center.

## Procedure

1.     All employees will be provided a copy of these policies and procedures on confidentiality. All employees will be required to sign, intending to be legally bound, in acknowledgement of receipt and agreement to comply with the confidentiality policy.

2.     Violation of these policies in any way will result in immediate suspension or termination and possibly other legal action may be taken upon advice of counsel.

VIII