Monday, July 1, 2002
Sojourner Expression – Arts and Crafts
**$600.00 for six weeks - $300.00 to hire Betty Walker, $300.00 for arts and crafts materials**

Tuesday, July 2, 2002
Four Seasons Farm – Girard
**$200.00 – horseback riding, tour, hayride, hands-on-approach activities**

Wednesday, July 3, 2002
Family First Sports Park – Go Carting
**$3.00 per child, $105.00 for $35 youth**

Thursday, July 4, 2002
**Holiday**

Friday, July 5, 2002
No fieldtrip

Monday, July 8, 2002
Sojourner Expressions
**Refer to July 1, 2002**

Bayfront Center for Maritime Studies – boat riding, boat making
**Free – sponsored by Earthforce/Watershed Project**

Tuesday, July 9, 2002
Roger Young Park
**Free**

Wednesday, July 10, 2002
Asbury Woods
**$2.50 per person, $87.50 for 35 youth**

Thursday, July 11, 2002
Trina's Restaurant
$3.00 per youth, $105

Friday, July 12, 2002
Edinboro University – College Day for fun activities
**Free**

Monday, July 15, 2002
Sojourner Expression for Arts and Crafts
**Refer to Monday, July 1, 2002**

Bayfront Center for Maritime Studies
**Refer to Monday, July 8, 2002**

Tuesday, July 16, 2002
Millcreek Mall – Movies/Bayfront highrise
**50 cents each for 35 youth, $17.50 total**

Wednesday, July 17, 2002
Library- reading enrichment
**Free**

Thursday, July 18, 2002
Planetarium at Edinboro University
**Free – donation accepted**

Friday, July 19, 2002
**BTWC Fun Day!**
**Free to all summer camp participants**

Monday, July 22, 2002
Sojourner Expression
**Refer to July 1, 2002**

Tuesday, July 23, 2002
No Fieldtrip

Wednesday, July 24, 2002
Kennywood – Amusement Park in Pittsburgh
**$17.50 per person, $612.50 for 35 youth**

Thursday, July 25, 2002
Fire Department on West 12th Street
**Free**

Friday, July 26, 2002
Lord Corporation
**Free**

Monday, July 29, 2002
Sojourner Expressions
**Refer to July 1, 2002**

Tuesday, July 30, 2002
Troyer Farms – Tour
**Free**

Wednesday, July 31, 2002
Swim Day at BTWC

Thursday, August 1, 2002
No Fieldtrip

Friday, August 2, 2002
Skateway - $105.00 for 35 youth

Monday, August 5, 2002
Sojourner Expressions
**Refer to July 1, 2002**

Tuesday, August 6, 2002
Roger Young Park
**Free**

Wednesday, August 7, 2002
Swim Day at BTWC

Wednesday, August 8, 2002
Camp Sherwin, $2.00 per youth, $70.00 for 35 youth

Thursday, August 9, 2002
No Fieldtrip

Friday, August 10, 2002
BTWC Fieldtrip

Monday, August 12, 2002
Sojourner Expressions
**Refer to July 1, 2002**

Tuesday, August 13, 2002
**Quilt Dedication**

Wednesday, August 14, 2002
Swim Day at BTWC

Thursday, August 15, 2002
No Fieldtrip

Friday, August 16, 2002
**Summer Camp Social**
Erie Zoo – $200.00 for picnic (last day)