August 16, 2002

James Hamilton
2284 Pinnacle Court
Erie, Pennsylvania 16506

Dear Mr Hamilton:

Per the Special Meeting of the Board of Directors held on Monday, August 12, 2002, at the Booker T Washington Center, in which I was asked to resign my position as Executive Director of the Agency, please be advised that I have not submitted my resignation since that meeting

Furthermore, let me affirm through this communication that I have not received any correspondence relative to why I was asked to vacate my office, turn in my Agency keys, or any other protocols for the action in which exist

Lastly, be assured that the process and steps taken to phase me out of my position are not acceptable The appointment of an Interim-Director (Anita Smith) versus appointing someone to be responsible for agency matters (which is what usually occurs when I'm away from the Agency) is definitely a harsh and suggestive move.

It is my hope that a more careful and observant process will be utilized whenever the Board of Directors issues or takes their next step in this situation, which has left me locked out.

Sincerely,

James C Sherrod
Executive Director


cc: BTWC Board of Directors