

# BOOKER T. WASHINGTON CENTER

1720 Holland Street • Erie, Pennsylvania 16503
Phone (814) 453-5744 • Fax (814) 453-5749

*SERVING THE ERIE COMMUNITY SINCE 1923*

JAMES C SHERROD
EXECUTIVE DIRECTOR

August 21, 2002

To: Anita Smith
From: Sean Coleman
RE: Appointment to manage day-to-day operations of Booker T Washington Center

Dear Ms Smith,

Effective Tuesday, August 13, 2002, you are temporarily appointed to ensure BTW's facility is secured and ready for day to day operation. If there are any questions or concerns from employees or outside parties, we ask that you bring them to the attention of the Vice Chair or Management Committee This appointment will continue until the situation is resolved in regards to the Executive Director position You will be compensated an additional 10% of your income for the duration of this appointment retroactive to August 13, 2002

We are confident you will serve BTW community well while we come to closer regarding the situation Congratulations on your appointment

Sincerely,

*Sean Coleman*
Sean Coleman