## BTW BOARD MANAGEMENT COMMITTEE MINUTES
Date: September 3, 2002
Location: BTW Board Room
Time: 12:00 PM

12:00 PM -Committee members review agenda items

**12:15 PM**
**Committee meets with first employee to appeal termination**
Present: Renee Coates-Smith, Attorney Greg Karle, Regis, Paul Gamble, Charles Faulkerson, William Jeffress

Attorney Address: Greg Karle-900 State Street, Erie, PA 16501

Recapture event: 24 kids departed, 2 vehicles, Returned 23

Renee counted the kids; they went to Rita's for ice cream

2 years employed
Turned in list of field trips
Discussion on chaperoning kids

Call from Sanya Re: Daughter missing
Someone called and said she was at her aunts house
Offered to have mother talk to staff

Shawn quoted: Told James to handle those N

**1:15 PM Appeal regarding termination of third employee**
Present: Derek Johnson, Regis, Paul Gamble, Charles Faulkerson,
    William Jeffress
6 kids in his van green, About 24 or 23

**1:40 PM Appeal regarding termination of second employee**
Present: Lester Howard, Regis, Paul Gamble, Charles Faulkerson,
    William Jeffress
Lester 7years- 7 weeks out of the office
Sat in the lobby, did not let other staff know he was present, was sure he saw the child at the end of the movie

The Committee decided that it would not overturn the termination of Ms. Coates or Mr. Howard  The committee felt if Mr. Johnson 's story was correct then he should not be terminated  We would seek counsel on how to present each case to the individuals.

**2:00 PM-Adjourned**