In order to better serve the BTW community I am proposing to the Executive Committee that I be allowed to step down as Chair of the Management Committee and the BTW Board. This will enable me to assist in the facilitation of a smooth transition with its current Executive Director Mr. James Sherrod. I would act as a consultant to the board working as a part of a transitional team. The transitional team would be made up of interested board members, Mr. Sherrod, and myself.

Since this transition would require me to take personal time and vacation time from my current employment situation, I would request to be compensated approximately $30/hour for my time.

In this role I would be allowed to work with Mr. Sherrod ensuring that proper policy and procedures are in place for all programs and that the day-to-day operations and decision are being made in the best interest of the BTWC. During this transition I would report to the board all activities

This proposal would give the board the opportunity to continue serving the community with its current needs, have a smooth transition regarding the leadership of the organization, and have ample time to recruit and orient its new leadership

*Letter from Mr. Jeffress to Board.*