Edith Benson, Esquire
4683 Budd Drive
Erie, PA 16506
(814) 838-3670


<u>Hand Delivered</u>

September 25, 2002

Arthur D Martinucci, Esq
Quinn Buseck Leemhuis Toohey & Kroto
2222 West Grandview Blvd
Erie, PA 16506

Re: James C Sherrod, Executive Director
     Booker T Washington Center

Dear Mr Martinucci:

Today you will be receiving two (2) letters from me, one I dictated on the 24th for delivery today and this as a result of a letter received today by my client from Mr Sean Coleman

Mr. Coleman's letter indicates that my client was terminated effective immediately Please advise me if you are representing the Center and have authority to accept service of a complaint

Additionally, please advise me if the Board met between September 16th, the date my client and I met with Mr Coleman and Mr Jeffress, and the date of Mr Coleman's letter, September 24th. Mr. Coleman and Mr. Jeffress had indicated they would inform the Board of our position and I had expressed a desire to be present

This matter is extremely important. My client, the Booker T Washington Center and the community have been and are being harmed We intend to move quickly to resolve this matter.

Please get back to me on your status as counsel and your authority to accept service.

Sincerely,

_____
Edith Benson, Esq