Edith Benson, Esq
4683 Budd Drive
Erie, PA 16506
(814) 838-3670

September 25, 2002

**Hand Delivered**

Arthur D. Martinucci, Esq.
Quinn Buseck Leemhuis Toohey & Kroto
2222 West Grandview Blvd.
Erie, PA 16506

Re: James C. Sherrod, Executive Director
    Booker T. Washington Center

Dear Mr. Martinucci:

On Monday, September 16, 2002, my client, Mr. James C. Sherrod, and I met with Mr. William Jeffress and Mr. Sean Coleman of the Booker T. Washington Center Board of Directors. During the meeting we were informed that you had drafted certain documents (a letter and a general release) that were presented to us for Mr. Sherrod's review and signature.

Please be informed that we rejected the Board's offer and indicated our desire for Mr. Sherrod to return to his position and have staff and Board work with outside experts to deal with organizational and Board matters.

Mr. Jeffress and Mr. Coleman promised to take our request to the Board of Directors. To date, I have not heard from the Board. Please advise me if you are representing the agency beyond the drafting of documents and if so, when can you and I meet. While reluctant, if necessary, my client and I are prepared to take legal action.

May I hear from you by Friday, September 27, 2002.

Sincerely,

_____
Edith Benson, Esq

Cc:   Booker T Washington Center Board of Directors