**Edith Benson, Esquire**
**4683 Budd Drive**
**Erie, Pa 16506**
**(814) 838-3670**

<u>Hand Delivered</u>

September 26, 2002

Arthur D. Martinucci, Esq
Quinn Buseck Leemhuis Toohey & Kroto
2222 West Grandview Blvd.
Erie, PA 16506

Re: James C. Sherrod, Executive Director
    Booker T. Washington Center

Dear Mr. Martinucci:

This is to confirm our conversation this morning and to restate our desire to work with you and the Booker T. Washington Center Board to resolve this matter.

I believe Mr. Sherrod has several causes of actions, including wrongful discharge and racial discrimination. We request that Mr. Sherrod be reinstated, receive back pay, be given credit for accurred time and work with the Board and outside experts to address organizational issues.

We are in the process of preparing our complaints.

Please call if you have any questions. I look forward to working with you and the Board to resolve this matter to the benefit of the community, the Board and Mr. Sherrod.

Thank you and have a nice day.

Sincerely,

_____
Edith Benson, Esq