Edith Benson, Esq.
4683 Budd Drive
Erie, PA 16506
(814) 838-3670

**Hand Delivered**

October 4, 2002

Arthur D. Martinucci, Esq.
Quinn Buseck Leemhuis Toohey & Kroto
2222 West Grandview Blvd.
Erie, PA 16506

Re: James C. Sherrod, Executive Director
    Booker T. Washington Center

Dear Mr. Martinucci:

This letter serves as a formal notice of appeal of the adverse action taken against my client, James C. Sherrod, in response to the certified letter he received September 25, 2002 (dated September 24, 2002), from Sean Coleman, vice president of the Booker T Washington Center Board

My client and I request an immediate hearing before the Management Committee of the Board

The accusations and assertions contained in Mr. Coleman's letter are denied and we demand proof thereof. Additionally, we make the following specific response to the contents of the notification from Mr. Coleman:

    Item #1
        This action was not necessary or appropriate.

    Item #2
        My client did take the situation seriously and took immediate steps to investigate.

    Item #3
        My client did not rely on non-existing policies to terminate employees directly involved in the incident.

Item #4

My client did not perform unsatisfactorily

Item #5

My client did perform his job within working hours

There are no grounds for disciplinary action and/or termination.

We expect to hear from you to arrange a date and time for a hearing and to having this matter resolved expeditiously

Please call if you have any questions. I look forward to hearing from you within the next few days

Sincerely,

Edith Benson, Esq

Cc: James Hamilton, Board President