**Edith Benson, Esquire**
4683 Budd Drive
Erie, PA 16506
(814) 838-3670

November 2, 2002

Arthur D. Martinucci, Esq.
Quinn Buseck Leemhuis Toohey & Kroto
2222 West Grandview Boulevard
Erie, PA 16506-4508

Re: James C. Sherrod, Executive Director
    Your File No : 52448.0001

Dear Mr. Martinucci:

I am writing with reference to your October 25, 2002 letter. I am appreciative that you recognize that the Booker T. Washington Center is a community base service organization and is prohibited from discriminating against anyone seeking services. It is also, as you are probably aware, prohibited from denying services or placing restrictions on services inconsistent with funding sources requirements. It is on this basis that the following comments and observations are made.

First, the allegations/inferences contained in your letter are not accurate. Mr. Sherrod has not spent "a significant amount of time" at the Booker T. Washington Center, nor has he been "hanging out" or "loitering" or "visiting" at the Center. We are disturbed by these accusations/inferences especially in light of the fact that Mr. Sherrod's help has been sought on several occasions by the Center.

Secondly, the Center's efforts to place restrictions or a pre-approval process on the use of services, solely restricted to my client, are inconsistent with applicable state and federal law and funding sources requirements. My client cannot agree with such a request.

As my client and his family continue to use available services, we expect them to be treated as all other members of the community would be treated.

Sincerely,

Edith Benson, Esq