

BOOKER T. WASHINGTON CENTER ORGANIZATIONAL CHART

EXHIBIT 19