IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**James C. Sherrod**
**Plaintiff**

**CIVIL ACTION NO. 04-208 ERIE**
Magistrate Judge Susan Paradise Baxter

vs.

**JURY TRIAL DEMAND**

**Booker T. Washington Center**
**Defendant**

### ORDER

**AND NOW,** after consideration of Defendant Booker T. Washington Center's Motion for Summary Judgment, it is hereby ORDERED, ADJUDGED AND DECREED that said Motion is hereby Denied, as there are as a matter of law material facts in dispute.

FOR THE COURT

_____
Susan Paradise Baxter, Magistrate Judge