Sherrod failed to adequately train and supervise employees prior to the August 6th, '02 incident. On what is that statement based?

A. Who made that claim?

Q. The Defendant.

MR. MARTINUCCI: He's not the Defendant.

A. I'm not the Defendant.

Q. Well, you were there on August 6th, '02. I'm looking at a letter dated September 24th that basically says you didn't do your job. I'm asking you on what did you base the claim?

A. Can you repeat the question, please, Counsel.

MS. BENSON: Why don't we have the court reporter read it back.

A. She can if she would like to.

(Court reporter reads back question.)

A. Again, within this letter that you're referring to.

Q. No, answer the question.

A. I'm about to, because you did refer to this letter and that information is not there. The claim made that he failed to supervise and train employees, I have no idea what you're talking about.

Q. There's a claim and I'm not referring to any document.

A. Okay.

Q. This is the Defendant's overall posture in this case?

A. Well, I don't know the Defendant's overall posture in this case.

Q. Are you saying to me that you participated in preparing an Answer in New Matter and you don't --

A. I'm saying I provided information and that's it.

MR. MARTINUCCI: And for the record, I'll tell you right now he did not participate directly in the preparation of the Answer in New Matter. That was prepared after he left the Board. It was based in large part on information he had provided previously, but I did not sit down and review the Answer in New Matter with Mr. Coleman.

MS. BENSON: Well, he was involved one way or another with the preparation of the Answer. You're saying to me now that he did provide you with information.

A. Well, see what you're asking me to do is take the position of the Defendant. I don't know the position of the Defendant and you're asking me questions based on their case.

Q. But you do know that the Board fired Mr. Sherrod.

A. You can ask questions based on what I do know, not on what I don't know.

Q. All right.
A. Because I can't answer those questions.
Q. Wait a minute.
A. Work with me now.
Q. No, you just listen and answer the question. All right.
A. Okay.
Q. You do know that the Defendant fired the Plaintiff, correct?
A. Correct.
Q. You were there when they did so.
A. Correct.
Q. You were part of the discussions, correct?
A. Correct.
Q. And so you know the reasons that they gave for doing so, right.
A. Correct.
Q. Now, Mr. Coleman.
A. Yes.
Q. You claim that you had suggested to the Board that Mr. Lester Howard not be fired. What was your basis for that suggestion?
A. Because even after conversations that Mr. Sherrod had and I said the same thing to your client here, Mr. Howard didn't have any direct supervision of any of the

kids. He was not responsible for doing any of the head counts or tracking the kids, nor was he responsible for the transportation of the children, to my understanding.

Q. Now, in September of '02?

A. Uh-huh.

Q. When the termination letter, Plaintiff Exhibit Number 2, was sent to Mr. Sherrod. Isn't it true that Mr. Sherrod was not under any disciplinary action in September of '02?

A. I'm not sure. What do you mean not under any disciplinary action?

Q. Isn't it true that Mr. Sherrod was not under any disciplinary action in September of '02?

A. No, I think he was suspended during that time.

Q. Is there any written documentation that he was suspended at that time?

A. If there is it would be at the Center, I don't have that information.

Q. So you don't recall sending a letter to him saying you're suspended.

A. I don't recall it, no.

Q. Chances are it didn't happen; isn't that correct?

A. Chances are it could have happen, that's correct.

Q. Chances are it didn't happen; isn't that correct?

A. Depends on how you look at it. Like I said, I

don't recall.

Q. Mr. Coleman, are you making yourself available to testify at this matter in trial?

A. Aren't I obligated, don't I have to? I would appreciate not to if you could avoid that because I will be starting a new job soon.

Q. Mr. Coleman, do you recall the August 12th, '02 meeting with the staff of the Booker T. Washington Center on August the 13th of '02?

A. I do recall meeting with the staff, but I'm not sure if it was the 13th or the 14th. But I do recall meeting with the staff.

Q. Now, the purposes of that meeting was to tell the staff where things stood with regard to Mr. Sherrod; is that correct?

A. Yes.

Q. Now, in that meeting weren't you asked to confirm that in directing Mr. Sherrod to fire Mr. Howard, Mr. Johnson and Ms. Smith --

A. Smith.

Q. -- Smith, that you used the word nigger?

A. I don't recall because, number one, I can't confirm that because I didn't make that direction or instruction. I didn't direct anyone to fire anyone.

Q. So if I brought in every single staff member

present at that meeting on August the 13th --

A. And there was a Board member also.

Q. That's right. And that Board member was who?

A. Paul Gambill.

Q. If I brought in every single member at that meeting and they said that you used the word nigger in telling Mr. Sherrod to fire those individuals they would all be lying.

A. Yes, because I did not instruct Mr. Sherrod to fire anyone.

Q. Did you use the word nigger in reference to Mr. Johnson, Mr. Howard, and Ms. Smith?

A. No.

Q. Now the Defendant, in response to a request for admissions, says that you did. I'll read it to you.

A. Please do.

Q. Just give me a moment.

MR. MARTINUCCI: Why don't you let me show it to him?

MS. BENSON: I would prefer to read it to him.

A. Just let me see it.

MS. BENSON: I want to read it to him. I'll be accurate.

MR. MARTINUCCI: Well, fine, you can read it to him and he can look at it too.

MS. BENSON: No, I want to read it, I don't know

what's on your document.

MR. MARTINUCCI: You know what, here take a look at what's on my page. See if it's the same thing that's on yours.

MS. BENSON: I have mine, thank you. This is what it says.

MR. MARTINUCCI: You're referencing Number 24.

MS. BENSON: No, I'm referencing Number 25 and this is the question.

Q. Let me read it to you, Mr. Coleman.

A. Sure.

Q. I'm going to read you the question and then I'll read you the answer. And you don't have to read that, you can just listen to me.

A. I'd like to read it.

MR. MARTINUCCI: Or if you want to read it you can read it.

A. I'll read it.

MS. BENSON: No, this is my deposition. Put that book away, I'll read it to you.

A. Who are you yelling at, calm down.

MS. BENSON: No, that's being disrespectful.

A. No, what's disrespectful is that you asked me to tell you something that the Defendant said.

MS. BENSON: I'll read it to you.

Q. Now, Mr. Coleman, I'm not at this point asking you to look at a document that you apparently were --

A. So how can you read something to me --

MR. MARTINUCCI: Here, go ahead. Let her read it to you.

Q. This is the question, that on or about August the 13th, 2002 in a meeting with the Center staff, Mr. Sean Coleman, the Center's vice president admitted calling African American employees niggers. Defense answer, they admitted in part and denied it in part. It is admitted that a Coleman, also african American, acknowledged using the word nigger or niggers or some derivative of that word. Now I'm going to go back.

MR. MARTINUCCI: Derivation.

MS. BENSON: Derivation.

Q. I want to go back at this point, back to the meeting and your memory of August the 13th.

A. Correct.

Q. Did you in that meeting acknowledge referring to Mr. Howard, Mr. Johnson, and Ms. Smith as niggers?

A. No.

MR. MARTINUCCI: And for the record, I'm going to read in the rest of the response to the Request for Admissions. Upon information and belief, however, it is denied that Coleman's use of this

word was necessarily restricted to African American employees. As Plaintiff is aware, Coleman is no longer a member of the Defendant's Board of Directors and has moved from the area, parenthetical on my point which was my understanding at the time that these were prepared. Continuing on the response. The Defendant has been unable to contact Coleman to ascertain the specific scope and context of this reference as referred to in the Request for Admissions. This response for Request for Admissions will be supplemented at such time as the parties are able to depose Mr. Coleman, which is what we're here for today.

BY MS. BENSON:

Q. Mr. Coleman.

A. Yes.

Q. As an African American you are and have heard the word nigger, right?

A. Absolutely.

Q. And as an African American you are aware that word is only directed to people of African decent; aren't you?

A. That is not correct.

Q. Mr. Coleman, the three individuals that were fired from the Booker T. Washington Center on August the 7th were all African Americans; isn't that correct?

A. Yes.

Q. And then on August the 12th, the other individual fired was an African American, Mr. Sherrod.

A. Correct.

Q. And during the time period of August 5th to August the 9th of 2002 the controller was in charge of the Booker T. Washington Center; isn't that correct?

A. I believe so.

Q. And the controller is a white individual; isn't that correct?

A. Correct.

Q. Now, the Board in dealing with the incident of August the 6th, 2002 has never taken any action against the controller, has it?

A. At the time I was there, no.

Q. Did you ever recommend that the Board do so?

A. Yes.

Q. You recommended that the Board take action?

A. Yes, I did.

Q. And when did you recommend that?

A. That would have been at -- that would have been at a meeting between -- again, August -- sometime in one of those meetings in August, exactly when, I have no idea.

Q. Which meeting in August?

A. I just told you, exactly when I have no idea. I

don't recall.

Q. Was the meeting recorded?

A. I don't know if it was a regular Board meeting or an executive committee.

Q. Did you take notes of that meeting?

A. I rarely took notes at any meeting.

Q. Well, you have quite a few there.

A. These aren't notes from meetings, these are notes from conversations regarding this incident.

Q. At that meeting do you recall taking any notes?

A. I don't recall.

Q. Do you have any documentation that will show that you made such a recommendation?

A. No, I don't.

Q. Who on the Board of Directors do you think would recall such a recommendation?

A. Whomever was there. Again, I don't recall exactly who was there. Jeffress was there, I believe, Fries was there, McAdory was there, several other members, I don't recall who.

Q. And what reason did you give them for taking action against the controller?

A. Well, again it wasn't until the 12th that I found out that the controller was supposed to be in charge. All right. But, again, as I mentioned the controller stated

that all he was told to do was contact Mr. Sherrod, which he said he had done. My reason was, again, because he was the -- prior to me finding out that bit of information, after finding out that he was in charge, that then he should have some type of disciplinary action as well.

Q. So on August the 12th you felt that the controller-- action should have been taken against the controller.

A. After I found out he was in charge, yes.

Q. And you found this out on August the 12th you said.

A. Yes.

Q. And it was in a meeting that you did so, that you found this out.

A. Yes, from Mr. Sherrod.

Q. The entire Board, or the people that you meet with, heard your recommendation regarding the controller.

A. Yes, I believe it would have been at the executive committee meeting on the -- I don't want to misstate. I think it would have been at the executive committee meeting on the 13th, but it could have possibly been the next Board meeting the following week.

Q. Was it where there was this large number of people?

A. No, there was only about -- that's why I'm trying to identify. It was only six people, if that.

Q. Can you recall who they were?

A. I can recall three who were there, Jeffress, McAdory and Fries. The other members I can't recall.

Q. Now, at a subsequent Board meeting did you also make that recommendation to the Board?

A. I don't remember.

Q. Might you have?

A. I don't remember, I don't recall.

Q. Is it possible that you did?

A. It's always possible, but, again, I don't recall.

Q. But for as long as you remained on the Board the Board took no disciplinary action against the controller?

A. No, not to my knowledge.

Q. Mr. Coleman, if I can go back to your conversation on the night of August the 6th.

A. Uh-huh.

Q. Did you advise Mr. Sherrod that you knew the family and would therefore contact them?

A. I think I told him I knew -- let me see. I'm trying to think. I'm not sure if I realized I knew the family or I knew the family members. I didn't know the immediate family. But the woman's -- this would be Briana's mom, her father is a relative to my son. So it's like -- you know how we do. It's like one of those type of deals. I knew of the family, but that was it.

Q. Okay. Mr. Coleman, at some point the Booker T.

Washington Center made a decision to advertise for the availability of Mr. Sherrod's position.

A. Uh-huh.

Q. At what point did Mr. Bill Jeffress express an interest in Mr. Sherrod's position?

A. He didn't express an interest in Mr. Sherrod's position, he expressed an interest in the vacant executive director's position. And, I believe, that was -- I'm not sure, it was sometime in the winter. I'm not sure if it was December, I think it was December. I think I'm not particularly sure.

Q. Was it before you started advertising for the position?

A. Again, I don't recall.

Q. Now, how did Mr. Jeffress's, who's the current director go about expressing his interest in the executive directorship?

A. I believe he had sent a -- again, I'm not sure if it was an e-mail or a written letter. But he had sent a notice of correspondence.

Q. Do you know who he sent that to?

A. To the members of the Board.

Q. Do you have a copy of that?

A. No, I don't.

Q. Now, who served as the -- did anyone serve as an

interim director pending the selection of Mr. Jeffress?

A. I don't recall how that process went.

Q. Were you on the search committee?

A. In fact, what we had done is when we began to receive application, I believe, Mr. Jeffress did start off as the interim director.

Q. Were you on the search committee?

A. Yes.

Q. Who conducted the search? Was this a normal Board committee or --

A. I think what we did -- I think it was pretty much the executive committee, I believe, I think. I can't be sure, but I think it was the executive committee.

Q. How can we find out who constituted the search committee?

A. Talk to the members of the Board or to that Board.

Q. So through your letter --

A. Whose letter.

Q. I'm referring back to the notice that you sent to Ms. Smith, Anita Smith, dated August the 21st of 2002, that appointed her to manage the program on a day-to-day basis. How long did Ms. Smith serve in this temporary capacity?

A. I don't remember.

Q. After Ms. Smith, who took over after her?

A. It was Mr. Jeffress.

Q. So it was an immediate take over after that.

A. I'm not sure how you define immediate. I can't say if it was immediate or not, because I'm not sure how long Ms. Smith has had served in that capacity.

Q. You have no idea when Mr. Jeffress first expressed an interest in the position.

A. No, like I said --

Q. Did anybody else on board express an interest in the position?

A. No, not to my knowledge.

Q. So he was the only one. Mr. Coleman, I'll show you what will probably become, I think, should be Exhibit Number 6. I'll give you a few seconds to review that.

(Plaintiff Exhibit Number 6 marked for identification.)

A. Okay.

Q. And there's a notation, as you can see on here that says letter from Mr. Jeffress to the Board.

A. Correct.

Q. In reviewing both this handwritten note and this typed written note, any idea when this was given to the Board?

A. No, again I thought it was sometime in the winter, but I don't have any recollection.

Q. Is this what you were referring to?

A. Yes.

Q. So it doesn't look like it was an e-mail, it looks like --

A. I said it could have been possibly an e-mail or a written notice, I did say that.

Q. Now, the first statement in the second sentence in this, it says -- let me read the first statement and second. In order to better serve the Booker T. Washington community I am proposing to executive committee that I be allowed to step down as chair of the management committee and the BESSETTI Board. This will enable me to assist in the facilitation of a smooth transaction (sic) with its current director, Mr. James Sherrod.

MR. MARTINUCCI: Transition.

Q. I'm sorry, transition with its current director, Mr. James Sherrod. Does that statement help you in so far as trying to figure out when Mr. Jeffress expressed an interest in executive director?

A. No, it probably was sooner than I thought it was.

Q. I'm sorry

A. It just helped me refresh that it was sooner than I thought it was.

Q. Was it before September the 24th, '02?

A. I have no idea.

Q. Mr. Coleman, I only have one copy of this, but

you're probably familiar with this. It's the incident report prepared by Anita Smith, dated August the 6th, '02. Does that look familiar to you at all?

A. Yes.

Q. Can you tell me whether the Board of Directors or any committees of the Board ever had a copy of Ms. Smith's report?

A. I believe the entire Board got a copy of this.

Q. Any idea when they might have received a copy of it?

A. I think -- I'm not sure if Anita presented it or I -- the August 12th meeting, I believe.

Q. So you think she might have presented it then also?

A. I think she gave a copy of it at that meeting.

Q. You made a recommendation to the Board that they take disciplinary action against the controller?

A. It wasn't a recommendation, it was a suggestion.

Q. Suggestion.

A. Yes.

Q. What was your suggestion?

A. I think it was very general, I said that something should be done to Brian as well if he was in charge. And I think that was the basis of it.

Q. Did you make a recommendation with regard to Mr. Sherrod?

A. At what point?

Q. At any time beginning from the very first meeting, I think it was a committee meeting or Board meeting. Did you make any recommendation for Mr. Sherrod and what disciplinary action should be taken?

A. Again, with Mr. Sherrod there was a discussion. I don't think I made a recommendation. I don't recall as much, but we had discussed and then voted on the action to be taken against Mr. Sherrod.

Q. And was that at the August 12th, '02 meeting?

A. Yes.

Q. What was your suggestion with regard to Mr. Sherrod?

A. Again, it was a collective decision to ask for Mr. Sherrod's resignation.

Q. But did you make your own personal recommendation to the Board as to what --

A. Again, I supported the decision. I gave my input and my input was that we should ask for his resignation as well.

Q. That was your opinion.

A. Yes.

Q. Mr. Coleman, are you aware of any other Board members being actively involved in the investigation surrounding the incident of August the 6th, '02?

A. Yes.

Q. And can you identify those Board members?

A. I don't know all of them, but Mr. Hamilton, Mr. Jeffress, Mr. Gambill, I believe Mr. Fries. There were probably more, but they are the four that come to mind.

Q. What did Mr. Hamilton, who was the Board chair at that time, do?

A. Again, he pretty much directed what type of information we should get. What type of data we needed to collect.

Q. Was that in preparation for the executive committee meeting that you have testified to before?

A. It was in preparation of that as well -- I mean, he was kind of like steering the ship after that point.

Q. After which point?

A. The 12th, after that meeting -- or after the meeting on the 9th, I'm sorry.

Q. So after the meeting on August the 9th -- Mr. Hamilton was steering the matter?

A. Well, he was the chairperson, he was functioning as his capacity as chairperson.

Q. How would you characterize your role after Mr. Hamilton began acting as Board chair?

A. My capacity was still the same, I was functioning as the capacity of vice chair.

Q. As the two of you, who was the most active?

A. Probably, up to a point, myself because his work conflicted with the times we had met for meetings. And so up until this point, myself. Then I can't say who was the most active because we were doing different things, we had different capacities.

Q. So the meeting of August the, I think, the 9th was Mr. Hamilton there?

A. Was he there. I want to say, yes, because he had instructed me to get data the day before. I can't recall if he was present or not, I believe he was.

Q. The meeting of August the 12th, was Mr. Hamilton there?

A. Yes, I believe he was.

Q. The meeting of August the 13th, was Mr. Hamilton there?

A. I'm not sure.

Q. Do you know whether Mr. Hamilton ever met with Mr. Martinucci regarding the incident of August the 6th, '02 and then the letting go of Mr. Sherrod?

A. I don't know.

Q. Now, Mr. Jeffress, you say was involved. What did Mr. Jeffress do?

A. I mean, again, it was just a matter of taking the data, reviewing the information, and seeing what the action

would be.

Q. Taking data from where, Mr. Jeffress?

A. No, I'm saying collectively. I don't recall specifically what he did. It was just that we had this information, we went through and then we developed an action plan or course of action.

Q. When you say we who are you referring to?

A. The members of the executive committee.

Q. To your knowledge did Mr. Jeffress do anything on his own?

A. I don't know.

Q. For instance, like have conversations with Mr. Sherrod.

A. I'm sure he did, I know he did have conversations with Mr. Sherrod. But other than that I don't know, you have to ask Mr. Jeffress.

Q. Do you know if he reported to the Board on those conversations?

A. Yes.

Q. When did he report to the Board on those conversations?

A. At whatever subsequent meetings we attended. Because Mr. Jeffress was also a member of the executive management committee. So where and when I don't know, but I've got to presume at those particular meetings.

Q. Mr. Paul Gambill, what did Mr. Gambill do? You've testified earlier that he was at the meeting of the staff on August the 13th?

A. Yes, right.

Q. What else did Mr. Gambill do?

A. I don't know, I can't recall.

Q. And Mr. Fries.

A. Mr. Fries, he was on the management committee -- was he on the management committee. I believe he was on the management committee. I do recall him being at subsequent meetings after the 6th or after the 12th, I'm sorry. But I could be confusing a Board meeting with the executive committee, I mean the management committee meeting.

Q. So Mr. Fries, you recall him as being primarily being involved in committee activities?

A. I'm not sure. I know that he was also a part of the decisions revolving around the investigation of what happened. He would been at a regular Board meeting or at a committee meeting.

Q. In Ms. Smith's report of August the 6th, '02 she makes mention of the fact that she called Brian to inform him of the incident since he was covering for James while James was on vacation.

A. Yes.

Q. Is that when you say that was the only time you

were aware of that?

A. Can I see that.

Q. Sure, it's on the second page. And it's this sentence right here.

A. Okay. Now, what was your question?

Q. Are you saying that it was only as a result of her report to the Board that you learned that Brian was in charge?

A. I'm not saying it was only as a result -- I'm just saying I didn't learn of that until the 12th of August. So it could have come from James at that meeting or it could have been after reading that incident report.

MS. BENSON: Excuse me for a moment. Do you have any questions?

MR. MARTINUCCI: I have a couple for you.

CROSS-EXAMINATION

BY MR. MARTINUCCI:

Q. Sean, these first couple of questions are going to seem a little ridiculous, but this is a written transcript and not a video one. So I want to make sure this is clear on the record.

A. Okay.

Q. What is your race?

A. African American.

Q. What is your color?

A. Black.

Q. Now, there have been a couple of times during the course of this deposition where it has been suggested or other people have reported to have alleged that you used the word nigger; do you remember those?

A. Correct.

Q. Now, you've denied that and I understand that that's where things stand. But let me pose a hypothetical to you. If you were to have used that word would it have been your understanding or belief that the use of that word would have been offensive to Mr. Sherrod?

A. No.

Q. Why not?

A. Because Mr. Sherrod and I in conversations at the Center and outside of the Center have used the term in conversing with each other. It is an accepted part of the vernacular between he and I.

Q. You say it's an accepted part of the vernacular?

A. Right.

Q. Is the term always used in a negative way?

A. No.

MS. BENSON: Objection, that's speculative and awfully broad. And who are you referring to,

always used that way.

A. Pardon me.

MR. MARTINUCCI: Let me phrase it this way.

MS. BENSON: The question is overly broad.

MR. MARTINUCCI: Fine, your objection is noted for the record.

Q. Sean, to your understanding is the term nigger always used in a negative connotation?

A. No, it's not.

Q. What is your understanding as to how it's used?

A. To my understanding it's the intent behind the word.

Q. Okay.

A. So in conversations with whether it's Mr. Sherrod or someone else if the term or derivative of the term is used it depends on the intent. It could be just in reference of just calling someone dude or cat. It hasn't always been used to refer to only African Americans in my conversations with people. But it's kind of like -- then if it's used as with any other term with the intent to harm, which hasn't been the case with my conversations with Mr. Sherrod or anyone else, then it's not offensive. I think that answers your question.

Q. You say that you've heard Mr. Sherrod use that word?

A. Yes.

Q. You've heard him use that word at the Booker T. Washington Center?

A. Right, in conversations with me.

Q. Did you recall to whom he was referring to in any of those conversations?

A. No, it could just have been very general. About things that like when we were in high school or even from high school or referring to people in the community or just in talking in general.

Q. Okay. Mr. Sherrod ultimately was the individual who came to the Board with recommendations to terminate the three individuals who were let go, correct?

A. Correct.

Q. Did he ever make any recommendations -- well, let me phrase it this way. What recommendation did Mr. Sherrod make with regard to Mr. Bessetti?

A. None.

Q. Did Mr. Bessetti report to Mr. Sherrod during that period of time, was that the way the chain of command worked?

A. You mean during the period of the incident or just in general.

Q. During the period of the indent or at any time in general?

A. Right, from my understanding that's how it was suppose to have worked.

Q. Did Mr. Sherrod recommend any disciplinary action against -- I forgot her first name, but Ms. Pacely the temporary worker?

A. No.

Q. Do you recall what race she was?

A. Ms. Pacely was African American.

Q. You were involved with discussions and meetings and ultimately votes that resulted in Mr. Sherrod's separation from the Booker T. Washington Center, correct?

A. Yes.

Q. Did you take or participate in or recommend any action in that regard based on Mr. Sherrod's race?

A. Absolutely not.

Q. Did you take, recommend, or participate in any action with regard to taking or not taking disciplinary action against Brian Bessetti because of his race?

A. Absolutely not.

Q. Do you know of any other Board member who used race as a consideration in any of these events?

A. No.

Q. Bill Jeffress is the current executive director of the Booker T. Washington Center.

A. Yes.

Q. What's his race?
A. African American.
Q. What's his color?
A. Black.
MR. MARTINUCCI: Thank you, I have nothing further.
MS. BENSON: Let me just go back.

REDIRECT EXAMINATION

BY MS. BENSON:

Q. You've just testified that Mr. Sherrod came to the Board with recommendations of firing those three individuals. Which Board meeting did he come to with those recommendations?
A. Can you rephrase that?
Q. You just testified that Mr. Sherrod came to the Board with recommendations to fire Howard, Smith, and Johnson. At which Board meeting did he make that recommendation?
A. I must have misstated what James had done, or what Mr. Sherrod had done.
MR. MARTINUCCI: I probably misstated.
A. He contacted me and told me that was what he was going to do, which he didn't have to, but he did because we were corresponding during this episode or this situation.

And then he had fired the three employees via a letter. I'm assuming he had called them into the office and gave them a letter and then the Board was then notified of that by Mr. Sherrod.

Q. When was the Board notified?

A. I don't recall. The reason I say -- because everyone knew about it. So people on the Board had to be notified in some capacity or unless they just found out the day of the 12th.

Q. Meaning when there was a Board meeting.

A. Right.

Q. You mean the Board members found out on the 12th; is that what you're trying to say?

A. Again, I'm speculating when they found out. It would have had to have been between the day of the incident and the 12th.

Q. Now, you say the use of the word, depending on the intent, causes harm.

A. Can.

Q. It can cause harm.

A. Depends on how the person interprets it.

Q. If that word, nigger, is used in instructions that goes like, fire those niggers, would you say the intent was to cause harm?

A. I can't answer that at all because you are implying

that I made that statement and I didn't make that statement.

Q. But I'm simply asking you.

A. But you said earlier that I did, so how can I answer a question to a statement that I didn't --

Q. If the intent is to fire someone?

A. Okay.

Q. Would you say that just firing in and of itself causes harm?

A. Firing someone causes harm.

Q. Sure.

A. Potentially, if the action warrants to be fired.

Q. Potentially because?

A. If the person or people, whomever the action must have warranted their being terminated.

Q. Well, that's not always the case, is it? My question to you is this here. If you fire someone that does cause harm; doesn't it?

A. Again, I look at things like it's a matter of cause and effect. If I did something that required me to be fired, does it cause harm, depending on how you view it. Did my action dictate me being fired?

Q. Would someone being fired -- they would loose their financial resources, right?

A. Yes.

Q. You're in the process of moving, going to

Philadelphia to relocate for a job, right?

A. Right.

Q. Without income you and I could not survive, right?

A. Right.

Q. So if someone is fired, just speaking in general now, that does cause harm whether or not their actions may have justified it, right, they suffer some harm?

A. They suffer consequence.

Q. Which in some instances is economic, right?

A. And some others --

Q. And some are psychologically and emotionally, right?

A. They can or they cannot.

Q. Now, let's go back to this here. If the word nigger is used in a direction, directive, fire those niggers, would you say that that indicates who is being designated to be fired?

A. No.

Q. So it does not identify individuals from a particular group to be --

A. I think I asserted that part of my answer earlier. It depends on how it's interpreted.

Q. Well, we live in a society here in the United States that that word is implied to African Americans; isn't it?

A. Actually depends on what generation you grew up in. The word is very universal now, extremely universal now and has been so for the past decade.

Q. Mr. Coleman, the end result was that only three people were fired and they were all African Americans, right?

A. By your client.

Q. And then my client was fired, right?

A. Correct.

Q. And he's an African American?

A. Right.

Q. And the one person that wasn't fired in all of this was white, the controller. Did you make recommendations that he be fired, the controller?

A. Pardon me.

Q. Did you make recommendations that the controller be fired?

A. I made a suggestion or recommendation that disciplinary action should be taken against the controller.

Q. What specific disciplinary action?

A. I didn't get into it. We didn't get into it that far.

Q. Now, once you learned that the controller was in charge on August the 6th, sitting in that meeting on August the 12th did you realize that Mr. Sherrod was not there and

therefore should not be fired?

A. I know he wasn't there, but I didn't believe that he should not have been fired. He actually wasn't fired at that meeting.

Q. He was asked to resign at that meeting.

A. Correct.

Q. And would you say that asking him to resign was in effect firing him?

A. No, because we asked him for his resignation.

Q. Wasn't his keys taken from him that day?

A. I do not recall because he gave his verbal resignation. So if his keys had been taken from him that would have been as the result of his resignation.

Q. So, if Mr. Jeffress were to say that he, Mr. Jeffress, left the Board meeting and went to Mr. Sherrod and said, give me your keys Mr. Jeffress would not be telling the truth.

A. I did not say that, I said I don't recall. But I said it would be taken as the result of his resignation.

MS. BENSON: Okay.

RECROSS-EXAMINATION

BY MR. MARTINUCCI:

Q. Sean, just so I'm clear on the chain of events

leading up to the termination of the three employees. You're saying here that that was Mr. Sherrod's decision and that he didn't have to check with you or any other Board member before he disciplined or fired any employees.

A. Correct.

Q. Would that include Mr. Bessetti?

A. Correct.

Q. To your knowledge did Mr. Sherrod ever take any action against Mr. Bessetti?

A. No, he didn't to my knowledge.

MR. MARTINUCCI: Thank you, nothing further. As Ms. Benson said at the beginning of the deposition you do have the right to review this transcript before it becomes an official part of the record. If you want to, the court reporter will need an address for you, or I'll need an address for you so we can send you a copy of it. You'll have 30 days to review it once she sends the transcript out. There's a sheet attached to the back called an Errata Sheet where you will have an opportunity to say okay, well, it says this on Page 24, line 15, and it should say that. And you sign it at the end to certify that what you're putting down on the Errata Sheet is true and correct. It's completely up to you whether or not you do that.

MS. BENSON: And only -- not to change a response.

A. Do I have to correct it?

MR. MARTINUCCI: No, you don't?

A. Okay.

MS. BENSON: Let me just go to make sure for the record. Plaintiff Exhibit Number 1 is the Booker T. Washington Board of Director list from January of 2002 to December 2002. Plaintiff Exhibit Number 2 is the termination letter dated September 24th, '02. Plaintiff Exhibit Number 3 is the notes of -- a summary of the executive committee meeting on September the 13th, 2002. Plaintiff Exhibit Number 4 is the narrative, three-page narrative here from the Booker T. Washington Center. And Plaintiff Exhibit Number 5, August 16th, 2002, a letter from Mr. Sherrod to Mr. Hamilton indicating that he had not and was not going to resign his position. Plaintiff Exhibit Number 6 is a note from that, it has been identified from Mr. Bill Jeffress, it is not dated. So those are that and if you would give me back that and then I can give it to her rather than give it from my notes.

(Deposition concluded at 4:05 p.m.)

COMMONWEALTH OF PENNSYLVANIA :

COUNTY OF ERIE :

I, Heather E. Nass, Notary Public in and for the Commonwealth of Pennsylvania, do hereby certify that I recorded, stenographically, the deposition of SEAN P. COLEMAN, held on June 28th, 2005. Further, that I am not an employee or an attorney of any of the parties, or a relative, or employee of any counsel, and that I am in no way interested directly or indirectly in this action. IN WITNESS THEREOF, I have set my hand and affixed my seal of office this 18th day of July, 2005.

Notary Public

NOTARIAL SEAL
HEATHER E. NASS, NOTARY PUBLIC
WATERFORD TWP. ERIE COUNTY, PA
MY COMMISSION EXPIRES SEPT. 18, 2008

**$**

**$40,000** 103:21

**0**

**02** 40:13, 40:18, 40:21, 40:23, 41:3, 44:11, 44:14, 44:17, 44:20, 44:23, 45:1, 45:3, 45:4, 45:7, 45:17, 46:25, 47:9, 47:17, 47:18, 47:21, 47:23, 48:2, 48:5, 48:10, 48:16, 48:22, 49:9, 49:19, 64:21, 64:24, 67:13, 67:18, 67:19, 71:3, 71:7, 127:2, 130:12, 132:12, 141:2, 141:8, 144:4, 144:9, 144:13, 145:7, 145:9, 157:23, 158:2, 159:10, 159:25, 161:19, 163:20, 176:10
**03** 48:4, 48:5, 48:8, 48:14, 48:19, 48:20, 49:3, 49:5, 49:6, 49:13, 49:15, 49:17, 49:17, 49:22, 49:24, 50:1
**04-208** 1:4

**1**

**1** 2:11, 67:24, 68:3, 76:21, 77:5, 89:16, 176:6
**10:30** 79:6, 79:11, 79:13, 79:14, 79:15, 80:16, 80:21, 81:23, 124:20
**10:40** 79:6, 79:13, 79:15
**11** 24:8, 27:10, 35:20, 66:5, 66:6, 108:13, 108:17, 124:7, 124:20
**118** 2:14
**11:15** 80:21, 81:23
**11:30** 80:17, 124:7
**12** 50:14
**121** 2:15
**12:00** 74:12, 74:13
**12th** 21:13, 21:15, 21:22, 22:3, 22:7, 23:8, 23:20, 25:7, 25:16, 25:23, 26:10, 26:22, 27:3, 27:13, 27:20, 28:2, 28:8, 39:11, 40:24, 44:3, 64:13, 64:14, 66:25, 67:10, 67:11, 73:1, 75:3, 75:4, 75:11, 75:16, 77:17, 77:20, 77:23, 77:24, 78:3, 78:12, 98:2, 98:4, 98:8, 98:9, 98:16, 98:25, 107:11, 107:18, 108:8, 108:12, 108:19, 109:7, 109:11, 109:18, 109:23, 110:10, 110:21, 110:25, 115:22, 116:10, 116:14, 116:18, 117:2, 117:5, 117:6, 117:11, 118:13, 118:19, 120:17, 121:1, 121:3, 121:4, 122:5, 123:6, 123:23, 130:16, 135:18, 135:21, 140:24, 145:7, 150:2, 151:23, 152:6, 152:10, 158:12, 159:10, 160:16, 161:12, 163:11, 164:10, 170:9, 170:12, 170:16, 173:25
**13** 78:9
**13th** 74:13, 91:18, 97:9, 97:22, 98:19, 98:22, 107:17, 109:16, 112:8, 115:25, 116:2, 145:9, 145:11, 146:1, 148:7, 148:17, 152:20, 161:15, 163:3, 176:12
**14** 124:3
**140** 1:12
**14th** 124:18, 124:19, 145:11
**15** 126:25, 175:21
**156** 2:16
**164** 2:4
**16501** 1:13
**16506** 1:18, 1:22
**169** 2:5
**16th** 121:19, 121:21, 122:5, 130:18, 133:12, 176:15
**174** 2:6
**18th** 177:12
**19** 137:1, 137:2
**1998** 9:24
**1999** 9:22, 10:6, 12:21, 13:5, 42:2, 46:9, 88:11, 88:14, 91:1
**19th** 92:21

**2**

**2** 2:12, 68:7, 68:12, 74:24, 122:23, 144:7, 176:9
**2/5/03** 10:19
**2000** 15:3
**2001** 11:9, 11:12, 13:21, 14:4, 31:6
**2002** 7:6, 7:12, 7:18, 8:22, 14:16, 14:24, 15:4, 15:15, 15:21, 16:15, 16:23, 17:1, 18:15, 18:17, 18:20, 20:5, 20:15, 21:10, 22:7, 22:23, 25:7, 25:16, 27:3, 27:13, 27:20, 28:8, 28:12, 29:4, 37:2, 37:4, 37:7, 39:11, 39:14, 39:18, 39:21, 40:5, 43:21, 44:7, 46:22, 46:23, 47:3, 47:6, 47:8, 47:12, 47:13, 47:15, 53:10, 57:3, 57:4, 57:18, 58:25, 59:3, 59:11, 59:14, 60:6, 60:9, 62:8, 62:9, 62:23, 62:24, 63:19, 74:7, 74:12, 74:13, 74:15, 74:18, 75:3, 75:4, 75:16, 77:11, 86:12, 87:16, 88:14, 90:15, 91:1, 91:9, 91:17, 92:23, 92:25, 97:22, 99:19, 100:1, 101:16, 101:22, 106:21, 107:15, 108:4, 109:7, 114:3, 115:22, 116:3, 116:10, 116:14, 116:18, 117:6, 118:8, 121:21, 122:24, 132:7, 133:12, 133:13, 134:16, 135:21, 148:7, 150:6, 150:13, 155:20, 176:8, 176:8, 176:12, 176:15
**2003** 9:4, 10:6, 10:8, 11:13, 12:21, 14:11, 30:2, 30:7, 30:22, 31:2, 31:10, 31:20, 31:25, 32:5, 32:19, 36:2, 37:13, 37:18, 56:6, 57:6, 58:11, 132:21
**2004** 7:4, 8:9, 8:10, 8:19, 28:15, 31:22, 36:16, 36:25, 37:1, 53:3, 53:4, 54:20, 57:8, 57:9, 57:11, 57:12, 57:16
**2005** 1:11, 7:19, 8:22, 54:21, 55:2, 55:7, 57:14, 57:18, 58:25, 59:11, 60:6, 177:7, 177:12
**211** 1:12
**21st** 71:7, 73:1, 74:15, 131:4, 155:20
**2222** 1:21
**24** 147:7, 175:21
**24th** 63:19, 64:13, 64:14, 64:24, 67:11, 67:13, 71:3, 74:17, 122:23, 123:6, 130:12, 130:19, 133:13, 141:9, 157:23, 176:9
**25** 147:8
**2622** 3:12
**27th** 101:22
**2840** 7:8, 28:17, 28:18, 29:3, 31:4, 31:15, 36:6
**28th** 1:11, 7:19, 8:22, 50:10, 52:1, 52:2, 54:5, 177:7

**3**

**3** 2:3, 2:13, 92:13, 92:15, 97:8, 112:9, 176:10
**30** 175:17
**302-793-1148** 34:15
**38th** 109:22

**4**

**4** 2:14, 118:21, 118:22, 119:4, 119:22, 176:13
**40** 50:14
**4683** 1:17
**4:05** 176:24

**5**

**5** 2:15, 36:1, 121:20, 121:24, 122:10, 176:15
**50** 51:17
**5040** 24:25
**5th** 86:11, 86:19, 86:21, 86:25, 87:1, 87:12, 87:15, 150:5

**6**

**6** 2:16, 156:13, 156:14, 176:18
**68** 2:11, 2:12
**6th** 1:13, 21:10, 21:14, 21:22, 22:3, 22:7, 22:23, 29:4, 39:14, 39:17, 39:21, 40:5, 40:22, 40:23, 43:22, 44:7, 44:11, 46:25, 47:9, 47:18, 47:23, 48:5, 48:10, 48:16, 49:8, 49:19, 53:10, 57:22, 59:3, 59:14, 60:9, 74:7, 75:13, 75:14, 75:18, 76:2, 77:19, 78:18, 78:21, 78:25, 79:12, 79:14, 80:11, 82:2, 84:18, 84:19, 84:23, 85:23, 86:16, 91:12, 91:24, 93:4, 93:4, 93:13, 94:9, 94:17, 95:13, 100:1, 105:11, 107:14, 113:18, 114:3, 115:7, 116:3, 118:8, 120:3, 124:5, 124:20, 125:9, 125:21, 126:14, 129:5, 130:11, 135:3, 135:18, 140:12, 141:2, 141:8, 150:13, 153:14, 158:2, 159:25, 161:19, 163:11, 163:20, 173:24

**7**

**7th** 81:24, 84:12, 84:14, 85:3, 93:16, 94:10, 94:20, 96:10, 101:16, 103:1, 106:21, 113:21, 127:2, 127:12, 127:14, 127:20, 128:23, 129:6, 129:19, 149:24

**8**

**8:47** 128:17
**8th** 104:10, 104:17, 113:24, 114:4, 114:12, 114:13, 119:20

**9**

**90** 97:14, 113:5
**92** 2:13
**9:30** 1:12
**9:53** 128:18, 128:20
**9th** 74:12, 75:23, 78:23, 86:12, 86:20, 87:12, 87:16, 91:9, 91:13, 91:17, 91:25, 92:23, 92:25, 93:1, 93:8, 93:18, 93:25, 94:5, 94:23, 95:10, 95:14, 96:2, 96:3, 96:12, 98:6, 99:13, 99:15, 99:16, 99:18, 99:19, 104:18, 104:21, 105:3, 105:17, 114:7, 115:16, 119:20, 150:6, 160:17, 160:18, 161:7

**A**

**a.m** 1:12, 128:11
**ability** 4:25, 5:4, 5:7, 5:13, 5:16, 5:19, 5:22
**able** 149:12
**absence** 87:15, 90:20, 90:24, 91:3, 107:4
**absences** 87:22, 88:1, 88:8, 88:18
**Absolutely** 37:23, 69:21, 103:6, 104:11, 106:23, 107:2, 139:20, 149:19, 168:15, 168:19
**acceptable** 127:6
**accepted** 165:18, 165:20
**access** 76:16, 76:18, 76:23
**accordance** 99:9
**according** 12:11, 18:23, 19:19, 22:18, 43:8, 43:19, 97:7, 102:16, 102:17, 106:4, 113:23
**account** 120:12
**accurate** 67:19, 86:17, 109:14, 120:13, 130:24, 139:24, 146:22
**accurately** 69:20
**accusations** 139:8
**acknowledge** 148:19
**acknowledged** 148:11
**acknowledging** 68:18
**acquiesce** 6:7, 6:12
**across** 101:20
**acting** 19:19, 99:9, 160:23
**action** 1:4, 37:25, 65:12, 93:11, 94:6, 94:21, 96:14, 97:2, 105:7, 106:3, 106:6, 106:15, 134:6, 134:8, 138:14, 139:11, 140:12, 140:15, 140:17, 140:18, 144:8, 144:11, 144:13, 150:13, 150:18, 151:21, 152:5, 152:7, 153:11, 158:16, 159:5, 159:8, 161:25, 162:5, 162:6, 168:3, 168:14, 168:17, 168:18, 171:11, 171:13, 171:21, 173:19, 173:20, 175:9, 177:10
**actions** 95:25, 172:6
**active** 61:12, 61:17, 62:23, 124:24, 161:1, 161:5
**actively** 159:24
**activities** 13:24, 38:25, 39:1, 39:4, 39:7, 89:5, 131:20, 163:15
**actual** 42:10, 56:2
**ad** 50:17, 50:18, 50:21, 51:1, 51:11, 51:25
**addition** 11:17, 12:15, 15:19, 16:13, 84:5
**additional** 29:24
**address** 6:25, 7:3, 7:16, 7:17, 25:1, 28:11, 28:13, 28:14, 28:16, 28:18, 29:3, 31:4, 33:16, 33:18, 33:25, 34:3, 35:1, 35:6, 36:6, 40:1, 52:12, 52:14, 52:15, 52:19, 52:21, 52:21, 52:22, 60:15, 123:20, 175:16, 175:16
**addressed** 102:8
**addresses** 76:19, 76:25, 77:2, 77:7, 77:11
**adequately** 123:20, 141:1
**administrative** 37:25
**admissions** 146:14, 148:24, 149:10, 149:11
**admitted** 148:8, 148:10, 148:10
**advertise** 154:1
**advertising** 51:25, 154:12
**advise** 55:14, 55:15, 153:16
**advising** 68:1
**advisor** 9:8, 37:10
**advisory** 12:3, 12:6, 37:13
**affairs** 86:21
**affect** 4:25, 5:12, 5:16, 5:19
**affix** 179:7
**affixed** 177:11
**african** 85:20, 148:9, 148:11, 149:1, 149:17, 149:20, 149:21, 149:25, 150:3, 165:1, 166:18, 168:8, 169:2, 172:24, 173:5, 173:10
**afternoon** 117:14, 128:17, 129:14
**afterwards** 104:6
**against** 93:11, 94:6, 105:7, 150:13, 151:22, 152:7, 153:11, 158:16, 159:9, 168:4, 168:18, 173:19, 175:9
**agency** 39:3, 63:6, 86:21, 88:17, 89:25, 90:3, 90:20, 90:24, 91:2
**agenda** 65:13, 75:3, 75:7, 75:8
**agreed** 111:11, 137:21
**agreement** 97:14, 113:6
**ahead** 132:21, 148:4
**aid** 82:5, 82:9, 83:6, 83:7
**alleged** 57:21, 123:19, 124:4, 165:6
**allow** 116:23
**allowed** 116:23, 128:3, 136:24, 139:7, 157:9
**already** 6:18, 56:1, 74:22, 74:23, 98:10, 112:1, 127:21, 134:10, 140:3
**Amendment** 178:1, 179:9, 179:21
**American** 148:9, 148:11, 149:1, 149:17, 149:20, 150:3, 165:1, 168:8, 169:2, 173:10
**Americans** 85:21, 149:25, 166:18, 172:24, 173:5
**among** 31:24, 135:4
**amount** 25:10
**Anderson** 66:18
**Anita** 71:6, 74:15, 155:20, 158:2, 158:11
**announced** 98:25
**announcing** 10:9, 51:17
**answered** 6:7, 6:15, 26:6, 97:4, 97:6, 139:5, 140:3, 140:6
**answering** 19:5
**answers** 3:24, 3:25, 4:4, 4:6, 5:7, 5:19, 6:1, 124:3, 166:23
**Anthony** 66:19
**anymore** 29:17
**anytime** 56:10
**apparently** 25:12, 75:19, 148:2

**appeal** 100:20, 100:22
**appeals** 100:13
**appear** 39:5, 95:23
**appears** 124:23
**application** 155:5
**appoint** 71:13, 88:7
**appointed** 13:10, 13:12, 13:15, 71:23, 155:21
**appointing** 71:7, 72:16
**appointment** 71:21, 72:10, 72:13, 73:13, 74:16
**appointments** 17:15
**appreciate** 131:18, 145:5
**appropriate** 138:13, 140:12
**approval** 103:8, 103:9, 104:8, 179:7
**approximately** 7:10, 36:23
**April** 49:15, 49:17, 49:21, 49:24, 50:10, 50:10, 52:1, 52:2, 55:10
**arbitrarily** 131:16
**areas** 12:10
**aren't** 63:6, 73:23, 145:4, 149:21, 151:8
**arranged** 99:5
**arrived** 80:16
**Arthur** 1:20
**article** 135:2, 136:14
**as-needed** 99:5
**ascertain** 149:8
**Aside** 60:12
**asking** 22:1, 26:17, 41:9, 41:18, 42:25, 43:1, 117:6, 127:10, 128:2, 141:10, 142:19, 142:21, 148:1, 171:2, 174:7
**asserted** 172:21
**assist** 12:3, 157:11
**assistance** 12:11, 63:22
**assistant** 51:6, 51:8
**assisting** 12:4
**Assists** 12:6
**associated** 100:1
**assume** 4:20, 6:25, 50:20, 61:1, 61:16, 62:3, 90:19, 130:22, 131:7
**assumed** 96:11
**assuming** 24:7, 52:20, 97:20, 125:25, 131:20, 139:23, 170:2
**assure** 71:23
**attached** 175:19
**attempt** 116:22
**attempted** 121:12, 122:15
**attend** 65:19
**attendance** 27:5, 27:12, 73:6, 98:15, 109:5
**attended** 162:22
**attention** 72:2, 72:3
**attorney** 62:14, 66:24, 67:4, 123:1, 125:8, 127:8, 177:8
**attorney-client** 132:18, 133:1
**August** 15:4, 15:15, 15:21, 16:15, 16:23, 17:1, 17:17, 18:15, 18:16, 18:20, 20:4, 20:5, 20:15, 21:6, 21:7, 21:10, 21:14, 21:14, 21:22, 21:22, 22:3, 22:3, 22:7, 22:7, 22:23, 25:7, 25:16, 25:23, 26:10, 26:22, 27:2, 27:13, 27:20, 27:22, 28:2, 28:8, 29:4, 37:2, 37:4, 39:11, 39:14, 39:17, 39:21, 40:5, 40:7, 40:11, 40:13, 40:17, 40:21, 40:22, 40:23, 41:1, 43:21, 43:22, 44:3, 44:6, 44:7, 44:11, 45:3, 45:4, 45:7, 45:17, 46:25, 47:9, 47:18, 47:23, 48:5, 48:10, 48:16, 48:22, 49:8, 49:19, 53:10, 57:22, 59:3, 59:14, 60:9, 64:9, 64:11, 64:13, 64:14, 64:17, 71:7, 73:1, 74:7, 74:12, 74:13, 74:14, 75:2, 75:3, 75:11, 75:13, 75:14, 75:16, 75:18, 75:23, 76:2, 77:17, 77:19, 77:20, 77:23, 77:24, 78:2, 78:12, 78:24, 79:11, 79:14, 80:11, 81:24, 82:2, 84:11, 84:13, 84:19, 84:23, 85:3, 85:23, 86:11, 86:11, 86:16, 86:19, 86:19, 86:20, 86:25, 87:1, 87:12, 87:15, 87:16, 90:15, 91:1, 91:8, 91:17, 91:18, 92:21, 92:23, 92:25, 93:1, 93:4, 93:4, 93:8, 93:13, 93:18, 93:25, 94:5, 94:9, 94:10, 94:17, 94:20, 94:23, 95:10, 95:13, 95:14, 96:2, 96:10, 96:12, 97:9, 97:21, 98:2, 98:3, 98:6, 98:8, 98:9, 98:16, 98:22, 99:13, 99:14, 99:18, 99:19, 100:1, 101:16, 101:22, 103:1, 104:10, 104:18, 104:20, 105:3, 105:11, 105:17, 106:21, 107:11, 107:12, 107:14, 107:15, 107:16, 107:17, 108:4, 108:8, 108:12, 108:19, 109:7, 109:11, 109:16, 109:18, 109:23, 110:10, 110:21, 110:25, 112:8, 113:18, 113:21, 113:24, 114:3, 114:4, 114:7, 114:12, 115:7, 115:16, 115:22, 115:25, 116:2, 116:3, 116:9, 116:14, 116:17, 117:2, 117:5, 117:6, 117:11, 118:7, 118:13, 120:17, 120:25, 121:3, 121:4, 121:19, 121:21, 123:23, 124:5, 124:18, 124:19, 124:20, 125:9, 125:21, 126:14, 127:2, 127:12, 127:14, 127:20, 128:23, 129:5, 129:6, 129:19, 130:10, 130:19, 131:4, 132:7, 132:12, 132:12, 132:14, 133:12, 133:24, 134:1, 134:2, 135:3, 135:18, 135:18, 135:20, 140:12, 141:2, 141:8, 145:7, 145:9, 146:1, 148:6, 148:17, 149:24, 150:2, 150:5, 150:5, 150:13, 150:22, 150:23, 150:24, 152:6, 152:10, 153:14, 155:20, 158:2, 158:12, 159:10, 159:25, 160:18, 161:7, 161:12, 161:15, 161:19, 163:3, 163:20, 164:10, 173:24, 173:24, 176:15
**automatically** 13:7, 13:8
**availability** 154:2
**available** 145:2
**Avenue** 7:8, 28:17, 28:18, 29:4, 31:5, 31:16, 36:6
**avenues** 64:6, 65:10
**avoid** 145:5
**award** 51:18
**awfully** 165:25

**B**

**backtrack** 12:24, 18:18
**base** 92:10, 141:10
**basically** 128:5, 141:9
**basing** 42:19, 42:23, 42:25
**became** 13:7, 105:8, 113:17
**become** 11:7, 156:12
**becomes** 175:14
**Beer** 51:2, 51:4, 51:5, 51:13, 51:18
**beginning** 132:7, 159:2, 175:12
**behalf** 138:3
**behavior** 120:20
**behind** 166:11
**belief** 148:24, 165:12
**benefits** 97:14, 113:5
**Benson** 1:16, 1:17, 2:3, 2:5, 3:5, 3:16, 19:8, 19:10, 26:12, 26:19, 29:6, 29:15, 29:19, 29:24, 37:24, 38:1, 74:1, 74:21, 124:15, 128:5, 132:22, 133:2, 136:23, 137:2, 140:8, 141:13, 142:15, 146:19, 146:21, 146:25, 147:5, 147:8, 147:19, 147:22, 147:25, 148:15, 149:14, 164:13, 165:24, 166:4, 169:6, 169:9, 174:20, 175:12, 176:1, 176:5
**Bessetti** 88:16, 125:16, 125:20, 126:3, 157:10, 167:17, 167:19, 168:18, 175:6, 175:9
**best** 8:13, 16:16, 65:12, 66:9, 66:12
**better** 34:17, 157:8
**Bill** 10:14, 16:4, 16:14, 30:12, 30:14, 51:2, 51:3, 59:7, 68:11, 154:4, 168:23, 176:19
**bit** 3:23, 5:10, 14:7, 15:4, 28:10, 62:16, 152:3
**Black** 165:3, 169:4
**Blueprint** 9:24
**board** 8:25, 9:3, 9:12, 9:14, 9:21, 9:23, 10:5, 10:8, 10:10, 11:3, 11:5, 11:8, 11:17, 11:18, 12:22, 13:6, 14:10, 14:15, 15:9, 15:10, 15:12, 15:17, 15:21, 16:8, 16:10, 17:1, 17:5, 17:20, 17:20, 18:1, 18:3, 18:9, 18:17, 19:21, 20:2, 20:7, 22:19, 22:21, 23:3, 23:5, 23:11, 23:13, 23:21, 24:6, 24:10, 25:8, 25:8, 25:10, 25:11, 25:15, 25:17, 25:23, 26:1, 26:14, 27:20, 27:21, 27:23, 28:2, 28:4, 29:16, 30:1, 30:7, 30:23, 31:24, 31:25, 37:12, 37:22, 38:4, 38:10, 38:15, 38:18, 38:21, 40:8, 42:1, 42:4, 42:4, 43:3, 43:4, 43:5, 43:6, 43:8, 43:11, 44:6, 44:10, 44:13, 45:25, 46:1, 46:4, 46:9, 46:10, 46:11, 46:13, 46:14, 46:17, 46:20, 46:23, 46:25, 47:8, 47:17, 47:18, 48:4, 48:19, 48:22, 49:5, 49:8, 49:16, 49:19, 50:1, 50:2, 50:3, 50:7, 53:16, 53:19, 53:22, 53:25, 59:1, 59:12, 59:25, 61:1, 61:2, 61:5, 61:12, 61:17, 61:20, 62:4, 62:6, 62:7, 62:8, 62:14, 62:22, 62:22, 62:23, 63:10, 64:5, 64:8, 64:15, 64:18, 64:21, 65:9, 65:13, 65:15, 67:2, 67:3, 67:5, 67:6, 67:18, 67:20, 68:10, 68:17, 68:24, 71:13, 72:4, 72:9, 72:12, 72:15, 72:18, 72:20, 73:16, 74:9, 75:17, 75:17, 76:15, 77:3, 77:6, 77:11, 77:16, 77:20, 84:10, 84:13, 84:16, 84:19, 84:22, 85:4, 87:25, 88:3, 88:7, 89:6, 89:15, 89:19, 90:6, 90:8, 92:22, 94:12, 95:12, 96:1, 96:13, 96:19, 96:20, 98:16, 100:4, 100:11, 100:14, 101:13, 103:16, 105:16, 106:11, 108:3, 111:25, 112:2, 112:3, 112:14, 114:2, 114:11, 116:13, 116:15, 116:17, 117:2, 117:6, 117:9, 117:10, 117:17, 117:18, 117:19, 117:21, 118:13, 118:16, 118:18, 118:21, 119:2, 120:16, 120:25, 121:15, 121:22, 122:13, 122:16, 122:19, 123:4, 123:9, 123:9, 123:12, 123:15, 123:19, 123:21, 123:21, 123:25, 124:23, 130:9, 130:14, 131:11, 132:17, 132:20, 133:11, 133:13, 133:22, 133:25, 134:13, 134:15, 134:18, 134:25, 135:4, 137:16, 137:22, 138:1, 138:7, 138:10, 138:23, 139:18, 139:19, 142:11, 142:23, 143:20, 146:2, 146:3, 149:3, 150:12, 150:16, 150:18, 151:3, 151:15, 152:15, 152:20, 153:3, 153:4, 153:10, 153:11, 154:22, 155:9, 155:16, 155:16, 156:8, 156:18, 156:22, 157:11, 158:5, 158:6, 158:8, 158:15, 159:3, 159:17, 159:23, 160:2, 160:6, 160:23, 162:17, 162:20, 163:12, 163:18, 164:7, 167:12, 168:20, 169:12, 169:13, 169:17, 169:18, 170:3, 170:5, 170:7, 170:10, 170:12, 174:15, 175:3, 176:7
**Board's** 11:25, 42:24, 43:19, 65:19
**boards** 22:18
**book** 147:20
**Booker** 1:5, 7:6, 8:25, 9:11, 9:20, 11:4, 13:6, 15:12, 15:17, 18:2, 29:16, 30:1, 30:8, 30:24, 31:24, 37:12, 37:22, 38:4, 41:25, 45:25, 49:16, 50:15, 50:25, 51:20, 53:16, 53:18, 53:22, 53:25, 59:1, 59:12, 60:17, 62:7, 64:18, 67:14, 68:17, 68:24, 71:8, 71:14, 71:23, 74:9, 74:16, 77:6, 83:8, 84:3, 85:8, 85:12, 85:17, 87:21, 88:23, 89:17, 108:2, 110:5, 110:21, 114:22, 121:22, 123:17, 124:13, 124:25, 125:7, 127:16, 127:19, 127:22, 129:12, 133:1, 138:4, 139:19, 145:8, 149:24, 150:6, 153:25, 157:8, 167:2, 168:11, 168:24, 176:6, 176:14
**bothering** 104:4
**Boulevard** 1:21
**break** 6:4, 6:11
**Brian** 88:16, 90:19, 125:16, 125:17, 125:20, 126:2, 158:22, 163:21, 164:7, 168:18
**Briana** 53:6, 53:8, 53:11, 120:15
**Briana's** 153:21
**briefly** 10:4, 97:18
**bring** 57:2, 57:4, 57:12, 57:22, 60:11, 68:8, 72:1, 72:2, 74:1, 112:3
**bringing** 110:15
**broad** 165:25, 166:4
**brought** 13:25, 56:3, 56:17, 95:7, 105:11, 105:14, 105:23, 105:25, 106:9, 106:10, 106:12, 145:25, 146:5
**BTWC** 74:6, 74:9, 118:7, 118:10
**Budd** 1:17
**Buffalo** 7:24, 8:1, 8:17, 36:13
**building** 25:1, 25:1
**bunch** 112:15
**Burton** 109:22, 109:22, 111:8, 111:12
**Buseck** 1:21
**bylaw** 16:22
**bylaws** 11:25, 12:11, 12:25, 13:18, 13:19, 16:22, 18:3, 18:6, 18:10, 18:17, 18:22, 18:23, 19:1, 19:2, 19:6, 19:18, 19:19, 19:21, 20:2, 20:16, 21:3, 21:11, 21:16, 21:24, 21:25, 22:5, 22:10, 22:18, 42:24, 43:8, 43:19, 99:8, 99:9

**C**

**calendars** 57:3, 57:4, 57:12, 57:14
**calling** 27:19, 27:21, 28:7, 148:8, 166:17
**calm** 147:21
**can't** 8:3, 16:17, 17:25, 32:20, 36:22, 40:19, 41:2, 46:15, 52:13, 62:19, 70:18, 86:2, 87:6, 90:21, 108:15, 108:18, 124:13, 128:18, 132:24, 143:2, 145:22, 153:2, 155:12, 156:2, 161:4, 161:10, 163:6, 170:25
**cannot** 29:8, 172:13
**capacities** 161:6
**capacity** 12:3, 12:6, 51:7, 52:9, 110:16, 131:20, 155:22, 156:4, 160:21, 160:24, 160:25, 170:8
**captioned** 118:7
**carries** 54:21
**case** 21:9, 34:12, 47:11, 48:24, 55:23, 55:25, 56:8, 60:23, 131:14, 132:8, 142:2, 142:4, 142:22, 166:21, 171:15
**cat** 166:17
**catch** 114:9
**cause** 170:20, 170:24, 171:17, 171:18, 171:20, 172:6
**causes** 170:18, 171:8, 171:9

**cell** 31:18
**Center** 1:5, 7:6, 9:1, 9:20, 11:4, 13:6, 15:12, 15:17, 18:3, 29:17, 30:9, 30:24, 37:12, 37:22, 38:4, 42:1, 45:25, 49:16, 50:16, 50:25, 51:9, 51:20, 52:9, 53:19, 53:22, 53:25, 58:5, 58:6, 58:21, 59:1, 59:12, 60:17, 62:8, 64:19, 67:15, 68:17, 70:15, 71:8, 71:14, 71:23, 74:17, 77:6, 77:12, 78:19, 79:23, 82:3, 83:9, 84:3, 85:8, 85:13, 85:17, 87:9, 87:22, 88:23, 89:17, 104:12, 107:4, 108:2, 109:10, 110:5, 110:16, 110:21, 114:22, 123:17, 124:13, 124:25, 125:7, 127:17, 127:19, 127:22, 129:12, 129:22, 138:4, 138:19, 139:19, 144:17, 145:8, 148:7, 149:24, 150:7, 154:1, 165:17, 165:17, 167:3, 168:11, 168:24, 176:14
**Center's** 148:8
**centers** 21:9
**certain** 87:19, 131:20
**certainly** 6:12
**certify** 175:23, 177:5
**chain** 167:20, 174:25
**chair** 16:3, 16:5, 18:9, 45:23, 72:3, 157:10, 160:6, 160:23, 160:25
**chairpeople** 15:14, 99:23
**chairperson** 16:9, 45:13, 45:16, 78:1, 138:2, 160:20, 160:21
**Chances** 144:22, 144:23, 144:24
**change** 13:1, 17:13, 38:5, 176:1
**changes** 4:3, 4:5
**characterization** 18:25, 19:15
**characterize** 160:22
**charge** 87:15, 87:22, 88:1, 88:17, 91:2, 107:3, 150:6, 151:24, 152:4, 152:9, 158:22, 164:8, 173:24
**check** 99:8, 126:2, 175:3
**child** 35:12
**children's** 35:16
**chose** 9:9
**city** 7:1, 7:18, 8:1, 8:4, 8:15, 8:16, 8:23, 36:4
**Civil** 1:4
**clad** 112:15
**claim** 113:23, 114:1, 121:11, 124:8, 140:25, 141:4, 141:11, 141:20, 141:23, 143:20
**claimed** 122:15, 129:24
**claiming** 124:6, 127:11
**claims** 108:2
**clarification** 41:20, 42:17
**clarify** 39:4, 39:6, 41:18, 63:7
**Claudette** 79:2, 84:21
**Claymont** 33:12
**clear** 26:4, 26:14, 26:20, 37:24, 41:16, 65:22, 73:22, 164:22, 174:25
**client** 143:24, 173:7, 173:8
**Clifton** 66:18
**Coates** 85:16
**Coleman** 1:9, 2:2, 3:7, 3:8, 3:18, 22:12, 26:5, 27:19, 28:10, 28:25, 29:6, 29:15, 29:25, 30:7, 33:24, 35:17, 35:21, 37:11, 41:8, 41:15, 41:19, 41:21, 62:2, 62:18, 63:2, 63:21, 68:7, 74:4, 74:8, 74:14, 74:15, 74:19, 74:25, 88:21, 91:9, 105:16, 106:18, 107:25, 116:8, 116:21, 118:8, 124:12, 124:17, 127:4, 127:5, 142:14, 143:18, 145:2, 145:7, 147:10, 148:1, 148:8, 148:11, 149:2, 149:8, 149:12, 149:15, 149:23, 153:13, 153:25, 156:11, 157:25, 159:23, 173:4, 177:7, 179:6, 179:14
**Coleman's** 148:25
**collect** 160:10
**collective** 159:14
**collectively** 162:3
**college** 36:20, 41:8, 41:17, 52:6, 52:25
**color** 165:2, 169:3
**comes** 95:20, 120:23, 121:2
**coming** 42:8
**command** 167:20
**commencing** 1:11
**committee** 11:22, 11:23, 12:2, 12:10, 12:15, 12:17, 12:19, 12:23, 13:1, 13:3, 13:7, 13:13, 13:15, 13:22, 14:3, 14:6, 14:22, 14:25, 14:25, 15:1, 15:5, 15:8, 15:11, 15:11, 15:13, 15:16, 15:20, 15:22, 15:23, 16:1, 16:3, 16:5, 16:12, 16:15, 16:19, 16:24, 17:2, 17:6, 17:10, 17:12, 17:14, 17:15, 18:7, 18:13, 20:10, 20:12, 20:14, 20:18, 21:2, 21:11, 21:15, 21:18, 21:23, 22:4, 22:8, 22:9, 22:23, 23:11, 24:1, 25:8, 25:12, 25:15, 25:17, 25:19, 25:23, 26:1, 26:2, 26:3, 26:11, 26:16, 26:16, 26:17, 26:18, 27:6, 27:9, 27:14, 27:17, 39:17, 39:20, 40:2, 40:15, 42:8, 42:12, 42:15, 43:11, 43:13, 44:16, 44:19, 44:22, 44:25, 45:4, 45:6, 45:13, 45:14, 45:16, 45:20, 45:23, 45:23, 46:2, 46:17, 47:2, 47:5, 47:12, 47:15, 47:20, 47:23, 48:1, 48:7, 48:10, 48:13, 48:16, 49:2, 49:11, 49:13, 49:21, 49:24, 59:2, 59:13, 59:25, 67:6, 72:3, 72:20, 72:22, 73:15, 73:15, 89:9, 89:12, 91:8, 91:17, 92:5, 93:24, 94:5, 94:13, 94:25, 96:4, 96:22, 96:23, 97:1, 97:21, 97:25, 98:6, 98:14, 98:18, 98:23, 99:1, 99:14, 99:21, 99:24, 100:4, 100:5, 100:6, 100:16, 100:18, 100:23, 100:24, 100:25, 101:7, 101:11, 104:18, 105:4, 105:11, 109:16, 112:18, 123:9, 123:13, 123:15, 134:5, 134:23, 137:15, 151:4, 152:18, 152:19, 155:3, 155:7, 155:10, 155:12, 155:13, 155:15, 157:9, 157:10, 159:3, 160:11, 162:8, 162:24, 163:8, 163:9, 163:10, 163:13, 163:13, 163:15, 163:19, 176:11
**committee-of-one** 96:25
**committees** 11:18, 11:21, 11:24, 12:14, 12:16, 12:22, 13:2, 13:21, 13:24, 13:25, 14:9, 14:10, 14:15, 14:19, 15:21, 17:13, 17:24, 18:1, 18:2, 18:10, 22:21, 27:11, 44:10, 46:1, 46:3, 46:10, 46:13, 75:18, 99:3, 99:24, 100:15, 158:6
**Commonwealth** 1:10, 177:1, 177:5
**communicate** 52:9
**community** 11:22, 12:13, 12:18, 12:22, 14:2, 14:12, 14:25, 20:22, 157:8, 167:9
**compilation** 77:3
**complaint** 38:7, 38:18, 38:21, 38:24, 63:5, 123:18, 124:4, 130:24, 132:4
**completed** 4:12, 9:24
**completely** 175:24
**composed** 65:2
**computer** 10:24, 24:21, 24:22, 52:5, 76:11, 76:16, 76:17, 76:21, 76:22, 114:19
**concerning** 39:14, 40:23, 44:7, 64:7, 65:11, 90:24, 120:14, 120:14, 139:10
**concerns** 72:2
**conclude** 125:1, 125:9
**concluded** 176:24
**conclusion** 42:24
**condition** 5:21
**conduct** 127:6
**conducted** 120:14, 138:10, 155:9
**conducting** 77:25
**confer** 29:14
**conference** 8:8, 8:8, 36:19, 36:20
**conferring** 29:7
**confirm** 145:17, 145:22
**conflict** 56:15
**conflicted** 161:3
**confusing** 163:12
**connotation** 166:8
**consequence** 172:8
**consideration** 168:21
**considering** 56:13
**consist** 25:12, 25:15
**consists** 3:23
**consolidate** 13:21
**consolidated** 13:22
**constituted** 15:11, 17:6, 18:11, 155:14
**consult** 67:4, 114:2, 114:5, 130:25, 137:9, 137:12
**consulted** 130:24
**consulting** 64:1
**contact** 30:8, 30:11, 30:23, 31:8, 31:11, 32:1, 55:19, 55:20, 56:5, 56:7, 125:24, 126:1, 129:16, 129:19, 129:23, 135:4, 135:15, 135:20, 149:8, 152:1, 153:17
**contacted** 51:18, 55:18, 55:18, 78:20, 80:7, 80:9, 81:20, 99:4, 124:5, 125:10, 125:12, 126:3, 126:8, 135:6, 135:7, 135:23, 135:25, 136:4, 136:7, 136:8, 137:16, 137:17, 138:17, 138:18, 139:16, 169:23
**contacts** 12:13
**contained** 123:2
**contest** 97:14, 113:6
**context** 149:9
**continuation** 97:13, 113:5
**continue** 3:19
**continued** 110:22
**Continuing** 149:7
**controller** 88:17, 91:2, 107:3, 107:6, 107:9, 107:21, 150:6, 150:9, 150:14, 151:22, 151:24, 151:25, 152:7, 152:8, 152:16, 153:11, 158:16, 173:13, 173:14, 173:16, 173:19, 173:23
**convene** 21:23, 22:4, 22:8, 22:16, 39:16, 39:20, 40:13, 40:20, 40:23, 41:4, 42:15
**convened** 20:24, 20:24, 20:25, 21:3, 21:11, 22:18, 22:21, 25:16, 25:22, 25:25, 26:9, 39:10, 39:11, 39:13, 39:24, 40:18, 40:25, 41:6, 41:10, 43:25
**convening** 22:22, 40:5, 41:14
**conversation** 81:16, 83:19, 102:6, 102:7, 104:4, 104:6, 126:23, 127:1, 127:12, 129:8, 153:13
**conversations** 10:5, 120:1, 120:2, 128:16, 128:19, 128:22, 129:4, 129:7, 129:10, 131:5, 143:23, 151:9, 162:12, 162:14, 162:18, 162:21, 165:16, 166:14, 166:19, 166:21, 167:4, 167:6
**converse** 78:20
**conversing** 119:2, 165:18
**copies** 23:16, 24:12, 24:20, 57:1, 57:18, 58:14, 58:25, 59:11, 59:24, 60:6, 60:14, 70:22
**correct** 4:16, 4:23, 8:20, 8:24, 9:10, 10:20, 11:16, 12:8, 15:18, 16:11, 18:3, 18:4, 18:8, 22:20, 23:12, 27:4, 28:19, 31:17, 33:10, 34:2, 34:25, 36:10, 36:17, 37:8, 37:16, 38:8, 39:12, 43:7, 43:9, 45:18, 50:13, 50:19, 51:22, 53:5, 57:13, 58:12, 63:19, 63:20, 63:23, 65:1, 68:14, 68:16, 71:9, 79:10, 80:5, 82:14, 83:23, 85:11, 85:21, 88:12, 88:16, 89:4, 89:7, 89:10, 89:13, 89:17, 89:18, 89:20, 90:1, 93:14, 93:17, 93:21, 94:1, 94:8, 95:15, 95:19, 97:16, 97:22, 98:20, 101:17, 102:23, 109:19, 110:11, 111:1, 113:22, 114:13, 115:16, 116:16, 118:9, 120:18, 120:24, 121:5, 121:13, 122:25, 127:24, 135:1, 135:12, 139:20, 143:9, 143:10, 143:12, 143:13, 143:14, 143:17, 144:22, 144:23, 144:24, 145:15, 148:18, 149:22, 149:25, 150:4, 150:7, 150:10, 150:11, 156:19, 165:8, 167:13, 167:14, 168:11, 173:9, 174:6, 175:5, 175:7, 175:24, 176:2
**corrections** 178:3, 179:8, 179:21
**correctly** 69:19
**correctness** 179:8
**correspondence** 114:16, 121:17, 154:20
**corresponding** 169:25
**couldn't** 91:21, 95:17
**counsel** 29:8, 29:9, 29:14, 29:15, 29:19, 63:22, 63:24, 64:6, 65:3, 65:7, 65:12, 67:14, 141:12, 177:9
**counts** 144:2
**County** 1:12, 33:7, 33:8, 177:2
**couple** 8:12, 30:12, 30:18, 38:1, 70:14, 70:15, 81:17, 135:6, 164:15, 164:20, 165:4
**course** 3:15, 3:24, 19:23, 20:1, 65:12, 88:9, 96:1, 105:15, 106:2, 106:14, 138:13, 139:11, 140:12, 162:6, 165:5
**court** 1:1, 1:12, 38:21, 141:13, 141:16, 175:15
**cousins** 81:6, 81:10, 126:18
**cover** 3:18
**covered** 132:17
**covering** 163:22
**creation** 119:4
**critical** 66:1, 131:9, 131:10
**Cross-examinatio** 2:4, 164:17
**crux** 131:14
**current** 6:25, 7:3, 7:16, 7:17, 28:13, 28:13, 53:15, 53:21, 154:15, 157:12, 157:15, 168:23
**currently** 3:11, 8:25
**customary** 46:13, 46:15
**cut** 91:14, 92:2, 104:1

## D

**daily** 89:1
**Dasha** 82:10, 83:1, 83:4
**data** 77:3, 102:17, 114:24, 115:2, 115:3, 160:9, 161:10, 161:25, 162:2
**date** 20:5, 21:7, 23:17, 23:18, 26:17, 32:25, 40:6, 64:9, 67:1
**dated** 10:17, 10:18, 63:19, 71:7, 74:14, 91:8, 93:8, 118:3, 121:19, 121:21, 130:12, 141:9, 155:20, 158:2, 176:9, 176:20, 179:17
**dates** 20:23, 92:19, 93:25, 115:4
**daughter** 28:23, 35:18
**daughter's** 29:1, 29:23
**Davis** 125:19, 126:5, 126:7, 126:10, 126:17, 126:20
**day-to-day** 71:8, 71:12, 71:22, 71:24, 72:5, 74:16, 155:21
**deal** 44:10, 129:4, 140:15, 140:17, 140:18
**dealing** 129:3, 130:10, 150:12
**deals** 112:9, 153:23
**dealt** 41:4, 43:22, 43:25, 50:11
**decade** 173:3
**December** 47:17, 47:21, 48:2, 62:9, 62:24, 67:19, 154:10, 154:10, 176:8
**decent** 149:21
**decided** 56:10, 56:11
**decision** 65:19, 71:13, 71:15, 87:23, 103:17, 103:22, 104:3, 112:16, 113:7, 120:22, 127:4, 131:11, 139:3,

154:1, 159:14, 159:18, 175:2
**decisions** 131:16, 163:17
**defend** 60:18, 95:9, 95:11, 95:18, 96:2
**defendant** 1:6, 1:20, 60:17, 60:22, 61:9, 61:11, 61:14, 61:23, 62:1, 62:14, 125:8, 136:18, 140:25, 141:5, 141:6, 141:7, 142:20, 142:21, 143:8, 146:13, 147:24, 149:7
**Defendant's** 124:3, 126:25, 132:2, 142:1, 142:3, 149:3
**defense** 62:21, 129:24, 148:9
**define** 139:12, 156:2
**defined** 13:2, 98:10, 107:5
**defining** 41:13, 97:19
**definite** 94:15
**definitely** 40:24
**degree** 41:8, 41:17, 52:25
**Delaware** 33:4, 33:5, 33:5, 33:7, 33:7, 33:8, 33:9, 33:11, 33:14
**denied** 148:10, 148:25, 165:9
**departure** 32:25
**depending** 9:16, 17:16, 89:5, 107:5, 170:17, 171:20
**depends** 144:25, 166:16, 170:21, 172:22, 173:1
**depose** 149:12
**deposition** 1:9, 3:20, 3:22, 54:3, 54:9, 54:12, 55:4, 55:8, 56:20, 57:2, 57:17, 58:14, 58:24, 60:13, 61:10, 61:15, 61:24, 68:8, 69:4, 69:7, 147:19, 165:5, 175:12, 176:24, 177:6, 179:7
**depositions** 6:3, 69:9, 69:13, 69:17, 69:18
**Derek** 82:8, 82:22, 85:10, 85:14
**Derivation** 148:14, 148:15
**derivative** 148:12, 166:15
**describe** 3:22, 69:15
**description** 4:8
**designated** 172:17
**determine** 127:6
**developed** 162:5
**dictate** 171:21
**dictated** 18:6
**differently** 38:6, 124:15
**direct** 2:3, 3:4, 103:4, 143:25, 145:24
**directed** 19:4, 106:21, 106:25, 149:21, 160:8
**directing** 28:1, 145:18
**direction** 65:15, 65:16, 67:4, 72:19, 94:15, 96:1, 145:23, 172:15
**directions** 66:23, 87:25, 88:4, 88:7
**directive** 172:15
**directly** 142:9, 177:10
**director** 10:12, 10:13, 12:5, 12:7, 42:5, 59:1, 59:12, 71:10, 71:11, 76:15, 93:11, 94:7, 97:19, 110:17, 110:18, 134:22, 154:16, 155:1, 155:6, 157:12, 157:15, 157:18, 168:23, 176:7
**director's** 154:8
**Directors** 11:5, 11:8, 11:18, 15:9, 15:12, 16:8, 16:10, 17:5, 18:3, 30:2, 30:23, 31:25, 42:1, 46:1, 46:11, 49:8, 49:16, 50:7, 53:16, 53:19, 53:22, 53:25, 61:1, 61:2, 61:5, 62:8, 63:10, 64:18, 64:22, 67:18, 67:20, 68:10, 68:18, 68:25, 72:4, 74:9, 77:7, 77:17, 77:20, 89:7, 90:9, 105:16, 137:23, 138:7, 139:18, 139:19, 149:4, 151:15, 158:5
**directorship** 154:17
**disciplinary** 93:11, 94:6, 94:21, 96:14, 97:2, 105:7, 106:3, 106:6, 106:15, 134:6, 134:8, 144:8, 144:11, 144:13, 152:5, 153:11, 158:16, 159:5, 168:3, 168:17, 173:19, 173:20
**disciplined** 94:11, 106:7, 175:4
**disciplining** 95:2
**disclosed** 90:6
**discoverable** 60:16
**discretion** 87:24, 88:10, 88:20, 90:22, 105:22
**discrimination** 63:5
**discuss** 17:20, 22:23, 40:2, 46:25, 47:8, 47:17, 47:23, 48:5, 48:10, 48:16, 48:22, 49:8, 49:19, 72:9, 72:12, 72:22, 75:12, 75:14, 86:21, 87:10, 89:25, 90:3, 93:4, 105:10, 123:21, 134:6, 134:8, 136:10, 136:12
**discussed** 17:18, 21:25, 32:7, 72:15, 75:10, 94:5, 96:7, 97:12, 112:10, 112:18, 113:3, 113:12, 113:13, 117:12, 121:15, 134:11, 159:8
**discussing** 87:14, 87:18, 101:19
**discussion** 78:12, 93:9, 94:13, 96:14, 97:2, 97:17, 101:25, 102:9, 105:6, 105:9, 105:24, 106:3, 109:17, 109:20, 110:1, 110:14, 117:15, 117:20, 120:19, 123:5, 123:25, 140:23, 159:6
**discussions** 90:23, 93:7, 96:3, 102:21, 123:3, 123:8, 123:14, 143:13, 168:9
**dismissal** 18:22, 39:2
**dismissed** 7:5
**disrespectful** 147:22, 147:23
**DISTRICT** 1:1, 1:1
**document** 63:12, 67:17, 74:6, 74:10, 74:22, 77:13, 92:12, 92:14, 118:5, 118:18, 118:25, 119:3, 119:21, 121:19, 131:24, 141:24, 147:1, 148:2
**documentation** 56:24, 58:18, 59:5, 59:16, 60:7, 70:12, 73:8, 73:11, 77:10, 144:15, 151:12
**documents** 57:19, 57:25, 58:15, 71:6, 73:18, 74:3, 118:6
**door** 6:19
**downtown** 34:23, 34:24
**draft** 64:3, 103:7, 103:10, 127:8, 128:5
**drafted** 63:21, 65:4, 65:7, 67:14, 131:22, 131:24, 132:14
**drafting** 130:23
**Drive** 1:17
**drop** 56:9, 88:23, 89:1, 89:3, 89:6, 89:9, 89:12
**drugs** 5:12, 5:15, 5:18
**dude** 166:17
**duly** 3:1
**duties** 12:2, 12:8

**E**

**e-mail** 24:4, 24:16, 24:19, 24:21, 42:10, 43:17, 50:22, 51:12, 51:17, 51:23, 52:1, 52:3, 52:10, 52:12, 52:14, 52:15, 76:10, 76:10, 76:19, 76:25, 77:2, 77:7, 77:11, 99:1, 104:23, 104:24, 108:23, 108:25, 114:8, 114:16, 114:17, 154:19, 157:2, 157:4
**e-mails** 24:10, 104:25
**earlier** 28:11, 69:12, 98:11, 106:23, 110:8, 111:13, 121:16, 122:22, 133:15, 163:2, 171:3, 172:21
**economic** 172:9
**Edith** 1:16, 3:16
**EEOC** 38:7, 38:18, 38:24, 56:2, 63:5
**effect** 81:9, 110:17, 171:19, 174:8
**effective** 68:2
**eight** 40:9
**either** 51:2, 51:10, 73:7, 80:4, 98:25, 108:22, 119:19
**electronic** 24:13, 24:17, 24:20, 57:20, 58:1, 58:15
**Eleven** 66:4
**eliminate** 66:14
**eliminated** 66:17
**emergency** 75:6
**emotionally** 172:11
**employed** 37:3
**employee** 177:8, 177:9
**employees** 30:12, 53:21, 53:24, 78:19, 82:4, 82:6, 95:25, 100:14, 100:21, 100:22, 106:22, 125:11, 125:13, 125:15, 127:7, 127:15, 127:20, 129:6, 141:1, 141:21, 148:9, 149:2, 170:1, 175:1, 175:4
**employer** 8:18, 25:4
**employment** 63:5, 74:19
**enable** 157:11
**endeavors** 37:19
**ended** 53:9, 81:16
**engage** 97:1
**engaged** 18:15, 18:18, 131:20
**ensure** 17:5, 18:10
**entered** 73:23, 74:22, 74:23
**entire** 19:23, 20:1, 117:13, 131:14, 152:15, 158:8
**entitled** 74:11
**entries** 74:10
**episode** 169:25
**Erie** 1:4, 1:12, 1:13, 1:18, 1:22, 7:1, 7:8, 7:18, 8:23, 32:23, 34:16, 36:4, 50:9, 135:11, 177:2
**Errata** 175:20, 175:24
**Esquire** 1:16, 1:20
**established** 18:2
**evening** 73:18, 80:17, 94:18, 110:10, 110:24, 113:18
**event** 52:8, 75:13, 107:11, 117:13, 125:23, 125:24, 129:9, 129:11, 139:3
**events** 106:7, 116:4, 117:19, 117:22, 119:2, 119:10, 119:12, 140:11, 168:21, 174:25
**everyone** 62:14, 62:16, 62:22, 62:22, 65:19, 96:16, 170:7
**everything** 58:3, 58:19, 96:18
**exact** 71:19
**exactly** 12:9, 13:20, 22:17, 40:14, 54:17, 58:20, 64:10, 67:7, 72:6, 78:10, 79:16, 81:14, 81:17, 100:8, 114:23, 115:1, 130:21, 150:23, 150:25, 151:17
**Examination** 2:3, 2:5, 3:4, 169:8
**except** 36:3, 78:11, 179:8
**exchange** 29:10
**excluded** 78:11
**excuse** 14:5, 47:11, 121:9, 164:13
**executive** 10:12, 10:13, 12:5, 12:6, 12:25, 13:3, 13:7, 13:13, 13:15, 14:13, 14:21, 15:1, 15:5, 15:10, 15:11, 15:16, 15:20, 16:5, 20:12, 20:14, 20:22, 21:2, 21:11, 21:15, 21:18, 21:23, 22:4, 25:19, 26:16, 27:13, 27:17, 39:17, 40:2, 40:2, 44:16, 44:22, 45:6, 47:2, 47:15, 48:1, 48:7, 49:2, 49:13, 49:21, 51:6, 51:8, 74:11, 75:22, 89:9, 91:8, 91:16, 91:18, 92:5, 93:11, 93:23, 94:5, 94:7, 94:25, 96:4, 96:22, 96:23, 97:8, 97:19, 97:21, 97:25, 98:6, 98:8, 98:10, 98:18, 98:23, 99:1, 99:14, 99:21, 104:18, 105:4, 109:16, 110:16, 110:18, 112:10, 112:18, 123:13, 134:5, 134:15, 134:22, 137:15, 151:4, 152:17, 152:19, 154:7, 154:16, 155:12, 155:13, 157:9, 157:18, 160:11, 162:8, 162:23, 163:12, 168:23, 176:11
**Exhibit** 2:11, 2:12, 2:13, 2:14, 2:15, 2:16, 67:24, 68:3, 68:7, 68:12, 74:23, 76:21, 77:5, 89:16, 92:13, 92:15, 97:8, 97:8, 112:9, 118:21, 118:22, 119:4, 119:22, 121:20, 121:24, 122:10, 122:23, 144:6, 156:12, 156:14, 176:6, 176:8, 176:10, 176:12, 176:15, 176:18
**Exhibits** 2:10, 73:23
**existed** 14:15, 14:19, 16:22
**existence** 14:10, 14:10
**exists** 6:13, 108:19
**explain** 18:19, 22:17, 41:6
**explains** 120:15
**express** 154:4, 154:6, 156:8
**expressed** 101:21, 154:7, 156:5, 157:17
**expressing** 154:16
**extended** 87:22, 88:1, 88:8, 88:17
**extras** 70:22
**extremely** 173:2

**F**

**facilitation** 157:11
**facility** 71:23
**facts** 115:6, 115:9
**failed** 141:1, 141:21
**failure** 123:19
**fairness** 6:6, 6:11, 96:13, 121:7
**false** 111:3
**familiar** 33:8, 69:9, 69:10, 158:1, 158:3
**family** 53:13, 129:22, 153:16, 153:20, 153:20, 153:21, 153:24
**Faulkerson** 137:20, 137:22
**February** 48:19, 48:20, 49:3, 55:10
**Federal** 38:21
**feel** 38:17, 38:20
**fellow** 114:9
**felt** 152:6
**field** 79:22, 81:2, 100:1, 106:22
**figure** 82:20, 157:17
**file** 41:13, 52:21, 58:5, 58:20, 100:2
**filed** 37:20, 37:25, 38:5, 38:7, 38:10, 38:14, 38:17, 38:20, 56:2, 100:21, 131:2, 131:4
**filing** 56:2, 63:4
**Finally** 60:5
**finance** 12:12, 14:5
**financial** 9:8, 37:10, 37:13, 171:23
**finding** 152:3, 152:4
**fine** 74:2, 146:23, 166:5
**fire** 106:22, 106:25, 145:18, 145:24, 146:7, 146:8, 169:17, 170:23, 171:5, 171:16, 172:15
**fired** 83:12, 100:2, 100:14, 101:6, 103:5, 106:24, 116:19, 117:3, 142:23, 143:8, 143:21, 149:23, 150:3, 170:1, 171:11, 171:20, 171:21, 171:22, 172:5, 172:17, 173:5, 173:8, 173:12, 173:14, 173:17, 174:1, 174:3, 174:3, 175:4
**firing** 103:22, 130:11, 169:12, 171:7, 171:9, 174:8
**firing/terminati** 58:17, 59:4, 59:15, 60:10
**fists** 112:15
**floor** 6:21
**Florida** 28:17, 28:18, 29:3, 31:5, 31:15, 36:6
**Flowers** 135:10, 135:15, 135:20, 135:23, 136:8
**focus** 9:6, 37:13, 37:19, 40:4, 105:9
**focused** 38:25, 129:10
**followed** 127:5
**follows** 3:2
**Ford** 7:8
**foregoing** 179:6
**forgot** 168:4
**former** 8:18, 24:23, 24:24, 25:4, 53:18, 53:24, 138:2
**forms** 77:8
**fountains** 6:21
**fourth** 14:14, 14:17, 14:21, 14:22
**frequent** 89:16, 90:8
**Friday** 36:22, 78:22, 94:2, 119:19
**friend's** 8:13
**Fries** 16:17, 32:2, 32:16, 151:18, 153:2, 160:4, 163:7, 163:8, 163:14
**front** 120:12
**full** 3:7, 23:3, 23:11, 23:12, 23:21, 25:8, 25:9, 46:4, 46:14, 72:15, 72:18, 72:20
**full-time** 83:5
**function** 42:11, 42:14, 42:15, 42:20, 42:22, 43:3, 43:12
**functioned** 42:1
**functioning** 18:23, 160:20, 160:24

## G

**Gambill** 32:2, 32:18, 32:20, 79:1, 80:1, 84:21, 146:4, 160:4, 163:1, 163:1, 163:5
**gathered** 25:7, 77:23, 119:23, 119:25
**gave** 46:17, 46:19, 59:23, 65:16, 66:23, 67:17, 68:11, 70:24, 79:11, 87:25, 111:13, 130:16, 143:15, 158:14, 159:18, 170:2, 174:11
**general** 50:22, 84:8, 84:9, 84:16, 92:22, 123:12, 133:22, 133:25, 137:15, 158:21, 167:7, 167:10, 167:23, 167:25, 172:5
**generation** 50:11, 50:14, 173:1
**girl** 53:9, 79:22, 81:1, 81:5, 81:9, 126:18, 126:21, 138:13
**given** 6:22, 24:1, 56:19, 59:24, 60:2, 67:3, 88:3, 88:7, 94:9, 99:7, 101:1, 102:19, 104:20, 108:10, 108:13, 108:16, 108:20, 108:22, 109:4, 109:4, 112:1, 117:9, 118:5, 139:21, 156:21
**goes** 19:17, 71:22, 72:1, 170:23
**gone** 78:22, 97:24, 98:22, 99:14
**Grandview** 1:21
**grew** 173:1
**grievance** 100:24
**grievances** 100:2, 100:4
**ground** 69:16
**group** 25:7, 82:15, 109:12, 172:20
**guess** 13:3, 54:19, 64:16, 72:5, 77:12, 80:15, 130:15, 132:10, 132:11, 139:9
**guys** 96:18, 131:15

## H

**hadn't** 86:5
**half** 70:3
**Halfway** 104:1
**hall** 6:19
**Hamilton** 16:6, 32:2, 76:7, 78:2, 84:25, 93:5, 115:9, 115:19, 115:21, 121:21, 160:3, 160:6, 160:19, 160:23, 161:8, 161:12, 161:15, 161:18, 176:16
**Hamilton's** 16:7
**handwritten** 10:24, 156:20
**hang** 36:12
**happen** 17:15, 35:1, 88:5, 101:20, 102:11, 122:20, 131:17, 144:22, 144:23, 144:24
**happened** 75:13, 82:20, 85:23, 101:25, 105:10, 105:14, 105:22, 107:7, 114:1, 117:19, 117:24, 119:7, 119:13, 122:20, 125:24, 138:13, 140:11, 163:18
**happening** 63:10, 108:5, 108:7
**happy** 18:20
**harm** 166:20, 170:18, 170:20, 170:24, 171:8, 171:9, 171:17, 171:20, 172:6, 172:7
**hasn't** 166:17, 166:21
**haven't** 6:17
**having** 3:1, 86:23, 86:24, 87:2, 90:23, 105:13
**he's** 29:17, 31:10, 105:4, 110:19, 114:9, 128:3, 137:24, 141:6, 173:10
**health** 6:4, 6:11, 97:14, 113:5
**hear** 4:17, 4:25, 5:13, 5:22
**heard** 4:20, 19:13, 80:24, 81:1, 81:19, 100:4, 149:17, 152:16, 166:24, 167:2
**hearing** 4:1, 80:3, 100:13
**Heather** 1:10, 177:4
**held** 40:17, 46:23, 93:18, 93:23, 177:7
**helped** 157:21
**here's** 29:20, 29:20
**hereby** 177:5
**Hill** 32:3
**Hilliard** 30:20
**hired** 83:8
**hiring** 103:22
**hit** 120:23, 121:2
**hold** 11:12, 13:16, 15:7, 15:25, 16:1, 23:1, 109:20
**homes** 32:12
**hope** 139:25
**horse** 95:24
**hour** 70:3
**hours** 103:18
**household** 6:17
**Howard** 82:9, 82:24, 85:7, 101:1, 101:5, 101:8, 106:24, 143:21, 143:25, 145:18, 146:11, 148:20, 169:17
**however** 6:5, 113:14, 148:25
**Hughes** 53:6, 53:8, 53:11, 120:15
**hypothetical** 165:10

## I

**idea** 21:10, 32:18, 51:24, 54:18, 54:23, 55:1, 61:11, 66:6, 81:23, 83:15, 87:6, 132:1, 135:22, 141:21, 150:23, 150:25, 156:5, 156:21, 157:24, 158:9
**identification** 68:4, 68:13, 92:16, 118:23, 121:25, 156:15
**identified** 11:24, 32:5, 32:10, 89:15, 176:19
**identify** 61:18, 63:1, 73:24, 74:3, 152:24, 160:2, 172:19
**imagine** 132:6
**immediate** 153:21, 156:1, 156:2, 156:3
**immediately** 68:2
**impair** 5:4, 5:7
**implied** 172:24
**imply** 113:10
**implying** 170:25
**inaccurate** 89:2
**incident** 21:9, 22:23, 23:2, 39:14, 39:17, 39:21, 39:25, 40:4, 40:7, 40:22, 40:23, 41:4, 43:23, 44:7, 44:11, 46:25, 47:9, 47:18, 47:24, 48:5, 48:11, 48:17, 48:22, 49:9, 49:19, 57:21, 59:3, 59:14, 60:9, 74:7, 75:18, 76:2, 82:1, 93:5, 95:13, 114:3, 115:5, 115:7, 116:3, 117:23, 118:3, 118:7, 120:14, 124:5, 124:7, 125:1, 125:9, 129:5, 135:3, 136:10, 139:10, 141:2, 150:12, 151:9, 158:1, 159:25, 161:19, 163:22, 164:12, 167:22, 170:15
**include** 74:6, 106:15, 106:17, 175:6
**included** 93:7, 93:9, 97:13, 113:4
**including** 116:4
**income** 172:3
**indent** 77:19, 167:24
**indicated** 74:4
**indicates** 172:16
**indicating** 4:5, 176:16
**indirectly** 177:10
**individual** 83:16, 150:2, 150:9, 167:11
**individually** 82:16, 82:17
**individuals** 27:12, 32:4, 32:9, 61:18, 76:20, 79:19, 82:11, 82:15, 82:19, 83:2, 83:11, 84:5, 85:6, 85:20, 101:24, 102:5, 112:15, 146:7, 149:23, 167:13, 169:13, 172:19
**influence** 5:12, 5:15, 5:18
**inform** 80:23, 163:21
**information** 17:11, 29:24, 35:6, 56:25, 60:16, 65:4, 65:6, 70:25, 77:4, 77:12, 77:23, 79:24, 80:1, 90:6, 93:5, 100:11, 100:14, 100:18, 100:19, 114:6, 117:15, 117:17, 123:2, 124:24, 125:6, 125:7, 131:21, 132:5, 133:4, 133:7, 136:16, 139:2, 141:20, 142:7, 142:12, 142:18, 144:18, 148:24, 152:3, 160:9, 161:25, 162:5
**informed** 79:8, 89:19, 90:5, 90:10, 109:12, 121:3, 126:23, 137:16
**initial** 78:17, 78:24, 126:13
**Initially** 12:25
**input** 159:18, 159:19
**instance** 4:13, 162:12
**instances** 172:9
**instead** 128:8
**instruct** 41:12, 64:8, 102:13, 146:8
**instructed** 64:5, 65:9, 127:5, 161:10
**instruction** 145:23
**instructions** 170:22
**insurance** 9:8
**intent** 22:4, 22:9, 166:11, 166:16, 166:20, 170:18, 170:23, 171:5
**interest** 6:6, 154:5, 154:6, 154:7, 154:16, 156:6, 156:8, 157:18
**interested** 55:23, 55:25, 177:10
**interesting** 133:2
**interfere** 5:22
**interim** 71:9, 71:10, 71:11, 71:14, 71:16, 155:1, 155:6
**internal** 138:6, 138:21
**Internet** 76:16, 76:18, 76:23
**interpreted** 172:22
**interprets** 170:21
**interruption** 11:15
**interview** 102:21, 140:20
**interviewed** 101:24, 140:22
**interviewing** 113:20
**interviews** 36:12, 101:15, 104:15, 106:20, 119:18, 119:24, 120:13, 128:16, 128:20
**introductory** 6:22
**investigation** 57:21, 58:2, 59:3, 59:13, 60:9, 138:6, 138:10, 138:22, 138:25, 139:4, 139:6, 139:13, 139:16, 139:17, 140:2, 159:24, 163:17
**involved** 82:4, 103:23, 106:22, 113:17, 142:15, 159:24, 161:22, 163:15, 168:9
**involvement** 78:13, 78:15
**involving** 101:7, 115:10, 116:3, 116:4, 135:3
**iron** 112:15, 112:15
**Island** 8:16
**isn't** 86:20, 87:25, 88:16, 89:4, 89:7, 89:10, 89:13, 89:19, 89:25, 95:14, 106:20, 106:25, 109:11, 110:3, 110:13, 110:20, 110:24, 111:4, 111:17, 111:22, 133:3, 144:7, 144:12, 144:22, 144:24, 149:25, 150:7, 150:9, 172:24
**issue** 94:10, 94:12, 94:13, 95:2, 133:2
**issued** 138:3, 138:8
**issues** 17:19, 17:21, 40:3
**item** 94:5
**items** 75:10, 113:14
**itself** 21:23, 69:20, 171:7

## J

**James** 1:3, 16:6, 59:4, 60:10, 74:18, 78:18, 78:20, 90:22, 90:24, 103:15, 103:20, 104:2, 109:21, 112:16, 113:12, 117:24, 121:21, 125:24, 136:10, 157:13, 157:16, 163:22, 163:23, 164:11, 169:20
**January** 37:6, 37:7, 48:4, 48:5, 48:7, 48:13, 55:10, 56:12, 62:8, 62:23, 67:18, 176:7
**Jeffress** 10:14, 10:15, 16:4, 16:13, 30:15, 31:1, 31:7, 45:15, 45:20, 51:2, 51:3, 52:15, 58:8, 58:9, 59:8, 59:24, 68:11, 151:18, 153:1, 154:4, 155:1, 155:5, 155:25, 156:5, 156:18, 157:17, 160:4, 161:22, 161:23, 162:2, 162:9, 162:16, 162:23, 168:23, 174:14, 174:15, 174:16, 176:19
**Jeffress's** 154:15
**Jim** 10:3
**job** 34:17, 36:14, 141:10, 145:6, 172:1
**Joe** 16:16, 32:2, 32:16, 32:16
**Joe's** 32:15
**Johnson** 9:25, 10:3, 13:9, 82:8, 82:22, 85:10, 145:19, 146:11, 148:20, 169:18
**Johnson's** 10:2
**joined** 10:5
**Jr** 35:24
**July** 177:12
**June** 1:11, 7:19, 8:12, 8:13, 8:18, 8:19, 8:22, 36:16, 36:23, 54:5, 177:7
**justified** 172:7

## K

**Kathy** 32:2
**keeps** 134:20
**kept** 56:5, 56:7
**Kevin** 135:10, 135:15, 135:20, 135:23, 136:8
**keys** 174:10, 174:12, 174:16
**Kia** 134:17
**kids** 144:1, 144:2
**knowledge** 122:21, 126:24, 153:12, 156:10, 162:9, 175:8, 175:10
**known** 6:23, 31:10, 60:15
**Kroto** 1:21

## L

**label** 118:20
**labeled** 92:13, 121:20
**lady** 83:3
**later** 34:13, 74:1, 78:8, 81:6, 86:1, 102:24, 103:18, 121:12
**Law** 1:17
**lawsuit** 37:20, 38:4, 38:7, 38:9, 38:14, 56:2
**lead** 18:21, 29:24, 117:10, 124:25
**leadership** 8:8
**leading** 175:1
**leads** 125:20
**learn** 54:2, 55:12, 55:16, 79:20, 164:10
**learned** 54:5, 107:3, 164:7, 173:23
**learnt** 126:17
**least** 14:23, 16:20, 39:10
**leave** 6:14, 7:17
**leaving** 129:22
**led** 119:4, 119:5, 125:8, 135:20, 139:3
**Leemhuis** 1:21
**leg** 131:14
**legitimate** 29:21
**less** 85:15, 85:19
**Lester** 82:9, 82:24, 85:7, 101:1, 101:5, 106:24, 143:21
**let's** 19:25, 20:1, 20:15, 40:10, 41:15, 41:25, 46:9, 46:22, 47:8, 47:17, 48:4, 48:19, 49:5, 49:15, 62:16, 64:11, 85:6, 86:18, 90:11, 91:1, 113:16, 130:10, 130:20, 132:12, 172:14
**Lets** 39:8
**letter** 10:11, 10:17, 10:21, 10:23, 63:13, 63:19, 63:21, 64:3, 64:10, 64:24, 65:8, 67:1, 67:12, 67:13, 67:25, 68:1, 68:9, 68:11, 71:3, 72:7, 74:14, 74:18, 103:7, 103:20, 103:25, 104:1, 104:7, 104:8, 121:15, 121:21, 122:9, 122:12, 122:24, 123:2, 123:7, 130:11, 130:16, 132:15, 133:12, 133:12, 141:9, 141:17, 141:19, 144:6, 144:19, 154:19, 155:17, 155:18, 156:18, 170:1, 170:3, 176:9, 176:15
**letters** 103:4, 113:25
**letting** 161:20
**level** 127:6
**likely** 60:16
**limit** 17:9
**lines** 81:6, 81:11, 126:19
**listed** 76:20
**listen** 19:11, 19:16, 139:6, 143:5, 147:14
**listing** 67:18
**lived** 32:18
**lives** 33:25
**living** 29:3, 30:2, 30:5
**located** 24:22, 34:22
**longer** 138:18, 138:19, 149:3
**looking** 17:16, 25:9, 63:17, 66:14, 70:23, 92:19, 138:12, 141:9
**looks** 157:2
**loose** 171:22

**lying** 146:7
**Lyons** 32:2

## M

**machine** 79:7
**mail** 42:10
**mailed** 108:23
**mailing** 24:13, 24:17, 24:20
**mailings** 57:20, 58:1, 58:16
**maintain** 30:8, 30:11, 30:22
**makes** 39:5, 123:18, 163:21
**making** 12:12, 66:12, 95:23, 137:6, 137:9, 145:2
**mall** 79:22, 79:23
**manage** 71:11, 155:21
**management** 11:23, 12:2, 12:12, 12:14, 12:15, 13:2, 14:6, 14:12, 14:25, 15:22, 15:25, 16:3, 16:12, 16:14, 16:24, 17:5, 17:18, 20:10, 20:14, 20:18, 22:8, 22:22, 23:3, 26:11, 26:15, 27:6, 42:7, 44:19, 44:25, 45:4, 45:16, 45:20, 47:5, 47:12, 47:20, 48:13, 48:24, 48:25, 49:11, 49:24, 72:3, 72:20, 72:22, 73:15, 89:12, 100:5, 100:6, 100:15, 100:18, 100:23, 100:25, 157:10, 162:24, 163:8, 163:9, 163:10, 163:13
**manager** 71:8, 71:14, 71:16, 71:21, 72:5
**manner** 62:19
**March** 49:5, 49:6, 49:13, 49:17, 55:2, 55:7, 55:10
**marital** 35:10
**mark** 67:23
**marked** 68:3, 68:6, 68:12, 92:15, 118:22, 121:24, 156:14
**Martinucci** 1:20, 2:4, 2:6, 18:24, 19:8, 19:13, 26:12, 29:13, 29:18, 29:20, 34:12, 37:24, 55:13, 56:5, 57:1, 63:25, 64:1, 69:22, 70:21, 73:19, 74:2, 74:23, 123:1, 124:10, 124:16, 124:19, 125:8, 127:8, 128:2, 128:7, 130:22, 131:21, 132:8, 132:16, 132:24, 133:7, 136:22, 137:1, 140:6, 141:6, 142:8, 146:17, 146:23, 147:2, 147:7, 147:16, 148:4, 148:14, 148:22, 157:14, 161:19, 164:15, 164:18, 166:3, 166:5, 169:5, 169:22, 174:23, 175:11, 176:3
**Mary** 28:25
**matter** 3:17, 4:1, 61:10, 72:23, 75:14, 87:4, 112:13, 123:22, 124:24, 130:23, 131:4, 131:22, 131:25, 133:5, 133:8, 136:18, 138:6, 138:22, 142:6, 142:10, 142:14, 145:3, 160:19, 161:24, 171:18
**matters** 96:7
**maverick-like** 39:5
**maybe** 14:7, 14:21, 85:14, 85:19, 85:19, 115:13, 115:13, 132:11, 137:15, 139:12
**McAdory** 79:2, 79:20, 79:24, 80:3, 84:21, 151:19, 153:2
**meaning** 42:18, 60:17, 109:18, 110:15, 170:10
**means** 27:2, 62:20, 106:6, 111:20
**media** 135:5, 135:8, 136:20, 137:4, 137:6, 138:15, 139:21
**medication** 4:25, 5:3, 5:6
**meet** 26:14, 26:18, 49:16, 70:10, 72:22, 111:10, 132:14, 152:15
**meeting** 20:24, 21:2, 23:3, 23:6, 23:11, 23:11, 23:13, 23:22, 23:24, 26:3, 26:15, 26:22, 27:6, 27:10, 27:14, 27:17, 27:20, 27:23, 28:2, 28:7, 28:9, 39:10, 39:11, 39:16, 40:20, 41:11, 43:22, 43:25, 44:23, 45:16, 46:23, 47:2, 47:5, 47:12, 47:15, 47:18, 47:20, 48:1, 48:7, 48:13, 48:20, 48:24, 48:25, 49:2, 49:5, 49:11, 49:13, 49:21, 49:24, 50:2, 50:3, 58:4, 64:18, 64:22, 65:20, 66:1, 66:21, 66:23, 67:2, 67:3, 67:5, 67:6, 67:7, 67:9, 67:10, 68:25, 72:9, 72:12, 72:15, 72:19, 72:25, 73:2, 73:4, 73:6, 74:11, 75:2, 75:3, 75:6, 75:11, 75:16, 75:22, 75:25, 76:3, 76:5, 76:8, 76:14, 77:17, 77:24, 77:25, 83:16, 86:23, 86:24, 87:2, 87:5, 90:12, 90:25, 91:8, 91:17, 91:18, 92:6, 92:14, 92:20, 92:22, 92:25, 93:1, 93:3, 93:18, 93:23, 94:4, 94:13, 94:15, 94:23, 94:25, 95:10, 95:14, 96:12, 96:22, 96:23, 96:25, 97:7, 97:8, 97:21, 97:24, 97:25, 98:1, 98:2, 98:5, 98:8, 98:9, 98:10, 98:14, 98:16, 98:18, 98:22, 98:24, 98:25, 99:5, 99:13, 99:15, 99:16, 99:18, 99:19, 101:7, 104:18, 104:21, 105:10, 105:10, 105:13, 105:15, 105:17, 105:23, 108:8, 108:9, 108:12, 108:18, 109:7, 109:11, 110:3, 110:8, 110:9, 112:2, 112:8, 112:10, 112:19, 115:5, 115:16, 115:18, 115:22, 115:23, 115:25, 116:7, 116:14, 116:17, 117:2, 117:5, 117:12, 117:16, 120:17, 120:25, 121:2, 123:8, 123:11, 123:12, 123:13, 123:15, 123:15, 123:21, 123:24, 133:25, 137:15, 137:16, 145:8, 145:10, 145:12, 145:13, 145:17, 146:1, 146:5, 148:7, 148:17, 148:19, 150:22, 150:24, 151:2, 151:3, 151:5, 151:6, 151:10, 152:12, 152:18, 152:19, 152:21, 153:3, 158:12, 158:14, 159:2, 159:3, 159:3, 159:10, 160:12, 160:16, 160:17, 160:18, 161:7, 161:12, 161:15, 163:2, 163:12, 163:13, 163:18, 163:19, 164:11, 169:13, 169:18, 170:10, 173:24, 174:4, 174:5, 174:15, 176:11
**meetings** 27:20, 27:21, 39:13, 39:20, 39:24, 40:2, 40:5, 40:13, 40:15, 40:17, 40:18, 40:22, 40:25, 41:4, 41:12, 42:4, 42:5, 42:8, 42:12, 42:15, 43:4, 43:5, 43:6, 43:11, 43:14, 44:5, 44:10, 44:13, 44:16, 44:19, 44:23, 44:25, 45:4, 45:6, 45:9, 45:19, 59:2, 59:2, 59:12, 59:13, 65:17, 65:18, 67:8, 73:12, 75:17, 83:17, 83:25, 84:2, 89:7, 89:10, 89:13, 92:5, 92:11, 99:11, 100:9, 111:7, 116:3, 132:17, 133:18, 133:20, 133:21, 133:22, 134:2, 134:5, 134:18, 134:20, 134:23, 139:10, 150:23, 151:8, 161:3, 162:22, 162:25, 163:11, 168:9
**member** 9:14, 13:6, 13:7, 15:20, 44:6, 45:14, 45:23, 51:9, 53:13, 76:15, 83:5, 89:19, 90:5, 95:12, 132:17, 137:22, 145:25, 146:2, 146:3, 146:5, 149:3, 162:23, 168:20, 175:4
**members** 19:21, 20:3, 20:7, 20:9, 20:14, 20:18, 20:21, 21:17, 22:9, 22:19, 22:22, 23:5, 24:8, 25:17, 25:25, 26:1, 26:2, 26:10, 26:15, 27:10, 27:23, 28:2, 28:4, 30:23, 31:24, 42:5, 53:15, 53:18, 61:1, 61:2, 61:5, 61:12, 61:17, 62:3, 62:4, 62:6, 62:7, 65:15, 66:4, 67:5, 73:14, 73:15, 73:16, 77:11, 81:20, 84:10, 84:13, 84:16, 84:19, 84:22, 85:4, 89:15, 96:19, 96:20, 98:23, 99:14, 99:21, 100:5, 100:11, 105:11, 106:10, 112:3, 112:18, 113:15, 117:20, 123:4, 151:19, 153:2, 153:20, 154:22, 155:16, 159:24, 160:2, 162:8, 170:12
**memoranda** 57:19, 58:15
**memorandum** 58:1, 71:6
**memory** 73:9, 75:21, 77:13, 78:7, 82:7, 86:14, 99:2, 128:1, 128:6, 148:17
**men's** 6:20
**mental** 5:21
**mention** 163:21
**mentioned** 35:12, 51:12, 51:18, 56:1, 56:13, 65:9, 83:2, 83:11, 87:13, 88:9, 88:19, 90:22, 91:7, 105:22, 106:23, 140:11, 151:25
**mentorship** 8:8
**Mercyhurst** 52:6
**Merl** 30:20
**message** 79:9, 79:11
**met** 3:16, 9:24, 23:1, 23:4, 46:5, 70:19, 86:4, 86:7, 86:15, 86:16, 86:20, 95:25, 96:1, 96:4, 100:23, 111:11, 117:13, 132:8, 132:20, 161:3, 161:18
**method** 55:20, 108:21, 109:3
**methods** 122:10
**Michelle** 33:22, 33:23
**mid** 8:12
**mind** 160:5
**mine** 119:7, 147:5
**minute** 143:3
**minutes** 17:1, 17:16, 17:16, 17:17, 46:20, 59:11, 59:25, 59:25, 64:15, 64:17, 64:21, 65:18, 68:24, 69:1, 73:2, 105:15, 109:6, 109:6, 109:9, 114:8, 117:5, 122:13, 122:14, 122:16, 122:17, 122:19, 123:14, 124:1, 133:13, 134:14, 134:25
**misdated** 118:4
**missing** 53:9, 53:10, 57:21, 79:22, 81:1
**misstate** 152:18
**misstated** 169:20, 169:22
**mistake** 66:11
**mistaken** 9:17, 13:23, 76:12, 85:14, 129:21
**mixed** 137:14
**mom** 28:23, 79:8, 153:22
**moment** 3:15, 78:7, 95:13, 146:16, 164:13
**Monday** 23:8
**month** 40:11, 40:16, 40:16, 40:17, 40:21, 41:3, 44:6, 44:9, 44:13, 49:15, 50:4, 50:5, 54:17, 67:8, 107:12, 107:18
**months** 39:25, 40:9, 40:9, 54:13, 54:15, 54:24
**morning** 104:11, 117:14, 121:16, 127:13, 127:14, 129:15, 129:16
**mother's** 28:24, 29:22
**move** 7:3, 7:15, 7:21, 7:22, 56:11, 140:7
**moved** 8:22, 31:4, 52:24, 53:1, 149:4
**moving** 18:21, 32:22, 33:3, 33:4, 33:9, 34:1, 34:16, 35:2, 171:25
**MR.MARTINUCCI** 73:22
**multiple** 77:8
**myself** 76:7, 96:23, 161:2, 161:4

## N

**names** 16:21, 17:10, 30:19, 35:16, 61:22
**narrative** 117:23, 118:1, 119:6, 119:7, 119:8, 176:13, 176:13
**narrow** 54:16, 62:16, 64:11
**Nass** 1:10, 177:4
**necessarily** 17:17, 42:11, 42:21, 45:22, 113:12, 149:1
**necessary** 34:4, 34:8, 35:8, 93:12
**needed** 17:10, 31:7, 160:9
**needs** 34:12
**negative** 165:22, 166:8
**neighborhood** 88:25
**networks** 12:13
**newly-appointed** 13:5
**newspaper** 135:3
**nicknames** 6:23
**nigger** 145:21, 146:6, 146:10, 148:12, 149:18, 165:7, 166:7, 170:22, 172:15
**niggers** 107:1, 148:9, 148:12, 148:20, 170:23, 172:16
**nine** 40:9
**nominations** 17:13
**None** 167:18
**nor** 104:7, 144:2
**normal** 155:9
**Notary** 1:10, 177:4, 177:15
**notation** 156:17
**note** 29:7, 29:20, 156:20, 156:21, 176:18
**notebook** 23:14, 23:15, 56:17, 56:19, 56:21, 60:12, 70:24, 83:21, 107:20, 120:9
**noted** 93:5, 132:22, 140:8, 166:5, 179:8, 179:21
**notes** 25:9, 29:10, 29:12, 45:9, 45:12, 45:21, 45:24, 57:19, 57:25, 58:4, 58:15, 66:7, 70:15, 73:4, 80:13, 80:18, 83:17, 83:21, 83:24, 98:14, 107:20, 119:1, 120:4, 120:5, 120:5, 120:9, 120:10, 128:13, 151:5, 151:6, 151:8, 151:8, 151:10, 176:10, 176:22
**nothing** 69:12, 95:11, 95:18, 96:2, 96:3, 104:7, 106:3, 106:17, 109:13, 110:4, 110:13, 169:5, 175:11
**notice** 22:8, 22:19, 22:21, 22:22, 22:25, 23:14, 23:24, 24:1, 24:5, 26:22, 42:15, 43:1, 43:1, 43:1, 43:5, 43:13, 43:18, 50:15, 54:7, 56:17, 57:2, 57:17, 58:13, 58:24, 60:5, 60:13, 68:7, 68:23, 76:9, 76:13, 94:9, 94:14, 97:24, 98:22, 99:6, 99:7, 99:11, 99:13, 104:20, 108:10, 108:13, 108:16, 108:20, 108:22, 109:4, 109:4, 125:1, 127:7, 154:20, 155:19, 157:5
**noticed** 6:18, 50:9, 71:4
**notices** 41:13, 42:4, 42:7, 42:8, 43:6, 59:1, 99:4
**notified** 124:5, 124:6, 170:3, 170:5, 170:8
**notifying** 103:5
**November** 7:4, 28:15, 47:8, 53:3, 53:4
**numerous** 8:6, 13:23, 36:9, 86:15

## O

**O'Neill** 16:16, 66:18
**oath** 3:25
**object** 6:13, 18:24, 26:12, 124:10
**objecting** 132:18
**objection** 132:22, 140:6, 165:24, 166:5
**obligated** 145:4
**obtain** 77:2, 110:22
**obviously** 56:3, 82:25, 96:17, 99:2, 99:16, 119:19
**occasions** 36:9, 86:16, 111:5
**occur** 21:5, 23:6, 67:9
**occured** 21:10, 44:2
**occurred** 4:6, 45:9, 66:21, 72:25, 73:12, 92:20, 120:14, 123:21, 127:12, 133:21
**occurring** 114:21
**October** 46:22, 46:23, 47:2, 47:5
**offensive** 165:13, 166:22
**offer** 111:24, 112:16
**offered** 111:22
**offhand** 33:18, 35:5
**office** 1:17, 24:23,

24:24, 35:2, 70:10, 74:5, 93:15, 170:2, 177:12
**officer** 13:4, 13:4, 13:16, 15:7, 15:13, 16:1, 99:23
**official** 139:18, 175:14
**one-month's** 97:13, 113:5
**one-page** 74:10, 91:8
**ones** 66:15, 66:19
**operate** 71:24
**operated** 83:9
**operation** 71:12
**operations** 72:5, 74:16
**opinion** 102:9, 102:18, 102:19, 159:21
**opportunities** 34:17
**opportunity** 4:2, 6:4, 63:6, 63:8, 175:20
**opposed** 82:7
**oral** 137:8
**orally** 46:18, 46:19, 137:7
**order** 80:4, 92:24, 157:8
**organization** 10:1, 103:21
**organizational** 17:21
**others** 35:13, 172:10
**otherwise** 60:8, 112:4
**outline** 119:10, 119:11
**outside** 33:4, 33:7, 111:13, 165:17
**overall** 142:1, 142:3
**overcrowded** 93:10
**overlapped** 13:25
**overly** 166:4
**owned** 25:2

**P**

**p.m** 74:12, 74:13, 79:14, 176:24
**Pacely** 82:10, 83:4, 83:14, 168:4, 168:8
**package** 97:12, 97:17, 109:17, 111:23, 112:11, 112:12, 112:20, 113:4, 113:7, 113:16
**packages** 111:18, 111:18, 111:25
**pages** 56:18
**papers** 70:16
**paragraph** 93:6, 120:12, 124:3, 126:25, 128:8
**Pardon** 61:4, 108:11, 119:15, 133:6, 166:2, 173:15
**parenthetical** 149:5
**park** 109:22, 109:24, 111:8, 111:12
**participants** 62:23
**participate** 100:9, 139:7, 142:9, 168:13, 168:16
**participated** 3:19, 113:20, 142:5
**participation** 11:22, 12:18, 12:22, 14:2, 14:13, 14:25
**particular** 6:11, 40:15, 73:19, 100:24, 105:23, 162:25, 172:20
**particularly** 9:19, 14:8, 86:1, 108:24, 154:11
**parties** 149:12, 177:8
**party** 119:7
**pass** 6:20
**past** 173:3
**pasted** 91:14, 91:22, 92:2
**Paul** 3:10, 32:2, 32:18, 32:20, 79:1, 84:21, 146:4, 163:1
**pay** 97:13, 103:21, 113:5
**Peach** 24:25
**pending** 155:1
**Penn** 7:24
**Pennsylvania** 1:1, 1:11, 1:13, 1:18, 1:22, 8:23, 32:23, 177:1, 177:5
**period** 8:11, 9:12, 36:14, 67:21, 70:2, 71:12, 117:13, 130:3, 130:4, 150:5, 167:20, 167:22, 167:24
**periods** 36:3, 36:8
**personal** 57:3, 57:4, 57:20, 58:2, 58:16, 60:7, 70:25, 159:16
**personally** 19:18, 24:10, 51:10
**personnel** 116:4, 138:6, 138:22
**persons** 57:21
**pertaining** 59:2, 59:13, 84:7
**pertinent** 61:25, 120:11
**Philadelphia** 7:24, 8:1, 8:6, 33:4, 34:23, 34:24, 172:1
**Philly** 36:9
**phonetic** 30:20
**phrase** 124:15, 166:3, 167:16
**physical** 5:21
**pick** 129:22
**picked** 109:21
**pictured** 50:15
**pin** 86:18, 131:13
**Pittsburgh** 7:25, 8:1, 8:7, 36:19
**placement** 51:1
**Plaintiff** 1:4, 1:16, 2:11, 2:12, 2:13, 2:14, 2:15, 2:16, 3:17, 67:24, 68:3, 68:6, 68:12, 92:15, 112:9, 118:20, 118:22, 119:22, 121:20, 121:24, 122:10, 122:23, 124:4, 124:4, 143:8, 144:6, 149:2, 156:14, 176:6, 176:8, 176:10, 176:12, 176:14, 176:18
**Plaintiff's** 76:21, 89:15, 92:13, 97:8, 123:18, 123:18, 130:23, 136:12, 136:19
**plan** 56:14, 162:6
**planning** 32:22
**plans** 96:10
**player** 18:16, 18:18, 18:21
**playing** 130:4, 133:16
**please** 19:16, 21:21, 33:16, 35:15, 39:6, 41:7, 63:7, 116:24, 140:7, 141:12, 146:15
**point** 4:7, 12:25, 29:12, 33:13, 80:15, 103:24, 114:2, 138:11, 148:1, 148:16, 149:5, 153:25, 154:4, 159:1, 160:14, 160:15, 161:2, 161:4
**pointed** 73:19,
124:11
**pointing** 120:10
**policy** 115:4, 115:5
**portion** 136:19
**pose** 165:10
**position** 11:12, 13:16, 15:7, 15:8, 15:16, 16:1, 37:9, 60:18, 101:2, 131:18, 138:1, 138:5, 142:20, 142:20, 154:2, 154:5, 154:7, 154:8, 154:13, 156:6, 156:9, 176:17
**possession** 60:14, 84:2
**possibility** 54:8, 55:7, 55:9, 55:11, 55:12, 55:14, 55:17, 68:20, 78:6, 78:8, 88:3, 88:5, 88:6, 88:9, 95:8, 95:9
**possible** 27:15, 27:16, 45:2, 45:5, 45:8, 64:6, 65:10, 68:21, 78:9, 95:6, 97:12, 105:25, 106:2, 106:12, 106:13, 112:11, 112:23, 112:24, 113:4, 128:24, 128:25, 153:8, 153:9
**possibly** 40:19, 54:14, 107:22, 109:1, 152:20, 157:4
**postal** 42:10
**posture** 142:1, 142:3
**potential** 93:10, 94:6, 94:16, 97:2, 105:6, 105:13, 106:3, 106:5, 106:14, 134:6, 134:8
**Potentially** 171:11, 171:12
**practice** 9:6, 9:7, 37:14, 37:15, 46:3, 46:6, 46:13
**pre-law** 69:11
**precise** 128:12
**prefer** 146:19
**preparation** 93:12, 142:10, 142:16, 160:11, 160:13
**prepare** 4:4, 56:20, 62:21, 91:11, 92:4, 103:4, 119:8
**prepared** 6:12, 64:17, 64:21, 75:7, 91:20, 91:22, 92:1, 136:19, 142:11, 149:6, 158:2
**prepares** 134:13
**preparing** 10:23, 69:3, 69:6, 92:9, 92:23, 142:6
**present** 7:18, 30:8, 30:22, 31:2, 31:10, 32:1, 32:6, 32:19, 36:3, 65:24, 66:3, 66:4, 66:16, 76:3, 92:12, 92:13, 97:3, 99:19, 105:5, 118:12, 146:1, 161:11
**presented** 92:7, 158:11, 158:13
**president** 9:25, 11:4, 11:7, 11:17, 15:9, 15:10, 15:17, 15:20, 17:4, 65:10, 74:8, 74:20, 114:3, 114:11, 118:10, 121:22, 131:19, 148:8
**press** 93:12
**pressure** 38:17, 38:20
**presume** 40:14, 55:21, 73:14, 76:18, 92:21, 125:25, 130:18, 130:20, 162:25
**presumptuous** 62:19
**previous** 68:10, 82:20, 98:1
**previously** 25:11, 37:11, 45:15, 91:7, 142:13
**primarily** 12:3, 163:14
**primary** 105:9, 124:23
**prior** 13:24, 28:16, 37:18, 38:6, 42:4, 42:7, 50:2, 50:5, 63:4, 75:16, 86:4, 94:14, 97:20, 97:24, 98:21, 113:14, 117:12, 141:2, 152:3
**privilege** 132:18, 133:1
**probably** 7:11, 13:20, 27:24, 31:3, 32:7, 40:19, 45:11, 52:13, 52:20, 54:4, 54:13, 59:21, 62:13, 78:13, 87:8, 92:21, 107:10, 107:11, 108:9, 114:4, 114:6, 131:6, 134:3, 134:5, 156:12, 157:19, 158:1, 160:5, 161:2, 169:22
**procedures** 115:4
**proceedings** 4:3, 4:8
**process** 3:22, 103:23, 155:2, 171:25
**Production** 118:6
**program** 83:8, 115:4, 155:21
**Project** 9:24
**prompted** 138:15
**proof** 108:15, 108:17
**proper** 22:8
**properly** 17:6, 18:10, 20:24, 20:25, 21:2, 22:15, 123:20
**proposal** 101:10, 112:22, 112:24, 112:25, 113:1, 113:11
**propose** 111:17
**proposed** 101:3, 101:4, 112:11, 112:19
**proposing** 112:20, 157:9
**provide** 4:14, 5:7, 5:19, 6:1, 12:10, 34:3, 35:6, 35:9, 46:3, 57:18, 58:14, 58:25, 59:11, 60:6, 60:14, 77:10, 77:16, 77:19, 124:24, 125:5, 132:4, 133:4, 133:7, 142:17
**provided** 65:5, 65:6, 117:17, 117:18, 117:21, 123:1, 131:21, 142:7, 142:12
**psychologically** 172:11
**Public** 1:10, 177:4, 177:15
**publication** 50:10
**purpose** 82:18
**purposes** 6:17, 21:23, 145:13
**pursue** 65:11, 110:22
**pushing** 105:18
**putting** 175:23

**Q**

**questioning** 63:10
**quietly** 111:15, 111:20
**Quinn** 1:21
**quite** 117:13, 151:7
**quote** 94:6, 103:13, 123:19
**quotes** 136:18

**R**

**race** 164:25, 168:7, 168:14, 168:18, 168:20, 169:1
**Rachel** 32:3
**raise** 94:12, 94:13, 95:4
**raised** 95:2, 95:6
**raising** 94:10
**Randy** 125:19, 126:5
**rarely** 151:6
**rather** 176:21
**Raysean** 29:2, 35:18
**Re** 74:15, 74:18
**reach** 31:7
**reading** 98:13, 104:2, 113:3, 127:7, 128:8, 139:14, 164:12
**reads** 93:9, 138:4, 141:16
**ready** 71:24
**realize** 54:11, 62:15, 105:2, 173:25
**realized** 153:19
**really** 46:15, 96:2
**reason** 37:17, 66:6, 84:25, 151:21, 152:2, 170:6
**reasons** 6:4, 6:11, 143:15
**recalling** 69:19
**receive** 69:1, 78:25, 79:3, 79:5, 100:11, 100:14, 100:18, 118:18, 155:5
**received** 78:17, 78:24, 103:10, 103:12, 103:18, 104:25, 118:21, 120:2, 136:15, 158:9
**recently** 56:10, 56:11
**recognize** 38:23
**recollection** 16:16, 122:7, 134:12, 156:24
**recommend** 102:10, 150:16, 150:20, 168:3, 168:13, 168:16
**recommendation** 102:2, 102:4, 102:13, 151:13, 151:16, 152:16, 153:4, 158:15, 158:17, 158:24, 159:4, 159:7, 159:16, 167:16, 169:19, 173:18
**recommendations** 102:3, 167:12, 167:15, 169:12, 169:14, 169:17, 173:13, 173:16
**recommended** 150:18
**record** 3:7, 18:24, 69:19, 69:20, 73:24, 74:3, 132:23, 142:8, 148:22, 164:23, 166:6, 175:14, 176:6
**record's** 73:22
**recorded** 83:25, 134:18, 134:23, 151:2, 177:6
**recording** 84:2, 134:20
**recordings** 57:19, 58:1, 58:15, 84:1
**Recross-examinat** 2:6, 174:22
**redid** 12:24
**Redirect** 2:5, 169:8
**Reed** 25:5, 37:4, 37:5, 37:9
**Reexplain** 41:6
**refer** 80:14, 128:13, 141:19, 166:18
**reference** 56:18, 123:18, 146:10, 149:9, 166:17
**referencing** 147:7, 147:8
**referred** 16:13, 50:11, 119:3, 149:9
**referring** 23:14, 30:14, 52:22, 82:7, 112:9, 118:1, 130:8, 141:17, 141:23, 148:19, 155:19, 156:25, 162:7, 165:25, 167:5, 167:9
**refers** 127:1
**reflect** 16:22, 16:23, 17:1, 69:20, 73:12, 117:6, 117:6, 133:13
**reflected** 4:22, 46:20, 64:15, 122:13, 123:14, 123:25
**reflecting** 68:25
**reflection** 67:20
**reflects** 60:14
**refresh** 73:8, 75:21, 86:14, 157:21
**refreshed** 77:14
**regard** 4:3, 4:6, 4:7, 5:9, 6:12, 15:25, 16:7, 16:12, 56:8, 69:17, 73:20, 82:1, 100:20, 102:4, 145:14, 158:24, 159:12, 167:17, 168:14, 168:17
**regarding** 39:2, 94:11, 113:24, 136:19, 138:25, 140:10, 151:9, 152:16, 161:19
**regardless** 17:18
**Rege** 16:16, 66:18
**regular** 88:24, 92:22, 151:3, 163:18
**reiterated** 110:4
**reiteration** 110:6
**relate** 58:2
**related** 53:11, 53:13, 53:15, 53:18, 53:21, 53:24, 58:3
**relating** 57:20, 58:16
**relation** 114:3
**relative** 153:22, 177:9
**relatives** 81:10, 126:18
**release** 93:12
**relevant** 34:14, 60:8, 60:8
**relocate** 56:12, 172:1
**relocation** 56:15
**rely** 92:24
**remained** 153:10
**remind** 87:11
**Renee** 82:8, 82:25, 85:16, 85:18
**repeat** 4:18, 6:9,

141:12
**rephrase** 4:19, 26:13, 125:3, 169:15
**rephrasing** 22:2
**replace** 72:16, 72:17
**report** 46:10, 46:14, 46:17, 46:19, 46:19, 74:7, 75:19, 75:22, 77:16, 77:18, 77:20, 91:8, 91:17, 91:18, 92:2, 93:4, 97:9, 105:12, 106:5, 109:16, 109:16, 112:10, 117:9, 117:23, 118:3, 118:7, 118:12, 119:5, 158:2, 158:7, 162:20, 163:20, 164:7, 164:12, 167:19
**reported** 105:14, 162:17, 165:6
**reporter** 141:13, 141:16, 175:15
**reporters** 135:13
**reporting** 97:20
**reports** 46:1, 46:2, 46:4, 46:6, 74:11, 91:14, 91:16, 92:4, 92:6, 92:7, 92:9, 92:10, 115:5
**represent** 3:17
**representative** 124:12
**request** 4:2, 4:11, 6:7, 35:9, 56:23, 59:10, 64:15, 66:12, 117:10, 118:6, 120:22, 146:13, 148:23, 149:10, 149:11
**requested** 57:17, 114:7
**requesting** 51:23
**requests** 57:2, 58:14, 58:24, 60:5, 60:13, 68:23
**require** 45:25
**required** 46:10, 99:2, 99:3, 105:4, 171:19
**requirements** 99:9
**rescind** 121:12, 122:11, 122:15
**reside** 7:7
**resided** 31:1, 32:5, 36:4
**residency** 28:20, 32:8
**residing** 3:11, 33:14
**resign** 37:18, 109:13, 110:5, 116:19, 117:3, 117:7, 121:17, 122:3, 130:17, 174:5, 174:7, 176:17
**resignation** 10:11, 50:6, 58:10, 68:9, 68:9, 68:11, 68:18, 68:25, 108:3, 110:22, 111:2, 111:5, 111:8, 111:12, 111:13, 111:23, 112:1, 116:9, 116:15, 117:10, 120:22, 121:12, 122:6, 122:11, 122:15, 130:11, 130:16, 159:15, 159:19, 174:9, 174:12, 174:13, 174:19
**resigned** 121:11, 121:14
**resigning** 110:7, 110:12, 110:19, 136:10
**resources** 171:23
**respond** 4:13, 121:6, 139:8
**responded** 50:24, 121:8, 121:10
**response** 4:14, 4:21, 21:20, 22:14, 29:21, 68:18, 81:3, 103:15, 114:21, 115:1, 146:13, 148:23, 149:7, 149:10, 176:1
**responsibilities** 90:19
**responsible** 28:7, 51:1, 144:1, 144:2
**responsive** 6:5
**rest** 101:13, 137:21, 148:23
**restate** 4:19, 125:3
**restricted** 149:1
**restroom** 6:18
**result** 118:6, 164:6, 164:9, 173:4, 174:13, 174:19
**resulted** 168:10
**resume** 96:9
**retrieved** 139:2
**review** 4:2, 12:12, 18:17, 18:22, 19:18, 42:24, 56:21, 65:10, 70:12, 71:4, 128:3, 138:6, 138:22, 139:17, 140:1, 140:1, 140:10, 142:13, 156:13, 175:13, 175:18
**reviewed** 13:19, 18:9, 19:2, 19:5, 19:21, 20:2, 20:7, 20:9, 20:13, 20:16, 20:21, 21:3, 21:11, 21:15, 71:2, 74:4
**reviewing** 21:24, 22:4, 22:9, 56:19, 73:18, 156:20, 161:25
**revised** 13:19
**revolving** 163:17
**reword** 38:5
**rid** 18:16
**ride** 109:22, 111:11
**ridiculous** 164:21
**Rm** 1:12
**rode** 95:23
**role** 97:19, 160:22
**room** 6:14, 6:20, 27:5
**Ross** 66:19
**roughly** 54:23
**rules** 69:16
**run** 65:11, 87:19, 90:24, 103:21
**running** 90:20

## S

**Saturday** 33:1, 36:22, 93:25, 119:19
**saved** 95:24
**saying** 13:5, 19:3, 19:3, 21:15, 21:17, 25:22, 27:1, 41:5, 41:9, 41:11, 42:5, 78:2, 78:4, 104:9, 110:7, 114:11, 126:11, 126:16, 126:20, 126:22, 142:5, 142:7, 142:17, 144:19, 162:3, 164:6, 164:9, 164:10, 175:2
**says** 62:7, 71:21, 91:16, 94:16, 97:8, 113:2, 113:2, 120:11, 127:4, 138:21, 139:17, 141:9, 146:14, 147:6, 156:18, 157:7, 175:21
**scenario** 19:24, 20:1, 101:20
**scenarios** 56:4, 56:14
**scheduled** 32:25, 41:12, 86:19, 87:11, 105:2
**scope** 149:9
**seal** 177:11
**Sean** 1:9, 2:2, 3:8, 35:24, 36:1, 74:8, 74:14, 74:15, 74:19, 91:9, 103:25, 118:8, 148:7, 164:20, 166:7, 174:25, 177:6, 179:6, 179:14
**search** 155:3, 155:7, 155:9, 155:14
**secondly** 72:18, 90:23, 112:1
**seconds** 156:13
**secretary** 134:15, 134:22
**secure** 71:24
**seeing** 63:12, 63:13, 161:25
**seek** 104:8
**seeking** 111:2, 111:5
**seem** 131:15, 164:21
**seems** 115:15
**selected** 56:18
**selection** 155:1
**semantics** 130:4, 133:16
**send** 24:10, 24:16, 26:23, 26:25, 41:13, 43:13, 50:22, 51:23, 52:5, 68:18, 99:4, 175:17
**sending** 144:19
**sends** 175:18
**sense** 116:18, 117:3
**sent** 22:22, 22:25, 23:24, 23:25, 24:5, 24:15, 24:19, 24:22, 26:22, 51:12, 51:17, 52:1, 67:1, 68:1, 76:11, 76:13, 99:1, 100:22, 104:22, 104:24, 121:17, 144:7, 154:18, 154:19, 154:21, 155:19
**separation** 168:10
**September** 7:6, 7:18, 8:22, 14:15, 14:24, 15:3, 41:3, 44:9, 44:14, 44:17, 44:20, 44:23, 45:1, 63:19, 64:13, 64:14, 64:21, 64:24, 67:11, 67:13, 71:3, 74:17, 122:23, 130:12, 130:19, 133:12, 141:9, 144:4, 144:8, 144:13, 157:23, 176:9, 176:12
**series** 3:23
**serve** 11:21, 12:19, 15:21, 16:24, 17:2, 17:10, 154:25, 155:22, 157:8
**served** 11:18, 11:22, 12:21, 16:14, 17:11, 100:6, 154:25, 156:4
**serves** 9:14
**seven** 20:9
**several** 4:10, 21:13, 54:13, 54:15, 78:20, 89:3, 110:15, 111:4, 133:20, 151:19
**severance** 97:12, 111:18, 111:23, 111:25, 112:11, 112:12, 112:20, 113:4, 113:16
**shake** 4:15
**shaking** 90:15
**share** 28:20, 28:22
**Shawntel** 30:20
**She's** 35:20, 51:6, 51:9
**sheet** 23:19, 77:5, 92:2, 92:17, 175:19, 175:20, 175:24
**Sherrod** 1:3, 3:17, 7:5, 10:4, 18:16, 38:6, 38:17, 38:20, 39:2, 58:17, 59:5, 59:15, 60:11, 63:4, 63:9, 64:25, 67:14, 68:1, 72:16, 72:17, 74:18, 78:18, 80:7, 80:12, 80:22, 81:18, 81:22, 82:3, 82:13, 83:25, 85:23, 86:4, 86:7, 86:11, 86:15, 86:23, 86:24, 87:21, 88:7, 88:13, 88:18, 89:22, 90:12, 90:18, 93:13, 94:9, 94:21, 95:2, 95:10, 95:20, 96:4, 96:9, 96:13, 97:2, 97:13, 97:18, 101:12, 101:14, 101:18, 101:21, 101:25, 102:22, 102:24, 103:4, 103:7, 103:11, 103:12, 103:19, 104:9, 104:20, 105:18, 106:1, 106:21, 107:7, 108:3, 109:12, 109:18, 110:1, 110:3, 110:12, 110:15, 110:20, 111:7, 111:14, 111:22, 112:11, 112:17, 112:20, 113:4, 113:8, 113:13, 113:24, 115:10, 116:5, 116:9, 116:12, 116:18, 117:3, 117:7, 117:25, 120:19, 120:23, 121:11, 121:23, 122:2, 122:11, 124:6, 124:17, 125:1, 125:9, 125:12, 125:18, 125:21, 126:1, 126:2, 126:8, 126:9, 126:11, 126:16, 126:17, 126:21, 127:4, 127:5, 128:10, 128:23, 129:7, 129:17, 129:24, 129:25, 130:14, 133:11, 133:14, 135:2, 135:4, 138:14, 138:18, 138:19, 139:1, 139:7, 139:11, 140:10, 140:13, 140:15, 140:17, 140:22, 140:23, 141:1, 142:23, 143:23, 144:7, 144:8, 144:12, 145:14, 145:18, 146:7, 146:8, 150:3, 152:1, 152:14, 153:16, 157:13, 157:16, 158:25, 159:4, 159:6, 159:9, 159:13, 161:20, 162:13, 162:15, 165:13, 165:16, 166:14, 166:22, 166:24, 167:11, 167:16, 167:19, 168:3, 169:11, 169:16, 169:21, 170:4, 173:25, 174:15, 175:8, 176:16
**Sherrod's** 18:21, 88:20, 90:20, 91:2, 107:4, 117:10, 154:2, 154:5, 154:6, 159:15, 168:10, 168:14, 175:2
**ship** 160:14
**short** 36:3, 36:8
**shortly** 104:14
**shot** 124:16
**showed** 24:8, 24:8, 25:10, 27:10, 70:14, 108:13, 108:18, 122:9, 122:22
**sic** 27:20, 157:12
**sign** 175:22
**signature** 71:5, 104:23, 179:3, 179:7
**signed** 63:18, 65:8, 74:19
**significance** 73:20
**similar** 79:21
**simply** 4:17, 4:18, 62:2, 171:2
**single** 35:10, 35:11, 92:14, 145:25, 146:5
**sister's** 33:17
**sit** 142:13
**sitting** 173:24
**situation** 50:23, 62:21, 64:7, 65:11, 78:14, 81:1, 96:17, 102:8, 102:12, 102:15, 102:17, 102:20, 103:10, 113:18, 120:11, 120:15, 121:18, 123:20, 136:13, 136:20, 138:12, 169:25
**six** 152:24
**size** 27:9
**Smith** 71:7, 71:13, 72:13, 72:16, 72:17, 72:21, 73:13, 74:15, 82:9, 82:25, 85:16, 145:19, 145:20, 145:21, 146:11, 148:20, 155:20, 155:20, 155:22, 155:24, 156:4, 158:2, 169:17
**Smith's** 158:6, 163:20
**smooth** 157:12
**society** 172:23
**solicited** 50:20
**somebody** 105:16, 112:4
**someone** 52:13, 105:13, 126:5, 166:15, 166:17, 171:5, 171:9, 171:16, 171:22, 172:5
**sometime** 33:2, 54:20, 54:21, 55:2, 64:9, 67:11, 73:1, 107:10, 107:12, 107:17, 123:6, 129:14, 129:14, 135:18, 150:22, 154:9, 156:23
**somewhere** 21:13, 21:14, 79:16
**son** 153:22
**sooner** 14:8, 157:19, 157:21
**sorry** 28:13, 42:13, 48:24, 48:25, 49:17, 51:16, 57:10, 81:7, 81:15, 86:3, 94:3, 94:3, 96:20, 100:15, 100:17, 114:25, 115:20, 125:3, 130:12, 131:17, 133:6, 136:5, 140:16, 157:15, 157:20, 160:17, 163:11
**sought** 63:5, 63:7
**speak** 51:10, 66:24, 69:22, 69:25, 70:4, 79:17, 80:8, 82:15, 82:21, 84:6, 84:19, 102:24, 107:9, 124:13, 126:7, 127:20
**speaking** 80:6, 81:17, 82:18, 85:4, 128:9, 172:5
**specialized** 62:25
**specific** 20:23, 149:8, 173:20
**specifically** 78:5, 162:4
**speculating** 170:14
**speculative** 165:24
**spiral** 83:21, 120:9
**spoke** 10:3, 10:4, 21:17, 51:12, 79:18, 79:19, 80:4, 80:12, 80:22, 81:5, 82:11, 82:23, 83:1, 84:13, 84:16, 84:22, 85:2, 85:2, 103:13, 107:10, 107:17, 107:21, 114:8, 114:11, 117:24, 117:25, 117:25, 124:17, 125:18, 125:21, 125:22, 125:23, 126:10, 127:15, 128:18, 131:7
**spoken** 70:7, 81:9, 81:18, 93:13, 95:14, 95:16, 107:23, 113:24
**sponsor** 50:17
**sponsored** 50:16
**sponsors** 51:23
**spring** 54:19, 54:25
**staff** 28:1, 51:9, 81:5, 81:9, 81:20, 83:5, 106:21, 113:20, 115:5, 116:6, 145:8, 145:10, 145:12, 145:14, 145:25, 148:7, 163:2
**stand** 3:9, 165:10
**standard** 46:3, 46:6
**standing** 131:15
**stapled** 74:6
**start** 155:5
**started** 13:1, 128:16, 154:12
**starting** 145:6
**state** 3:7, 7:24, 8:15, 8:17, 33:5, 33:9
**stated** 6:25, 121:14, 133:15, 151:25
**statement** 4:5, 68:9, 91:11, 92:23, 97:11, 136:19, 136:20, 136:22, 136:24, 137:4, 137:6, 137:10, 137:17, 138:3, 138:7, 138:15, 138:21, 139:14, 139:18, 139:24, 141:3, 157:6, 157:7, 157:16, 171:1, 171:1, 171:4, 179:8

**states** 1:1, 106:4, 122:4, 172:24
**stating** 121:17, 130:17
**status** 35:10
**stay** 7:9, 52:23
**steering** 160:14, 160:19
**stenographer** 67:23
**stenographically** 177:6
**step** 157:10
**stood** 145:14
**stop** 29:7, 131:13, 131:15
**straight** 67:3, 98:5
**Street** 1:13, 3:12, 3:13, 24:25
**structure** 14:1
**students** 36:20
**stuff** 57:23, 57:24, 58:4, 71:5
**subject** 122:18
**submit** 50:6, 111:8, 111:12, 111:23
**submitted** 10:11, 74:8, 74:13, 75:22, 77:22, 91:9, 108:3, 116:9, 118:8, 122:5
**subsequent** 59:4, 59:14, 60:10, 103:11, 116:4, 153:3, 162:22, 163:10
**subsequently** 4:1
**substance** 4:4
**Sue** 51:2, 51:4, 51:5
**suffer** 172:7, 172:8
**suggest** 96:12, 97:1, 101:14
**suggested** 101:12, 104:7, 119:8, 119:9, 143:20, 165:5
**suggesting** 28:4
**suggestion** 37:21, 38:3, 38:9, 38:15, 143:22, 158:17, 158:18, 158:20, 159:12, 173:18
**summary** 93:8, 176:11
**summer** 8:8, 8:9, 8:11, 83:6, 83:7
**sums** 93:6
**Sunday** 33:2
**supervise** 141:1, 141:21
**supervision** 143:25
**supplement** 51:25
**supplemented** 149:11
**supply** 76:18
**support** 60:18, 96:3
**supported** 159:18
**supports** 103:16
**suppose** 168:2
**supposed** 107:7, 129:21, 151:24
**supposedly** 126:21
**surrounding** 115:6, 129:4, 159:25
**survive** 172:3
**suspend** 130:14
**suspended** 129:25, 129:25, 130:2, 133:11, 144:14, 144:16, 144:20
**suspending** 133:14
**suspension** 58:17, 59:4, 59:14, 60:10, 130:5, 130:7, 133:17, 133:18, 134:7
**sworn** 3:2, 3:25

**T**

**taken** 1:9, 45:10, 45:12, 45:24, 54:3, 79:23, 109:6, 140:13, 140:15, 140:17, 140:18, 150:13, 152:7, 159:5, 159:9, 173:19, 174:10, 174:12, 174:19
**taking** 52:7, 86:1, 140:10, 151:10, 151:21, 161:24, 162:2, 168:17, 168:17
**tape** 57:19, 58:1, 58:15
**teaching** 8:7
**telephone** 42:16, 43:16, 55:21, 103:11, 108:23, 114:9, 114:10, 120:2, 126:13
**telling** 26:21, 26:23, 50:23, 81:18, 105:19, 105:21, 112:4, 146:6, 174:16
**temporarily** 71:22, 72:16, 72:17
**temporary** 155:22, 168:5
**tenure** 12:21
**term** 9:11, 9:12, 130:5, 130:7, 133:17, 134:7, 165:17, 165:22, 166:7, 166:15, 166:15, 166:20
**terminate** 167:12
**terminated** 102:18, 104:4, 106:1, 136:11, 171:14
**termination** 63:19, 64:25, 67:13, 67:25, 68:2, 71:3, 74:18, 103:20, 103:25, 105:18, 106:4, 106:5, 106:16, 113:25, 122:24, 144:6, 175:1, 176:9
**terms** 19:1, 121:6
**Terry** 134:17
**testified** 3:2, 25:11, 28:11, 29:17, 37:11, 45:15, 90:7, 113:17, 124:18, 160:12, 163:2, 169:11, 169:16
**testify** 34:11, 78:7, 128:1, 145:3
**testifying** 116:8
**testimony** 8:21, 13:18, 17:23, 18:5, 23:10, 23:21, 25:6, 25:14, 34:13, 36:2, 67:12, 68:10, 69:23, 70:5, 70:7, 70:12, 113:23, 124:22, 133:10
**thank** 63:16, 116:25, 128:15, 147:5, 169:5, 175:11
**there's** 74:10, 74:14, 74:17, 78:9, 94:20, 94:23, 95:9, 105:6, 112:7, 141:23, 156:17, 175:19
**therefore** 99:6, 153:17, 174:1
**THEREOF** 177:11
**they're** 35:2, 91:15
**thing** 41:14, 103:16, 108:4, 112:14, 117:18, 117:21, 126:20, 126:22, 143:24, 147:3
**third** 50:3, 50:4, 93:9, 103:24, 119:7, 140:4, 140:5
**though** 70:22, 110:19
**three-page** 74:6, 118:5, 119:5, 119:21, 176:13
**threw** 102:9
**time-out** 41:17
**title** 16:7, 71:18, 71:19, 71:20, 72:4, 72:6
**titled** 74:6
**today** 4:24, 5:3, 5:6, 5:11, 5:15, 5:18, 8:22, 33:1, 54:5, 60:11, 69:23, 70:5, 70:8, 70:13, 124:22, 149:13
**today's** 56:20, 69:6
**Toohey** 1:21
**topic** 87:4, 87:6
**touch** 34:13
**toward** 36:23
**towards** 18:21
**town** 96:15, 103:3, 104:12, 104:13, 104:14, 129:21, 129:23
**tracking** 144:2
**train** 141:1, 141:21
**training** 8:17, 36:15, 36:18
**transaction** 157:12
**transcript** 4:2, 4:22, 164:21, 175:13, 175:18, 179:6
**transition** 157:14, 157:15
**transmit** 114:19
**transpired** 119:1
**transportation** 93:9, 144:3
**travel** 7:23
**traveled** 7:22, 7:23
**trial** 4:1, 61:10, 61:15, 61:24, 145:3
**trip** 79:22, 81:2, 100:1, 106:22
**true** 86:20, 87:25, 106:20, 106:25, 109:12, 110:3, 110:13, 110:20, 110:23, 110:24, 111:3, 111:4, 111:17, 111:22, 120:13, 144:7, 144:12, 175:24
**truth** 105:19, 105:21, 112:4, 112:7, 174:17
**Tuesday** 1:11, 50:4, 74:7, 78:21, 118:7
**turn** 58:7, 58:9, 59:7
**turned** 56:25, 58:5, 58:5, 58:20, 70:14
**twice** 132:11, 135:16, 136:1, 136:4, 136:7, 140:3
**twist** 5:11
**two-and-a-half** 7:11
**type** 6:22, 55:19, 152:5, 153:23, 160:8, 160:9
**typed** 10:25, 75:19, 156:21
**typewriter** 10:24
**Typical** 12:13

**U**

**uh-huh** 4:15, 93:20, 97:10, 120:21, 131:8, 137:5, 144:5, 153:15, 154:3
**ultimately** 167:11, 168:10
**unable** 149:8
**understand** 4:18, 4:22, 5:4, 5:16, 5:24, 6:8, 6:15, 17:6, 17:21, 19:12, 21:20, 21:25, 22:14, 22:15, 25:20, 27:1, 32:22, 62:20, 65:21, 86:6, 96:24, 100:17, 106:14, 131:12, 131:18, 165:9
**understanding** 12:14, 144:3, 149:6, 165:12, 166:7, 166:10, 166:11, 168:1
**understood** 4:21
**underway** 139:7, 140:1
**unemployment** 97:15, 113:6
**United** 1:1, 172:23
**universal** 173:2, 173:2
**unless** 110:18, 170:8
**updating** 77:8
**upon** 92:24, 97:17, 109:17, 113:7, 133:5, 133:7, 148:24
**using** 75:21, 128:5, 148:11

**V**

**vacant** 154:7
**vacation** 85:24, 85:25, 86:1, 86:2, 86:5, 86:8, 86:11, 86:19, 87:3, 87:10, 87:12, 87:18, 88:13, 90:13, 93:15, 93:19, 96:5, 96:10, 104:10, 104:12, 105:2, 120:24, 163:23
**varies** 9:16
**various** 41:9
**vehicle** 93:10
**verbal** 43:1, 108:3, 111:13, 122:5, 130:16, 174:11
**verbally** 4:13, 46:17, 99:4, 112:1, 116:11, 121:14
**vernacular** 165:19, 165:20
**via** 24:3, 104:23, 114:8, 170:1
**vice** 11:4, 11:7, 11:17, 15:9, 15:10, 15:16, 15:19, 17:4, 18:9, 65:10, 72:3, 74:8, 74:19, 118:10, 131:19, 148:8, 160:25
**video** 164:22
**view** 171:20
**visit** 32:12, 32:14, 32:15, 32:21
**visited** 32:15
**visitor** 89:16, 90:8
**visits** 36:11, 36:12
**vote** 66:7
**voted** 159:8
**votes** 168:10

**W**

**Waddell** 25:5, 37:4, 37:5, 37:9
**wait** 4:11, 143:3
**waive** 132:25
**wanted** 9:6, 42:17, 51:13, 51:16, 56:15, 111:11, 112:16, 114:23, 115:3, 115:19
**wants** 29:22
**warning** 106:15
**warranted** 171:14
**warrants** 171:11
**Washington** 1:5, 7:6, 9:1, 9:11, 9:20, 11:4, 13:6, 15:12, 15:17, 18:3, 29:16, 30:1, 30:9, 30:24, 31:25, 37:12, 37:22, 38:4, 41:25, 45:25, 49:16, 50:16, 50:25, 51:20, 53:16, 53:19, 53:22, 53:25, 59:1, 59:12, 60:17, 62:8, 64:19, 67:15, 68:17, 68:24, 71:8, 71:14, 71:23, 74:9, 74:17, 77:6, 83:9, 84:3, 85:8, 85:12, 85:17, 87:22, 88:23, 89:17, 108:2, 110:5, 110:21, 114:22, 121:22, 123:17, 124:13, 124:25, 125:7, 127:17, 127:19, 127:22, 129:12, 138:4, 139:19, 145:8, 149:24, 150:7, 154:1, 157:8, 167:3, 168:11, 168:24, 176:7, 176:14
**Washington's** 133:1
**Waterhouse** 34:21
**Wayne** 3:12, 3:13, 3:14
**ways** 38:2
**we're** 37:24, 40:10, 65:22, 120:16, 130:10, 149:13
**we've** 3:16, 40:15, 77:8, 98:10, 127:21, 132:20
**weather** 129:1, 129:3
**wedding** 8:13
**week** 50:4, 52:8, 89:4, 92:21, 116:7, 152:21
**weekend** 8:12, 21:12, 33:2, 36:18, 36:23
**weeks** 8:17, 8:21, 36:14, 52:8, 54:4, 54:6
**weren't** 78:10, 83:12, 98:12, 99:2, 145:17
**West** 1:13, 1:21
**WESTERN** 1:1
**what's** 12:2, 16:7, 28:24, 29:6, 33:19, 33:21, 33:23, 35:10, 124:14, 147:1, 147:3, 147:23, 169:1, 169:3
**whatever** 17:12, 17:14, 40:15, 73:14, 117:15, 162:22
**whenever** 17:13, 128:20
**wherever** 78:22
**whether** 9:14, 18:5, 23:10, 24:5, 24:15, 25:7, 44:5, 44:10, 57:20, 58:1, 58:16, 60:7, 61:24, 94:11, 104:12, 105:20, 126:7, 158:5, 161:18, 166:14, 172:6, 175:25
**who's** 3:17, 77:25, 154:15
**whoever** 17:14
**whom** 12:4, 17:9, 30:2, 30:5, 30:11, 65:2, 167:5
**whomever** 24:2, 41:12, 61:20, 151:17, 171:13
**whose** 76:11, 83:3, 155:18
**wife** 103:13
**William** 10:15, 16:13
**winter** 54:19, 54:20, 54:21, 54:24, 154:9, 156:23
**withdraw** 65:7
**within** 13:20, 141:17
**witness** 3:20, 60:23, 61:15, 177:11
**witnesses** 6:4, 6:10, 61:10, 61:24
**woman's** 153:21
**women's** 6:20
**wording** 137:21
**worker** 168:5
**wouldn't** 71:15, 88:24, 89:23
**writing** 46:7, 46:10, 46:14, 104:7, 128:18, 137:7
**written** 24:1, 43:1, 43:5, 43:6, 43:18, 60:7, 63:9, 76:8, 77:16, 77:18, 77:19, 80:13, 85:1, 100:22, 144:15, 154:19, 156:21, 157:5, 164:21
**wrong** 109:13, 110:4, 110:13
**wrote** 77:22, 91:13

**Y**

**yelling** 147:21
**York** 8:14, 8:15, 8:15, 8:16, 8:16
**you'll** 6:20, 34:24, 175:17
**young** 53:9, 82:9, 83:3
**yours** 32:14, 147:4
**yourself** 16:14, 145:2
**youth** 82:5, 82:9, 83:7

AMENDMENT PAGE

Page Line Corrections

SIGNATURE PAGE

I, SEAN P. COLEMAN, have read the foregoing transcript of my deposition, and affix my signature in approval of the correctness of my statement, except for corrections noted on the Amendment Page.

______________________________

SEAN P. COLEMAN

DATED: ______________________

Corrections noted on Amendment Page

Yes _____

No _____