1  Q. And I'm going to direct you to answer it.
2  MR. MARTINUCCI: You don't get to make that call,
3  you're not his attorney.
4  Q. I'm going to direct that you answer it.
5  MS. BENSON: Your objection is on the record.
6  MR. MARTINUCCI: That's right, and I'm directing
7  him not to answer the question. Don't answer the
8  question.
9  Q. I'm directing you to answer it.
10 MR. MARTINUCCI: I'm telling you, that's not your
11 call.
12 MS. BENSON: It's not yours.
13 MR. MARTINUCCI: It is, as a matter of fact.
14 MS. BENSON: I'm conducting the deposition here.
15 MR. MARTINUCCI: That's right. And I'm allowed to
16 direct my client to not answer a question, and I
17 have directed him not to answer the question.
18 MS. BENSON: On what basis are you directing him
19 not to answer?
20 MR. MARTINUCCI: It's been asked and answered about
21 a dozen times since we started a little bit after
22 9:30 this morning.
23 MS. BENSON: I can ask my question in different
24 ways as I choose to get at the truth.
25 MR. MARTINUCCI: You're not asking it in a

211