IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMES C. SHERROD,**<br>　　　　　　　　**Plaintiff**<br><br>**vs.**<br><br>**BOOKER T. WASHINGTON CENTER,**<br>　　　　　　　　**Defendant** | Civil Action No.  C.A. 04 – 208 ERIE<br><br>Magistrate Judge Susan Paradise Baxter |

## ORDER

AND NOW, to-wit, on this ____ day of August 2006, in consideration of the foregoing Motion to Strike Plaintiff's Objections to the Magistrate Judge's Report and Recommendation, the Court finds that the Plaintiff's Objections are untimely filed. Therefore, it is hereby ORDERED, ADJUDGED and DECREED that Plaintiff's Objections are STRICKEN

　　　　　　　　　　　FOR THE COURT:

　　　　　　　　　　　_____