IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**James C. Sherrod**
**Plaintiff**

        **CIVIL ACTION NO. 04-208 ERIE**
        **JUDGE SEAN J. McLAUGHLIN/**
        **MAGISTRATE JUDGE SUSAN BAXTER**

    vs.

**Booker T. Washington Center**
**Defendant**

# ORDER

AND NOW, this _____ day of _____ 2005, upon consideration of Defendant's Motion to Strike Plaintiff's Objections to the Magistrate Judge's Report and Recommendation and Plaintiff's Reply, it is hereby ORDERED, ADJUDGED AND DECREED that Defendant's Motion is denied.

                                                _____
                                                Sean J. McLaughlin, U.S. District Judge