MEMORANDUM OF NON-JURY TRIAL

# United States District Court
## For the Western District of Pennsylvania

James Sherrod )
)
)
**Plaintiffs,** )
)
Vs. ) Case No. **04-208 E**
Booker T. Washington )
)
)
**Defendants.** )

**HEARING ON** Mtn to Strike [40]

**Before Judge** Sean J. McLaughlin

**Held on** 9-19-06

Edith Benson                    Art Martinucci

Appear for Plaintiff            Appear for Defendant

Hearing begun 1:45 pm           Hearing adjourned to 2:45 pm

Hearing concluded C.A.V. ___    Stenographer R. Bench

                                Clerk n/a

WITNESSES:

Mtn to Strike is DENIED for reasons set for on the record.